**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP., LUKE MCGEE, JOSHUA PARNES, STEPHEN P. GRIGGS, JASON A. CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, DAVID S. WILLIAMS, III, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, BOFA SECURITIES, INC, TRUIST SECURITIES, INC., ROBERT W. BAIRD & CO. INCORPORATED, RBC CAPITAL MARKETS, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, UBS SECURITIES LLC, CANACCORD GENUITY LLC, LEERINK PARTNERS LLC,<br><br>Defendants. | Case No.  2:23-cv-04104-MRP<br><br>Hon. Mia R. Perez |

## ORDER

AND NOW, this __21st__ day of __November__, 2023, it is hereby ORDERED that the application of Zeh S. Ekono to practice in this court pursuant to Local Rule 83.5.2(b), and to appear on behalf of Defendants AdaptHealth Corp., Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Richard Barasch, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III is **GRANTED**.

_____
HON. MIA ROBERTS PEREZ, U.S.D.J.