**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ADAPTHEALTH CORP., LUKE MCGEE, JOSHUA PARNES, STEPHEN P. GRIGGS, JASON A. CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, DAVID S. WILLIAMS III, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, BOFA SECURITIES, INC., TRUIST SECURITIES, INC., ROBERT W. BAIRD & CO. INCORPORATED, RBC CAPITAL MARKETS, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, UBS SECURITIES LLC, CANACCORD GENUITY LLC, and LEERINK PARTNERS LLC, <br><br> Defendants. | Case No. 2:23-cv-04104-MRP <br><br> CLASS ACTION |

**ORDER APPOINTING THE PENSION FUNDS AS LEAD PLAINTIFF AND APPROVING THEIR SELECTION OF LEAD COUNSEL**

**AND NOW,** this 23rd day of January, 2024, upon consideration of the Motion of Allegheny County Employees' Retirement System, International Union of Operating Engineers, Local No. 793, Members Pension Benefit Trust of Ontario, and City of Tallahassee Pension Plan (collectively, the "Pension Funds") for appointment as Lead Plaintiff and approval of their selection of Lead Counsel (ECF No. 17), the other movant's non- opposition filings (ECF Nos. 19, 20, 21, and 22), and the Pension Funds supplemental brief in support of their Motion (ECF No. 23), it is hereby **ORDERED** that the Pension Funds motion at ECF No. 17 is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1.  The Pension Funds are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 27(a)(3)(B) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3)(B), and Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

2.  The Pension Funds' selection of Lead Counsel is **APPROVED**, and Bernstein Litowitz Berger & Grossmann LLP is **APPOINTED** as Lead Counsel for the Class.

3.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, any pending, previously or subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

4.  This action shall be captioned "In re AdaptHealth Corp. Securities Litigation" and the file shall be maintained under Master File No. 2:23-cv-04104-MRP.

5.  The motions contained in ECF Nos. 14, 15, 16, and 18 are hereby **DENIED** as **MOOT**.


BY THE COURT:


_____
HON. MIA R. PEREZ