**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP<br><br>CLASS ACTION |

**ORDER**

AND NOW, this __2nd__ day of ___February___, 2024, it is hereby ordered THAT THE

APPLICATION OF Brendan T. Walden, to practice in this Court pursuant to Local Rule of Civil

Procedure 83.5.2(b) is

   X        GRANTED.

           DENIED.

_____
HON. MIA ROBERTS PEREZ
U.S. DISTRICT JUDGE