**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP <br><br> <u>CLASS ACTION</u> |

## <u>ORDER</u>

AND NOW, this __2nd__ day of __February__, 2024, it is hereby ordered THAT THE

APPLICATION OF John Esmay, to practice in this Court pursuant to Local Rule of Civil

Procedure 83.5.2(b) is

[X]   GRANTED.

[ ]   DENIED.

_____
HON. MIA ROBERTS PEREZ
U.S. DISTRICT JUDGE