**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

*In re AdaptHealth Corp. Securities Litigation*

Case No. 2:23-cv-04104-MRP

<u>CLASS ACTION</u>

---

<u>**ORDER**</u>

AND NOW, this  20th  day of  February  ,  2024,  it  is  hereby ORDERED that the application of Michaela A. Connolly to practice in this court pursuant to Local Rule 83.5.2(b), and to appear on behalf of Defendants AdaptHealth Corp., Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Richard Barasch, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III is **DENIED**.

BY THE COURT:

_____
HON. MIA ROBERTS PEREZ, U.S.D.J.