IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| | : | No.: **2:23-cv-04104-MRP** |
| | : | |

ORDER

AND NOW, this ⎵22nd⎵ day of ⎵February,⎵ 20 24 , it is hereby

ORDERED that the application of **Michaela A. Connolly** , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]    GRANTED.[1]

[ ]    DENIED.

_____
HON. MIA ROBERTS PEREZ
U.S. DISTRICT JUDGE

---

[1] Instructions to request electronic filing access can be found on this court's website at https://www.paed.uscourts gov/ nextgen-cmecf