**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS**

THE COURT, having reviewed and consider Defendants' Unopposed Motion for Leave to File Oversized Briefs, filed on June 28, 2024, hereby GRANTS the motion.

IT IS ORDERED that the following page limitations, exclusive of the caption page, table of contents, table of authorities, signature block, certificate of service, exhibits, and appendices for the motion to dismiss briefing in the above-captioned action shall apply:

 i.  Motion to Dismiss by Defendants: **Not to exceed sixty (60) pages**;

DATED this 12th day of July, 2024

BY THE COURT:

_____

United States District Court Judge