UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP <br><br> **ORAL ARGUMENT REQUESTED** |

**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

Defendants AdaptHealth Corp., Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Richard Barasch, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, David S. Williams III, Rodney Carson, Wendy Russalesi, Shaw Rietkerk, Deutsche Bank Securities Inc., Jefferies LLC, BofA Securities, Inc., Truist Securities, Inc., Robert W. Baird & Co. Incorporated, RBC Capital Markets, LLC, Stifel, Nicolaus & Company, Incorporated, UBS Securities LLC, Canaccord Genuity LLC, and Leerink Partners LLC, by and through their undersigned counsel, respectfully move this Court for an Order dismissing Lead Plaintiffs' Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 59) with prejudice pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4. For the reasons stated in the accompanying Memorandum of Law and supporting documents, Lead Plaintiffs' Amended Class Action Complaint should be dismissed, with prejudice, for failure to state a claim upon which relief can be granted.

Dated: July 23, 2024

**WILLKIE FARR & GALLAGHER LLP**

By: /s/ Todd G. Cosenza
Todd G. Cosenza (admitted *pro hac vice*)
Zeh S. Ekono (admitted *pro hac vice*)
Vincent P. Iannece (admitted *pro hac vice*)
Michaela A. Connolly (admitted *pro hac vice*)
787 Seventh Avenue
New York, New York  10019
Telephone:  (212) 728–8000
tcosenza@willkie.com
zekono@willkie.com
viannece@willkie.com
mconnolly@willkie.com

**SAXTON & STUMP**
Steven D. Costello (No. 37288)
Kathryn Diane Maza Courtney (No. 330883)
100 Deerfield Lane, Suite 240
Malvern, Pennsylvania  19355
Telephone:  (484) 328–8500
sdc@saxtonstump.com
kmc@saxtonstump.com

*Counsel for Defendants AdaptHealth Corp., Luke McGee, Stephen P. Griggs, Joshua Parnes, Jason A. Clemens, Shaw Rietkerk, Wendy Russalesi, Rodney Carson, Alan Quasha, Frank J. Mullen, Richard Barasch, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III*

**ALLEN OVERY SHEARMAN STERLING US LLP**

By: /s/ Adam S. Hakki
Adam S. Hakki (admitted *pro hac vice*)
Daniel Lewis (admitted *pro hac vice*)
Elizabeth J. Stewart (admitted *pro hac vice*)
599 Lexington Avenue
New York, New York  10022
Telephone:  (212) 848–4000
adam.hakki@aoshearman.com
daniel.lewis@aoshearman.com
elizabeth.stewart@aoshearman.com

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**
Daniel Segal (No. 26218)
Andrew M. Erdlen (No. 320260)
One Logan Square, 27th Floor
Philadelphia, Pennsylvania  19103
Telephone:  (215) 568–6200
dsegal@hangley.com
aerdlen@hangley.com

*Counsel for Defendants Deutsche Bank Securities Inc., Jefferies LLC, BofA Securities, Inc., Truist Securities, Inc., Robert W. Baird & Co. Incorporated,  RBC Capital Markets, LLC, Stifel, Nicolaus & Company, Incorporated,  UBS Securities LLC, Canaccord Genuity LLC and Leerink Partners LLC*