**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**DECLARATION OF TODD G. COSENZA IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

1.     I, Todd G. Cosenza, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

2.     I am a partner at Willkie Farr & Gallagher LLP, counsel for Defendants AdaptHealth Corp. ("AdaptHealth"), Luke McGee, Stephen P. Griggs, Joshua Parnes, Jason Clemens, Shaw Rietkerk, Wendy Russalesi, Rodney Carson, Alan Quasha, Frank J. Mullen, Richard Barasch, Terrence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (collectively, the "AdaptHealth Defendants") in the above-captioned matter.

3.     I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint (the "A.C.").

4.     The facts set forth below are within my personal knowledge or I have reason to believe them to be true and, if called as a witness herein, I can and will competently testify thereto.

**AdaptHealth SEC Filings**

5.     Attached hereto as Exhibit 1 is a true and correct copy of the press release entitled "DFB Healthcare Acquisitions Corp. Announces Closing of Business Combination With AdaptHealth Holdings LLC," filed with the U.S. Securities and Exchange Commission ("SEC") via Form 8-K on November 14, 2019.

6.     Attached hereto as Exhibit 2 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on August 7, 2020.  *See* A.C. ¶¶ 206, 233, 266, 277–79, 310, 404, 415.

7.      Attached hereto as Exhibit 3 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on November 6, 2020. *See* A.C. ¶¶ 206, 233, 266, 310, 405, 415.

8.      Attached hereto as Exhibit 4 is a true and correct copy of AdaptHealth's preliminary Prospectus, filed with the SEC on January 4, 2021. *See* A.C. ¶¶ 240 n.13, 257 n.14, 398

9.      Attached hereto as Exhibit 5 is a true and correct copy of AdaptHealth's Prospectus, filed with the SEC on January 7, 2021. *See* A.C. ¶¶ 68, 364, 400, 411–12, 419, 422.

10.     Attached hereto as Exhibit 6 is a true and correct copy of AdaptHealth's Form 10-K, filed with the SEC on March 16, 2021. *See* A.C. ¶¶ 61–62, 206, 220, 233, 240–42, 255, 257, 266, 280–81, 290.

11.     Attached hereto as Exhibit 7 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on May 10, 2021. *See* A.C. ¶¶ 206, 233, 266, 281.

12.     Attached hereto as Exhibit 8 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on August 6, 2021. *See* A.C. ¶¶ 206, 233, 266, 281.

13.     Attached hereto as Exhibit 9 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on November 9, 2021. *See* A.C. ¶¶ 206, 233, 266, 281.

14.     Attached hereto as Exhibit 10 is a true and correct copy of AdaptHealth's Form 10-K, filed with the SEC on March 1, 2022. *See* A.C. ¶¶ 11, 167–68, 206, 220, 233, 242, 266, 282–83, 290.

15.     Attached hereto as Exhibit 11 is a true and correct copy of AdaptHealth's Definitive Proxy Statement, filed with the SEC on May 2, 2022. *See* A.C. ¶¶ 326, 330.

16.     Attached hereto as Exhibit 12 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on May 10, 2022. *See* A.C. ¶¶ 172, 206, 233, 266.

17.     Attached hereto as Exhibit 13 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on August 9, 2022. *See* A.C. ¶¶ 206, 233, 266.

18.      Attached hereto as Exhibit 14 is a true and correct copy of AdaptHealth's Schedule 13D/A, filed with the SEC on November 7, 2022.

19.     Attached hereto as Exhibit 15 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on November 8, 2022.  *See* A.C. ¶¶ 181, 206, 233, 266.

20.     Attached hereto as Exhibit 16 is a true and correct copy of the press release entitled "AdaptHealth Corp. Announces Fourth Quarter and Full-Year 2022 Results and Updates 2023 Outlook," filed with the SEC via Form 8-K on February 27, 2023.  *See* A.C. ¶¶ 180, 332.

21.     Attached hereto as Exhibit 17 is a true and correct copy of AdaptHealth's Form 10-K, filed with the SEC on February 28, 2023.  *See* A.C. ¶¶ 181, 198, 206, 220, 233, 242, 266, 290.

