# Exhibit 30

AdaptHealth Corp (AHCO US Equity)
2022-02-18

# 11th Annual SVB Leerink Global Healthcare Conference 2022

## Company Participants

- Jason Clemens, CFO
- Josh Parnes, President
- Steve Griggs, CEO
- Unidentified Speaker, Unknown
- Whit Mayo, Managing Director

## Presentation

### Whit Mayo {BIO 15110780 <GO>}

Happy Friday everyone. This is Whit Mayo, the Head of the Healthcare Providers and Managed Care Equity Research Team at SVB Leerink. It's my pleasure to have the team from AdaptHealth join us this morning. We've got Steve Griggs, the Chief Executive Officer; Josh Parnes, President; Jason Clemens, CFO, and, of course, Anton is in the background somewhere running the investor relations efforts.

So thanks for joining us this morning. I wanted to just start with some of the more recent debates and topics that have emerged, and at least our conversations with investors, and certainly there have been some pain points that you and the industry have felt around the supply chain. And not just on PAP's, which is very well documented with ResMed and Philips and et cetera, but also some of the pressures that you're seeing on traditional VMe [ph].

So, I don't know, Josh or Steve, I don't know who wants to start, but just maybe providing some update around some of the trends that have been developing around the supply chain?

## Questions And Answers

### A - Steve Griggs {BIO 20516190 <GO>}
Sure. So PAP's aside, that's a whole…

### A - Whit Mayo {BIO 15110780 <GO>}
Right.

### A - Steve Griggs {BIO 20516190 <GO>}

… topic itself, so let's talk about the basic supply chain. So for AdaptHealth, we've had minor delays throughout the pandemic of getting product. So we've been able to get product, we anticipated a lot of the pandemic in '20. We filled up product. So we've been able to get it.

Now we've had periodic shortages of this and shortages of that, but it really had been -- the product besides PAP really hasn't affected us much. Now, the cost of that product is a whole different story, and particularly on the freight in and freight out components of it in addition to the price increases that suppliers have put through. So that's really the sides on the supply.

## A - Whit Mayo  {BIO 15110780 <GO>}

Okay. How long do you expect some of these supply chain challenges to persist? I mean, I think you guys have been clear on the PAP side that maybe this isn't going to get better anytime soon for the rest of the year, but on the traditional DME, is this a challenge or a pain point or whatever you want to call it in terms of the cost side?

Is this -- do you foresee this continuing through the rest of the year? Any signposts that we, as investors, should be looking for to see whether or not this improves or worsens?

## A - Steve Griggs  {BIO 20516190 <GO>}

Well, yes. It'll go through the year. Again, to get product, I think we're going to be fine. Like right now, we're in the middle of one particular product, and we're adjusting to it, but we feel like its temporary and there's nothing we can do to it. So, again, getting the product is the important thing. The cost of that product -- so the cost of suppliers to put in, I think we're stuck with them throughout '23 till post pandemic where we can sit down and renegotiate with them.

And then we will be in the better position to negotiate as opposed to not being in such a great position to negotiate. So I think those prices we are stuck with them. As far as the supply chain stuff, we do see that loosening up, we do see product, the Long Beach is tremendously a lot less than that. The freight charges -- freight charges is a function of people in the -- doing the freight are having to dead head somewhere.

And so those -- that dead head charge, at minimum, doubles the cost. And it -- quite often, they dead head somewhere if they deliver to someone else and they got to dead head back home. So that could be up to three times as much of cost as what the freight people are trying to charge and need to charge, really, to justify their costs that they're incurring.

We see that going around, and it's now they're able to coordinate more -- we talked to transportation people they were able to coordinate more and then so there's less dead heading going on. And so with that, we think that those -- these costs will start coming out. So we have two components of those costs, the freight in, so we'll get

FINAL TRANSCRIPT                                                                    2022-02-18
AdaptHealth Corp (AHCO US Equity)

some of that back. We think freight costs are going to be up regardless, so we'll get some of that, we think about half of that back.