22.     Attached hereto as Exhibit 18 is a true and correct copy of AdaptHealth's Definitive Proxy Statement, filed with the SEC on May 1, 2023.

23.     Attached hereto as Exhibit 19 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on May 9, 2023.  *See* A.C. ¶¶ 206, 233, 266.

24.     Attached hereto as Exhibit 20 is a true and correct copy of the press release entitled "AdaptHealth Corp. Announces First Quarter 2023 Results," filed with the SEC via Form 8-K on May 9, 2023.  *See* A.C. ¶¶ 13, 192, 322, 332.

25.     Attached hereto as Exhibit 21 is a true and correct copy of the press release entitled "AdaptHealth Announces Stephen Griggs Will Step Down as CEO at the End of Second Quarter," filed with the SEC via Form 8-K on May 9, 2023.  *See* A.C. ¶¶ 14, 33, 193, 323, 332.

26.     Attached hereto as Exhibit 22 is a true and correct copy of AdaptHealth's Annual Report & Proxy Statement, filed with the SEC on May 15, 2023.  *See* A.C. ¶¶ 109, 311.

27.     Attached hereto as Exhibit 23 is a true and correct copy of AdaptHealth's Form 10-Q, filed with the SEC on August 8, 2023.  *See* A.C. ¶¶ 206, 233, 266.

28.     Attached hereto as Exhibit 24 is a true and correct copy of AdaptHealth's Schedule 13D/A, filed with the SEC on August 28, 2023.

29.     Attached hereto as Exhibit 25 is a true and correct copy of AdaptHealth's Form 10-Q, filed

with the SEC on November 7, 2023.  *See* A.C. ¶¶ 200–01, 233, 266.

30.       Attached hereto as Exhibit 26 is a true and correct copy of AdaptHealth's Form 8-K concerning Q3 2023 results filed with the SEC on November 7, 2023.  *See* A.C. ¶ 332.

## AdaptHealth Earnings Call Transcripts

31.       Attached hereto as Exhibit 27 is a true and correct copy of a transcript of AdaptHealth's earnings call for Q2 2020 held on August 4, 2020.  *See* A.C. ¶¶ 70, 211, 213.

32.       Attached hereto as Exhibit 28 is a true and correct copy of a transcript of AdaptHealth's earnings call for Q4 2020 held on March 4, 2021.  *See* A.C. ¶¶ 4, 59, 70, 219, 258.

33.       Attached hereto as Exhibit 29 is a true and correct copy of a transcript of AdaptHealth's earnings call for Q3 2021 held on November 4, 2021.  *See* A.C. ¶ 247.

## AdaptHealth Investor Materials

34.       Attached hereto as Exhibit 30 is a true and correct copy of a transcript of the SVB Leerink Global Healthcare Conference, dated February 18, 2022.  *See* A.C. ¶¶ 261–62.

35.       Attached hereto as Exhibit 31 is a true and correct copy of a transcript of the AdaptHealth Analyst/Investor Day, dated September 16, 2022.  *See* A.C. ¶¶ 4, 55, 58–59, 222–23, 226, 229, 232, 251, 291–93.

36.       Attached hereto as Exhibit 32 is a true and correct copy of a presentation by AdaptHealth entitled "Capital Markets Day 2022," dated September 16, 2022.

## Court Filings

37.       Attached hereto as Exhibit 33 is a true and correct copy of the Second Amended Complaint filed in *California Pub. Employees' Ret. System v. Chubb Corp.*, No. 00–cv–04285 (GEB) (D.N.J.) on August 9, 2002.

38.       Attached hereto as Exhibit 34 is a true and correct copy of the amended complaint filed in *Rubke v. Capitol Bancorp Ltd.*, No. 05–cv–04800 (PJH) (N.D. Cal.) on July 31, 2006.

39.     Attached hereto as Exhibit 35 is a true and correct copy of the amended complaint filed in *In re Vonage Initial Pub. Offering (IPO) Securities Litig.*, No. 07–cv–00177 (FLW) (D.N.J.) on November 19, 2007.