The freight out inefficiency that we've had to incur because (inaudible) got to get product into one central (inaudible) patient instead of going out for 727 [ph], that freight -- the freight out will reduce dramatically over the course of this year too.

So we feel like those two right there will start moving out over the course of the year. You want to talk about PAP's, so we feel like -- if you look at ResMed -- what ResMed said, you feel like the path allocations from ResMed and other providers will continue to improve throughout the year. So we think we've reached the bottom of that.

As best they can tell, they're always getting surprises from their suppliers. As best they can tell, they're at the bottom of it so we should be able to expect historic allocations from them more so throughout the remainder of this year.

### A - Whit Mayo {BIO 15110780 <GO>}

Okay. And just to maybe come back to this and try to sort of summarize this for investors so we get this right. You're finding product, it costs more money to get the product. The freight forwarding…

### A - Steve Griggs {BIO 20516190 <GO>}

Correct.

### A - Whit Mayo {BIO 15110780 <GO>}

…costs are material.

### A - Steve Griggs {BIO 20516190 <GO>}

Right.

### A - Whit Mayo {BIO 15110780 <GO>}

On the demand side there's not that much of a deviation and or change you're seeing in the -- being able to meet the demand, I guess is what I'm trying to say?

### A - Steve Griggs {BIO 20516190 <GO>}

Well, we can meet demand [ph] if we have product. We're great operators, but it's hard to deliver something you don't have.

### A - Whit Mayo {BIO 15110780 <GO>}

Yes.

### A - Steve Griggs {BIO 20516190 <GO>}

Correctly [ph]. So we expect our continuing growing backlog in PAPs to start declining.

### A - Whit Mayo  {BIO 15110780 <GO>}

Okay, got it.

### A - Steve Griggs  {BIO 20516190 <GO>}

Sometimes mid first year.

### A - Whit Mayo  {BIO 15110780 <GO>}

Okay. Can we shift for a second just to the DMEPOS rate update? Your original plan for this year that you've outlined in the third quarter excluded any discreet tailwind from it obviously came in a little bit better than 5%, which is good, but we sensed that the manufacturers are eating into some of that as well. Maybe sort of frame for us what's happening, what's sort of the expectation going forward? Or anything that you can share.

### A - Steve Griggs  {BIO 20516190 <GO>}

Yes, certainly they're eating into it, and pickling [ph] certain aspects of the business. We've seen where Dexcom and Abbott have given everybody that increase. The increases on the other side have been on the product side have gone up to, as it was talked about [ph]. But it's the surcharges on the freight that's eating up into that success of being able to fly that [ph] those rates to 25% of our business.

So certain parts of the industry they have definitely taken everything we got? And so our margins will be the same or similar there. But in other places our margins could go up a little bit with those increases, except for the effect of freight in and the freight out.

### A - Whit Mayo  {BIO 15110780 <GO>}

Got it. Okay. So maybe for Jason just to sort of think about this, like whatever the update is, manufacturers are eating into some of that, the freight forwarding's eating into some of that, but you're still left with some incremental tailwind versus at least your original expectation. Anton's probably going to get mad at us now.

### A - Jason Clemens  {BIO 21361708 <GO>}

Well, I think it's a fair way to frame it. I would caution that top line, right, will have the impact kind of published in the headline. But after all, that is predominantly an inflationary increase, right? I mean, that is the core metric Siemens [ph] uses for it. So we're obviously in a high inflationary environment. So I'd probably -- that's probably all I'll say on it. But you're framing it correctly.

### A - Whit Mayo  {BIO 15110780 <GO>}

Stepping back, thinking through how 2021 played out, excluding the fourth quarter -- but I don't think this is going to differ, maybe for Josh a little bit. When you think

about your product categories, looking at each one, where do you see some of the strengths and weaknesses on the demand side?