40.     Attached hereto as Exhibit 36 is a true and correct copy of the amended complaint filed in *In re Rigel Pharm., Inc. Securities Litig.*, No. 09–cv–00546 (JSW) (N.D. Cal.) on January 27, 2010.

41.     Attached hereto as Exhibit 37 is a true and correct copy of the Settlement Agreement filed in *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, No. 21–cv–03382 (HB) (E.D. Pa.) on February 27, 2024 (ECF No. 149).

42.     Attached hereto as Exhibit 38 is a true and correct copy of the Memorandum of Law In Support of Final Settlement Approval filed in *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, No. 21–cv–03382 (HB) (E.D. Pa.) on July 10, 2024 (ECF No. 167).

43.     Attached hereto as Exhibit 39 is a true and correct copy of the Judgment Approving Final Settlement and Dismissing Action With Prejudice filed in *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, No. 21–cv–03382 (HB) (E.D. Pa.) on July 10, 2024 (ECF No. 170).

**SEC Releases**

44.     Attached hereto as Exhibit 40 is a true and correct copy of SEC Release No. 33-6835, entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures," issued on May 18, 1989.  *See* A.C. ¶ 427–28.

45.     Attached hereto as Exhibit 41 is a true and correct copy of SEC final rule 17 C.F.R. Part 240, entitled "Issuer Restrictions or Prohibitions on Ownership by Securities Intermediaries," Release No. 34-50758A and File No. S7-24-04, issued on December 7, 2004 and effective as of March 7, 2005.

**CMS Administrative Materials**

46.     Attached hereto as Exhibit 43 is a true and correct excerpted copy of CMS-1744-IFC concerning "Medicare and Medicaid Programs; Policy and Regulatory Revisions in Response to the COVID-19 Public Health Emergency," dated March 2020.

47.     Attached hereto as Exhibit 44 is a true and correct excerpted copy of CMS-5531-IFC concerning "Medicare and Medicaid Programs, Basic Health Program, and Exchanges; Additional Policy and Regulatory Revisions in Response to the COVID-19 Public Health Emergency and Delay of Certain Reporting Requirements for the Skilled Nursing Facility Quality Reporting Program," dated April 2020.

48.     Attached hereto as Exhibit 45 is a true and correct excerpted copy of a chapter of the Medicare Program Integrity Manual published by Centers for Medicare & Medicaid Services ("CMS") entitled "Chapter 3 - Verifying Potential Errors and Taking Corrective Actions," dated June 19, 2020.

49.     Attached hereto as Exhibit 46 is a true and correct excerpted copy of the document published by CMS entitled "COVID-19 Frequently Asked Questions (FAQs) on Medicare Fee-for-Service (FFS) Billing," updated on April 20, 2023.

50.     Attached hereto as Exhibit 47 is a true and correct copy of Local Coverage Determination L33822 (Glucose Monitors) published by CMS, last revised effective April 1, 2024.

51.     Attached hereto as Exhibit 48 is a true and correct copy of the "CMS Regional Offices" section on CMS's website (https://www.cms.gov/about-cms/where-we-are/regional-offices).

52.     Attached hereto as Exhibit 49 is a true and correct copy of the "Program History" section on Medicaid's website (https://www.medicaid.gov/about-us/program-history/index.html).

53.     Attached hereto as Exhibit 50 is a true and correct copy of a document entitled "Medicare Administrative Contractors" published on CMS's website (https://www.cms.gov/files/document/macs-state03282023pdf.pdf).

**News Articles and Analyst Reports**

54.     Attached hereto as Exhibit 42 is a true and correct copy of an article authored by Sakina S. Bajowala, Jacob Milosch, and Chandani Bansal entitled, "Telemedicine Pays: Billing and Coding Update," published by Springer in Current Allergy and Asthma Reports on July 27, 2020.