### A - Josh Parnes  {BIO 21599726 <GO>}

So -- yes, on the demand side in general I would say COVID impacted us, and again with Omicron as the latest kind of wave PAP was impacted, I would say the most by COVID outside even of the Philips recall, just because people didn't go into sleep labs as much to get testing. And so we saw initially in 2020 where some of our starts dropped off a little bit because of the COVID impact.

On the flipside of that you had an increase in oxygen, although it's somewhat of a short-term -- a very short-term stay oxygen patient, get them out of the hospital, get them home, get them recovered for a couple of months. There's some long COVID patients that are staying on census [ph] longer, but generally it's kind of a short-term census.

So that was a little bit of a short-term impact to PAP, and then a little bit of an offset to oxygen. But we're seeing steady growth that I was actually surprised that wasn't as impacted by COVID is the diabetes division, just really strong organic growth over the last year in general.

And that market obviously is continuing to grow for us, and we're seeing really nice kind of starts there on the demand side, we're seeing really good kind of efficient operations that's not as impacted by the supply chain. There might be some impacts -- there may be some impact from inflationary costs on the product, but I don't know -- PBB on that.

But on the supply -- on the demand side generally outside of that things we're starting to see in general kind of come back to normal, although COVID definitely impacted starts out of the hospital and things like that. But this wave, obviously, was a little bit different than some in the past. But generally on the demand side we feel pretty good about the business.

### A - Whit Mayo  {BIO 15110780 <GO>}

Okay. I want to shift just to -- for a second, to AeroCare make sure I cover enough of the relevant topics here. Steve, you guys laid out a pretty thoughtful plan for integrating the two businesses a year ago just how do you feel the performance has been versus the expectations? And maybe elaborate some on the initiatives that you have been able to deploy across the organizations, things you learned from AeroCare are things you learned from legacy Adapt and just the ability to deploy some of those best practices?

### A - Steve Griggs  {BIO 20516190 <GO>}

Well we believe the integration went remarkably well. With the integration that we're going to do and the transformation and the finance that Jason can talk about. That was the plan when we started this thing. Those were heavy lifts and now we're going to stretch everybody to the limit.

And but we accomplished that. But I can tell you and I sympathize with our employees because when Philips recall kind of put on top of that, the amount of air space that that took up to our people in the second half of the year was astronomical. And so to that effect some of the results of the integration may be so. We expected when the third quarter, their DSOs would go up a little bit when we actually moving $400 million worth of billing around.

And so we knew that has come -- we're pretty happy with where it's heading now and all that stuff. And so maybe that had a little more effect on it. But then that was it. And so it's gone well and in that sense it's done.

So now the things that are really done, we've put in the AeroCare front end system into every Adapt locations now I believe. And so it's in everyone. So that whole customer service, customer engagement, patient engagement process is in there. We believe and we can believe we deliver superior customer service to our patients and we believe we can show that. And now we can show it throughout the full company.

On the other big initiative was the RCM system. We love the way that the RCM, the Adapt to how it was being done and the growth potential of that and efficiencies we can do [ph] there. So we put that through both systems. That was a big, big lift. It's a change in how you process and change in how you do stuff. It caused a lot of confusion as we thought it would.

But pretty much everybody now knows, okay, this is how we process claims, follow-up on claims, get documentation, get stuff to work with insurance companies, that kind of stuff.

But those are the two biggest. There's a lot of other stuff in there PAP resupply is now across our -- the Adapt process of that is across all entities now, that's fantastic. We work with auto pay and compliance and all these other functions too that we did well on one side versus the other. So, yes, we're one Company now and now the job is to improve.

### A - Whit Mayo {BIO 15110780 <GO>}

Right.

### A - Steve Griggs {BIO 20516190 <GO>}

And that's where we're at. How do we improve these things that we put in place.

### A - Whit Mayo {BIO 15110780 <GO>}

Yes. It's kind of remarkable just to think about the -- I mean you guys had a lot of balls in the air in 2021. There was a lot of stuff going on in this organization and the ability to execute and I don't think you probably got from point A to point B the way you thought you did, but you got to point B.