55.     Attached hereto as Exhibit 51 is a true and correct copy of an article authored by Karena Yan and Kelly Close entitled, "Big Changes! Centers for Medicare & Medicaid Services (CMS) Loosen Requirements for Obtaining a Continuous Glucose Monitor (CGM) During COVID-19," published by DiaTribe on May 11, 2020 and updated on August 14, 2021.

56.     Attached hereto as Exhibit 52 is a true and correct copy of an article authored by Kayla Hui, entitled "Medicare Loosens Restrictions on Continuous Glucose Monitor Coverage," published by Beyond Type 1 on June 24, 2021 and updated on December 3, 2022. Attached hereto as Exhibit 53 is a true and correct copy of an article authored by Jacqueline LaPointe entitled, "Coding Drives Up Medical Billing Costs in the US," published by Revcycle Intelligence on August 3, 2022.

57.     Attached hereto as Exhibit 54 is a true and correct copy of an article published by Edgepark entitled "How the Public Health Emergency Act affected CGM device coverage" on October 28, 2022.

58.     Attached hereto as Exhibit 55 is a true and correct copy of an article published by Capitol Forum entitled "AdaptHealth:  Company Inflating Reimbursement from State Medicaid Programs Through Use of Inappropriate Billing Codes for Diabetes Supplies" on November 3, 2022.  *See* A.C. ¶¶ 93–94, 97–99, 287.

59.     Attached hereto as Exhibit 56 is a true and correct copy of an article published by Capitol Forum entitled "AdaptHealth: Former Employees Say Company Altered Prescriptions and Shipped Unnecessary Diabetes Supplies in Order to Meet High Quotas" on November 15, 2022.  *See* A.C. ¶¶ 87, 112, 121–22, 165.

60.     Attached hereto as Exhibit 57 is a true and correct copy of report published by RBC Capital

Markets, LLC entitled "AdaptHealth Corp.: 4Q miss is troubling, though we expect an extensive audit process has improved visibility," dated March 3, 2023. *See* A.C. ¶¶ 12, 189, 191.

61.     Attached hereto as Exhibit 58 is a true and correct copy of an article authored by Caroline Hudson entitled "Insurance companies ramp up efforts to claw back money from providers," published by Modern Healthcare on March 20, 2023.

**Notices**

62.     Attached hereto as Exhibit 59 is a true and correct copy of the CMS Notice of Suspension of Medicare Payments to Choice Medical Healthcare, Inc., dated June 25, 2020. *See* A.C. ¶ 88.

63.     Attached hereto as Exhibit 60 is a true and correct copy of the CMS Notice of Suspension of Medicare Payments to Skoro Enterprises LLC, dated February 17, 2021. *See* A.C. ¶ 88.

**Informational Summary Documents**

64.     Attached hereto as Exhibit 61 is a true and correct copy of a summary compiling the names, positions, and dates of service of the Individual Defendants.[1]

65.     Attached hereto as Exhibit 62 is a true and correct copy of a summary compiling the names and acquisition dates of each diabetes company acquired by AdaptHealth from March 1, 2020 through November 7, 2023.

66.     Attached hereto as Exhibit 63 is a true and correct copy of a summary compiling the full text of the Challenged Statements.

67.     Attached hereto as Exhibit 64 is a true and correct copy of a summary of E.A. Challenged Statements attributed by Lead Plaintiffs to certain Individual Defendants, whether the attributed E.A. Statement(s) were made when certain Individual Defendants were not affiliated with AdaptHealth, and whether the attributed E.A. Statements(s) were not signed and/or spoken when certain Individual Defendants

---

[1] Terms used herein are as-defined in the Memorandum of Law In Support of the Defendants' Motion To Dismiss the Amended Class Action Complaint.

were affiliated with AdaptHealth.

68.     Attached hereto as Exhibit 65 is a true and correct copy of a summary compiling AdaptHealth's publicly-filed revenue disclosures from Q2 2020 through Q2 2023.

69.     Attached hereto as Exhibit 66 is a true and correct copy of a summary compiling the Innocuous Events.


                                                    _____*/s/* Todd G. Cosenza_____
                                                              Todd G. Cosenza