What is this like now that like a lot that heavy lifting, as you sort of described Steve, is done behind the scenes. A lot of IT stuff that's gone through its conversion. A lot of systems that you put into place. I mean I guess I'm just trying to think like shouldn't the organization -- shouldn't this take a lot of pressure off the organization to be a little bit more focused -- not focused but you kind of see where I'm going with this.

So just like last year there was just like a lot of transitioning going on. This year a little bit less transition. So I got to think that that just allows people to like go do their job.

## A - Steve Griggs {BIO 20516190 <GO>}

Well we -- well we have management meetings, we have director of sales meetings, we have regional manager meetings, we have meetings with everybody out there. And the theme in every one of those meetings is back to basics. We are going to do the blocking and tackling that we need to do to tremendously improve the organization.

And so we believe that we got the systems in place, all the processes in place but there's still tremendous amounts of improvement. And what we did a deal [ph] in the very inefficient system and marketplace. And so now it's just doing all the things better. Selling better, it's taking care of the patient better, it's billing and collecting better. And so that's the three things we do. We can complicate this all we want but somebody's got to sell it, somebody's got to service it and somebody's got to bill and collect the money.

And so all those functions right there, those three functions, is what we do every day and we need to -- we're going to do those better and better and better. We already do them very, very well so it's not like we're starting from way down here. We're starting in a pretty high level and we're just going to go higher.

Josh, you want to add to that?

## A - Josh Parnes {BIO 21599726 <GO>}

Yes, I mean I think like where you point out last year just the AeroCare deal but also if you think about $450 million of additional M&A on top of that. Which take out the AeroCare and Adapt integration that alone is a huge list. And I think you layer on to that COVID and layer on to that the Philips recall. So if it was -- it was a very, very intense year and to a certain extent I think it builds character in the organization, it builds character amongst the management team, amongst the next level down of leaders.

But like Steve said, now, okay now where does Adapt go from here, right. Like there's less integration, there is more just kind of fine tuning. How do we get additional profitability out of our -- out of our existing business. How do we do this more efficiently? How do we service our patients better?

But I think the organization you're also going to see us in '22 start to pivot into, okay, where does Adapt go strategically from here? And I think that really -- some of the

FINAL TRANSCRIPT                                                                                2022-02-18
AdaptHealth Corp (AHCO US Equity)

things that we're working on particularly on the diabetes and sleep side of the business is how do we really effectuate patients, like diabetic patients and sleep patients, that are home with our connected devices? And how do we utilize those connected devices to drive better outcomes in a very efficient way?

So like the unique thing that we're realizing we're positioned at, and I think you see this with kind of the OMI -- APRIA combination getting together is that we're at a really good crossroads between the patient, the payer, and the health system and the physicians frankly.

So we have kind of essentially the pipes in to the home for a lot of these patients. We can do supplies. We can do ventilation. We can do diabetes supplies. We could do sleep supplies. We can do wheelchairs, hospital beds.

So a lot of the things that patients will need at home, and we all know that there's a tremendous amount of growth of patients either going from hospital to home, skipping the SNF, or in general just being able to stay in the home without going into the hospital, that's going to put we feel more demand on our systems, but the more efficient and the more forward we can get in terms of driving outcomes and getting access to these patients in an efficient way through e-prescribe, through digital contact with patients, all those things are things that we're going to start investing in and focusing on, and that's an opportunity that I think over the next not just one year but over the next one to five years is going to be really beneficial for the organization.

## A - Steve Griggs {BIO 20516190 <GO>}

I'm going to follow up on that because I thought a lot about this in the last three to six months around like I guess I sort of think of it as a sort of connected care sort of strategy that Adapt's building, but coming out of earnings, listening to all the payers, I mean, it's a very consistent pattern that you hear from them whether it's looking at the chronic care patients, special needs, duals, home care, connecting old strategy.

You can go back and read the transcripts. I mean, half of the payers probably said DME one or two times on their conference call, and certainly like trying to bring in an integrated solution and certain capabilities to do everything that you're talking about, but just the question really is more about that conversation with the health plans.

I hear them say things and then do they actually do it? That's another question altogether. So like what -- where are we in that broader conversation with the payers to bring Adapt given the scale and the -- just the tremendous distribution capabilities that you have across the country?

## A - Josh Parnes {BIO 21599726 <GO>}

Yes. So we -- we currently actually have a book of business that is directly contracted with some payers. I wouldn't say for the connected care aspect. That's talking about

Phase 2 about it [ph], but at least in terms of a value based kind of capitation type of model.

I think we believe that you're going to see this happen in multiple different phases. I'd say number one is that value based opportunity, right? A plan has -- I don't know - $100 million of spend on DME. They're going to come to a provider and say how do we do this more efficiently? Who wants to take risk? What type of metrics could we see from our patients and then how do we do this more profitably for both of us? I'd say that's phase number one.

Phase number two is a little bit more sophisticated, which is I'm giving you a book of -- a book of patients. Some of them are diabetic. Some of them are sleep. Many of them have chronic conditions. Some of them have multiple chronic conditions. It's how do you not only provide DME for these patients but also how do you help us keep these patients at home in a cost efficient manner?

And I think what's -- what people sometimes don't understand about where we're going, and again, we have to prove this out over the next couple of years, which is we have the ability to actually effectuate outcomes on a diabetic patients.

So if our clinical staff follows up with that patient and reads the reading from their CGM and actually helps them stay at home or helps them stay out of a hospital or helps them manage their diabetes better, like that's something that the health plan does, number one, gets visibility on but also doesn't have to worry about and can help the health plan reduce costs.

Now for us to do that it's not a tremendous lift from what we're currently doing today. Like, for example, we're doing this currently for our sleep patients, and I think part of -- part of why we get contracted and why we're such a large sleep provider is because we generally target an 80% cost compliance rate on a lot of our patients, and that's something that to a certain extent really helps the patient manage their sleep better.

Again, it's not as chronic in certain cases as diabetes, but that's just an example of if we applied that specific skill set to COPD, CHF, and diabetic patients plus the comorbidities that's involved in a lot of the patients, we feel like there's a lot of untapped potential that we're going to -- we're going to spend a lot of time exploring once we get through, like Steve said, the back to the basics and their really efficient operating model.

## A - Whit Mayo  {BIO 15110780 <GO>}

Got it. I want to make sure we cover some of the questions I've been getting from investors. Jason, this is really I'm going to make this a two part question, but can you maybe talk a little bit about some of the infrastructure that you've set up inside of your department in the last year or so? I don't think everyone has the view that some of us do into the changes that have happened in a really good way. And then if you can elaborate on the cash flow trends, what's happened, what we should expect to see going forwards?

FINAL TRANSCRIPT
AdaptHealth Corp (AHCO US Equity)

2022-02-18

### A - Jason Clemens  {BIO 21361708 <GO>}

Sure. So I guess all the boring stuff in the back office. I'd say there's -- we're very proud of the vice presidents and the groups that they've recruited in here in financing and accounting. I mean, there's eight of them now, average tenure of probably 9, 10 months. So they all came in following me.

But VP of controls for accounting and finance, we've got a treasurer, a controller -- a new controller, VP of tax, folks that are -- VP of the supply chain strategy, folks that are just an impressive group. I think the number of X big four [ph] folks has grown [ph] 3x in the last year, for whatever that's worth. But very, very smart and capable folks, so we're thrilled there.

But on the technology side, the third and most important phase of Oracle just went live a couple of weeks ago. So now, every location across the country is on Oracle for the P2P value chain. So all the requisitioning, and ordering, and tracking, and inventory, and every debit and credit is inside of Oracle.

We've got -- it feels like the lights are turning on in some boring areas that we think we can squeeze a lot of opportunity out of over the next 12 to 18 months. So already programs are starting on that, just on the indirect cost side and things like that.

So I think as the last I'd say, I mean, of all the -- all the revenue systems are hardwired and fully integrated with -- into Oracle. And so that's a big change for us and an important change -- frankly, the most important part of the project. And so, it's all systems go I'd say in the back office. And we're -- a lot of work ahead, but we have the right people onboard.

As it relates to cash flow, a lot of discussion on that. You're going to hear a lot of discussion from me on this in the upcoming call. So I won't talk about what it's going to be.

But I'd say if you look at year-to-date through September, so through last quarter, free cash probably about $35 million. It -- the right way to look at it is really free cash less [ph] equipment bought on leases. So if you look at that free cash, I mean, it's almost zero. And so I think folks in the investment community are taking that at face value and [ph] probably the questions you're getting.

We are not nervous about these metrics at all internally. Again, we'll talk about it in our update next -- at the next -- at the next call. But look, there's just some unusual events. I mean, I think the CARES repayment, which was a very big number, was well publicized as well as the cost to achieve [ph] which we've talked about and is done, a very big number.

And so, we'll -- again, we'll talk about some of that next week and just kind of where were at and where we're going. We intend to put some markers out there so folks

can watch it with us and measure it with us. But we feel -- we feel great about where we stand today on cash and where we're heading.

### A - Whit Mayo  {BIO 15110780 <GO>}

Great, maybe just a second on M&A that's been a big element to the story for a couple of years.

And I guess the question is really looking at the landscape today, we've obviously seen kind of a compression in the bid ask [ph] spread. It's allowed you guys to really deploy a lot of capital into deals -- just the overall landscape, what you're seeing, why sellers are selling versus a few years ago. And I'll just stop there. I'll just stop there for a second.

### A - Josh Parnes  {BIO 21599726 <GO>}

Yes, I mean in general, valuations from what we're seeing I'd say over the last 24 months haven't really moved significantly. They were -- they were lower previous to that, but over the last two years really have come up.

We're seeing more deals in the marketplace, which is allowing us to really be selective about what we want to do. And I think some of the inflationary environment, particularly on labor, particularly on cost of goods for some small businesses that can't drive efficiencies through technology, that's going to push some more folks to the marketplace.

But again, with our -- with our footprint in 48 states, that allows us really to focus on, where do we have a good presence, where we can take in an asset, where's it not going to tax the organization. We still have work to do from ingesting some of the $400 million of deals that we did last year.

But at the same time, a good opportunity is a good opportunity and it's in our DNA to continue to grow that way. And we're going to continue to grow that way, although we do have a little bit of a luxury now of being selective for really good opportunities. And we'll talk a little bit about that on the upcoming call as well.

But in general, I'd say status quo in terms of what we're seeing in terms of the bid ask and the multiples. And maybe sellers are coming down a little bit -- I'm sensing a little bit, just from being in the leader -- leading edge of, like, the multiples aren't maybe as stretched as they got. But it's generally in the same area.

### A - Whit Mayo  {BIO 15110780 <GO>}

Well said. Well, great. Well, guys, I think we are just out of time here. As always, really appreciate the time, appreciate the conversation and look forward to talking to you next week. If anyone has any questions, reach out to myself or my team, happy to help.

So Josh, Steve, Jason, Anton, thanks again for joining us today.

FINAL TRANSCRIPT
AdaptHealth Corp (AHCO US Equity)

2022-02-18

## A - Steve Griggs  {BIO 20516190 <GO>}

Thanks, Whit…

## A - Josh Parnes  {BIO 21599726 <GO>}

Thanks, Whit.

## A - Steve Griggs  {BIO 20516190 <GO>}

… appreciate it.

## A - Josh Parnes  {BIO 21599726 <GO>}

Thanks, guys.

## A - Unidentified Speaker

Thanks, we'll talk next week.

END

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*