# Exhibit 32



SEPTEMBER 16, 2022

# Capital Markets Day 2022

PIONEERING THE SHIFT TO CONNECTED CARE AT HOME



# Welcome

CAPITAL MARKETS DAY 2022

**Anton Hie**
Vice President,
Investor Relations



# Cautionary Statement
## Forward-Looking Statements

This presentation contains "forward-looking statements" as defined in the Private Securities Litigation Reform Act of 1995. These statements, which express management's current views concerning future business, events, trends, contingencies, financial performance, or financial condition, appear at various places in this communication and may use words like "aim," "anticipate," "assume," "believe," "continue," "could," "estimate," "expect," "forecast," "future," "goal," "intend," "likely," "may," "might," "plan," "potential," "predict," "project," "see," "seek," "should," " strategy," "strive," "target," "will," and "would" and similar expressions, and variations or negatives of these words. Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based only on management's current beliefs, expectations, and assumptions regarding the future of our business, future plans and strategies, projections, anticipated events and trends, the economy, and other future conditions. Because forward-looking statements relate to the future, they are difficult to predict and many of which are outside of our control. Important factors that could cause our actual results and financial condition to differ materially from those indicated in the forward-looking statements include those factors discussed under the caption "Risk Factors" in our 2021 annual report on Form 10-K, along with our other filings with the U.S. Securities and Exchange Commission ("SEC"). However, those factors should not be considered to be a complete statement of all potential risks and uncertainties. Additional risks and uncertainties not known to us or that we currently deem immaterial may also impair our business operations. Forward-looking statements are based only on information currently available to our management and speak only as of the date of this communication. We do not assume any obligation to publicly provide revisions or updates to any forward-looking statements, whether as a result of new information, future developments or otherwise, should circumstances change, except as otherwise required by securities and other applicable laws. Please consult our public filings with the SEC or on our website at www.adapthealth.com.

**Non-GAAP Financial Measures**

This presentation includes references to financial measures that are calculated and presented on the basis of methodologies other than in accordance with generally accepted accounting principles in the United States of America ("GAAP"), including the measures EBITDA, Adjusted EBITDA, free cash flow, and non-acquired revenue.  A reconciliation of certain of these non-GAAP financial measures to the nearest GAAP measure can be found in the Appendix to this presentation. Any non-GAAP financial measures used in this presentation are in addition to, and not meant to be considered superior to, or a substitute for, the Company's financial statements prepared in accordance with GAAP. The principal limitation of these non-GAAP financial measures is that they exclude significant expense and income items that are required by GAAP to be recorded in the Company's financial statements. In addition, they are subject to inherent limitations as they reflect the exercise of judgments by management about which expense and income items are excluded or included in determining these non-GAAP financial measures. The non-GAAP measures presented herein may not be comparable to similar non-GAAP measures presented by other companies.

# AGENDA

**Welcome** — **Anton Hie**  VP, Investor Relations

**Strategic Vision**
**Transforming Care by Keeping Patients Healthy at Home** — **Steve Griggs**  Chief Executive Officer

**Delivering Efficiencies through Scale + Technology**
**+** Driving Efficiencies + Building Scale — **Josh Parnes**  President
**+** Scalable Technology Platform — **Albert Prast**  Chief Technology Officer

**Driving Quality of Life for Patients + Value for Payors**
**+** Leading the Market with Strong Compliance — **Wendy Russalesi**  Chief Compliance Officer
**+** Building a Patient-Centric Organization — **Leila Vargas**  EVP, Sales + Marketing
**+** Tech-enabled Patient's Journey — **Shaw Rietkerk**  COO, Central Operations

**Q + A  &  Break**

**Our Critical Role in Patient Care**
**+** Changing Lives in Sleep, Respiratory & HME — **Shaw Rietkerk**  COO, Central Operations
**+** Driving Patient Engagement in Diabetes — **Rodney Carson**  President + COO, Diabetes

**AdaptHealth 2.0: Pioneering the Next Era of Home-based Care** — **Josh Parnes**  President

**Positioning Our Company to Maximize Shareholder Value**
Operational Model, Capital Allocation Priorities, Goals — **Jason Clemens**  Chief Financial Officer

**Closing Remarks  &  Q + A** — **Steve Griggs**  Chief Executive Officer





# Strategic Vision

TRANSFORMING CARE BY KEEPING
PATIENTS HEALTHY AT HOME



**Steve
Griggs**
Chief Executive
Officer

CEO SECTION AGENDA

# Our critical role: transforming healthcare at home

AdaptHealth today: strong foundation to build upon

Clear strategy to optimize opportunities



## OUR STRATEGIC AMBITIONS ARE GUIDED BY OUR VISION

Be the leading **provider of equipment + services that empower healthcare at home** through best-in-class care + superior technology

**Improve patient lives + Reduce overall cost of care**

STRONG FOUNDATION

# Market leading provider of sleep, diabetes + respiratory solutions—an integrated, patient-centric, tech-enabled model

**$2.9B** 2022E revenue

**~90%** recurring revenue

**~6X** revenue growth since 2019

## COMPREHENSIVE PORTFOLIO



Other
Sleep
Diabetes
Respiratory
HME
Supplies

## UNMATCHED SCALE + IMPACT

**3.9 million** lives touched

**36,000** home deliveries each day

**2,600+** insurance contracts

**11,000+** employees

## DIFFERENTIATED CAPABILITIES



TECHNOLOGY
PATIENT ADVOCATES
COMPLIANCE
RCM

# Growing network of touchpoints into the home

~36K
Daily Home Deliveries

>1K
AdaptHealth Healthcare Professionals

~2.6K
Insurance Partnerships

~1K
Health System Partners

3.9M Patients

~140K
PCPs and Specialists
Actively prescribing one or more target therapies to AdaptHealth

# A national network with a local presence

**759 locations** in 47 states

**36,000** deliveries every day

## Why scale matters

+ Leverage created by technology

+ Closer to the customer

+ Last mile and logistics touch points



11

# Our comprehensive solutions address a range of chronic diseases—top 3 position across the portfolio

| | SLEEP | DIABETES | RESPIRATORY | HME | SUPPLIES |
|---|---|---|---|---|---|
| **PATIENT DISEASES TREATED** | Obstructive Sleep Apnea (OSA) | Diabetes | COPD<br><br>Chronic Respiratory Failure | CHF<br><br>Various | Multiple Diseases |
| **OUR SOLUTIONS** | CPAP machines<br><br>BiPAP therapy machines<br><br>PAP resupply | Continuous Glucose Monitors<br><br>Insulin Pumps<br><br>Supplies | Oxygen therapy Devices<br><br>Non-invasive ventilation (NIV) | Hospital beds<br><br>Commodes<br><br>General equipment | Incontinence, Wound care, Ostomy, Urological, Enteral, IV Therapy |
| **% TOTAL PORTFOLIO** | 36% | 23% | 19% | 8% | 6% |



*Estimated rankings based on 2021 VGM Group/LexisNexis claims clearinghouse data

# Chronic disease is the largest driver of ~$4 trillion healthcare market spending



## We offer the solution

**+** Monitor patients at home

**+** Treat patients at home

**+** Keep patients at home

adapthealth

# AdaptHealth's patient-first, tech-enabled care model plays a critical role in the healthcare continuum

## Our **leading therapies** and **more than 1,000 clinicians** help improve and **save lives**

| | DISEASE LINKED TO | THERAPY BENEFITS | CLINICAL CARE TEAM ROLE |
|---|---|---|---|
| **OSA** | + Increased risk of cancer and blood clots<br>+ Cognitive impairment | • Improved quality of life<br>• Reduced pulmonary hypertension, high blood pressure and mortality rate when patients remain on therapy long term | Sleep coaches help keep patients on PAP therapy and improve adherence |
| **Diabetes** | + Increased risk of heart disease, kidney failure<br>+ Stroke, other complications | • Increased time in A1C target range<br>• Reduction in hypoglycemia vs. finger sticks | Patient advocates and workflows help get patients on CGM therapy faster and improve adherence |
| **COPD** | + Loss of mobility and activities of daily living<br>+ Increase in work of breathing | • Commitment to compliance<br>• A focus on mobility and improvement in ADLs | Respiratory therapists help keep patients active and slow progression of their disease |



"3 PILLARS OF HEALTH"

Sleep · Nutrition · Exercise

CEO SECTION AGENDA

Our critical role: transforming healthcare at home

**AdaptHealth today: strong foundation to build upon**

Clear strategy to optimize opportunities



# **Key strategic achievements** – last 2 years

+ Completed integration of AdaptHealth and AeroCare

+ Ongoing integration of Diabetes businesses

+ Integrated cloud-based workstreams (RCM, ERP, HCM)

+ Pioneered e-prescribe, e-ordering and e-delivery

+ Launched cross-selling initiatives

+ Managed through market headwinds (PAP recall, COVID-19, inflation)

+ Added key vendors

Laying the foundation for delivering on FY2025 goals & beyond

adapthealth

16

# Tremendous progress executing on our strategic vision —investments made will support our growth going forward

**EARLY INNINGS**

**2022**

**PRE-2021**

## Established Scale + Capabilities

+ Built geographic density

+ Broadened portfolio

+ Differentiated capabilities (technology, sales + compliance)

## Optimizing Our Capabilities

+ Further integrating teams, tools + technologies

+ Growing Sleep, Respiratory + Diabetes

+ Driving operational excellence

## Building AdaptHealth 2.0

+ Integrated, condition specific product suites

+ Real time, actionable data

+ Value-add partner to payors, providers and patients

+ +adapthealth

CEO SECTION AGENDA

Our critical role: transforming healthcare at home

AdaptHealth today: strong foundation to build upon

**Clear strategy to optimize opportunities**



CLEAR PRIORITIES

# Strategies to unlock **growth + earnings potential**

**CAPITALIZE ON TODAY'S BUSINESS POTENTIAL**    **+ UNLOCK TOMORROW'S OPPORTUNITIES**

**1**
**Non-acquired Growth**
Sleep, Respiratory, Diabetes

**2**
**Operational Excellence**
Drive efficiencies

**3**
**Strategic M&A**
Leverage cash to invest

**4**
**AdaptHealth 2.0**
Transform connected healthcare at home

**FY2025 GOALS**

**$4B**
Revenue

**$1B**
Adjusted EBITDA*

**$300MM**
Free Cash Flow*

**+future potential**

### NON-ACQUIRED GROWTH

# Positioned to benefit from **PAP equipment normalization**



**PAP rental census**

6/21   7/21   8/21   9/21   10/21   11/21   12/21   1/22   2/22   3/22   4/22   5/22   6/22

**ACTIONS TAKEN** in response to shortage

+ Funded east & west-coast distribution hubs

+ Flexing up staffing where available to speed setups

+ Aircraft charters & freight forwarding

+ Virtual & group setups

## Opportunity for share gains as PAP supply normalizes

**FOCUS AREAS**

+ Making difference for referral sources and their patients

+ Faster turnaround time and setups via technology + teams

+ Continued execution on resupply

NON-ACQUIRED GROWTH

# Leveraging our strengths to
optimize non-acquired growth opportunities



TECHNOLOGY

PATIENT ADVOCATES

COMPLIANCE

RCM

EXCEPTIONAL

## Patient  + Provider Engagement

KEY INITIATIVES

**+** E-prescribe

**+** Expand care-based model

**+** Deeper payor engagement

adapthealth

NON-ACQUIRED GROWTH

# Industry tailwinds support our non-acquired growth ambitions

## AGING POPULATION

**U.S. population aged 65+** (millions)



**+2.7%** CAGR

56.1

73.1

**2020**

**2030**

## PRODUCT CATEGORY GROWTH ESTIMATES

**7% to 10%**
Growth Projected
**SLEEP**

**3% to 5%**
Growth Projected
**RESPIRATORY**



**10% to 12%**
Growth Projected
**DIABETES**

## GROWING PREFERENCE

**86%** **of adults** prefer to receive post-acute care at home vs. in a skilled nursing facility (SNF)

**94%** **of Medicare beneficiaries** prefer to receive post-acute care at home vs. in SNF

**COVID-19** accelerated shift…a **recession** would further increase demand for cost-effective home care

 Sources: U.S. Dept. of Health and Human Services Administration on Aging (AoA); U.S. Census Bureau; CDC; VGM & Associates; HME News; Partnership for Quality Home Healthcare (PQHH) and National Association for Home Care & Hospice (NAHC); Company estimates

OPERATIONAL EXCELLENCE

# Multiple levers for margin improvement

+ **Operating leverage**

    + Broader product portfolio

    + Geographic scale

+ **Critical technology enhancements**

+ **Effective RCM**

+ **PAP equipment + supply chain normalization**



2025 Goal

**25%**

ADJ. EBITDA MARGIN*

*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.

adapthealth

**EXECUTE ADAPTHEALTH 2.0**

# Positioning AdaptHealth to be a leader in the shift to connected care – building on strengths we have already invested in

**TODAY**

## Leading the market

+ Top 3 across portfolio

+ Leader in electronic ordering

+ Leader in patient engagement

**FUTURE**

## Pioneering the shift to connected health solutions

+ Integrated, condition specific product suites

+ Real time, actionable data to drive cost and outcome improvement

+ Value-add partner to payors, providers and patients

+ Move from fee for service to fee for value

**EARLY INNINGS**

## significant opportunity ahead

+⁺ adapthealth

24

FOUNDATIONAL IMPERATIVE

# **Committed to advancing ESG efforts** to drive value for team members, customers, shareholders + communities

## PROGRESS

+ Established Board oversight

+ Implemented cross-functional ESG Task Force and DEI Council

+ Engaged third party to develop formal ESG strategy

+ Completed ESG Audit, including gap analysis and materiality assessment

+ Information gathering through internal subject-matter experts

## FOCUS AREAS



### Ethics & Accountability
+ Compliance
+ Data Security



### Our People
+ Employee Engagement
+ Diversity & Inclusion



### Environmental Impact
+ GHG Emissions
+ Materials Management



### Products & Services
+ Quality, Safety
+ Access & Affordability



# **Seasoned leadership team** executing our strategic vision



**Steve Griggs**
Chief Executive Officer



**Joshua Parnes**
President



**Jason Clemens**
Chief Financial Officer



**Chris Joyce**
General Counsel



**Dan Bunting**
COO Field Operations



**Rodney Carson**
President & COO Diabetes



**Joel Mills**
Chief People Officer



**Albert Prast**
Chief Technology Officer



**Shaw Rietkerk**
COO Central Operations



**Wendy Russalesi**
Chief Compliance Officer



**Leila Vargas**
EVP Sales & Marketing

adapthealth

# Supported by an experienced board



**Richard Barasch**
Chairperson since 2017



**Greg Belinfanti**
Board member since 2021



**Brad Coppens**
Board member since 2020



**Terence J. Connors**
Board member since 2019



**Steve Griggs**
Board member since 2021



**Ted Lundberg**
Board member since 2021



**Josh Parnes**
Board member since 2019



**Dr. Susan Weaver**
Board member since 2018



**David S. Williams III**
Board member since 2020

**Dale Wolf**
Board member since 2019

## BROAD & RELEVANT EXPERIENCE

+ Business Leadership & Operations

+ Strategy Planning & Execution

+ Healthcare

+ Growth Markets

+ Technology & Innovation

+ Financial, Accounting & Capital Markets

+ Mergers and Acquisitions

+ Leadership Development

IN SUMMARY

# Improving patient lives + lowering healthcare costs via a tech-enabled, patient-first integrated care model

## 1
### A transformed business

more scale, efficiencies + value creation potential

## 2
### Capitalizing on value embedded in business today

products, capabilities + proven strategic playbook

## 3
### Execute on AdaptHealth 2.0

innovative pioneer in the shift to connected healthcare

## Unlocking our earnings + growth potential

FY2025 Goals: $4B Revenue, $1B Adjusted EBITDA*, and $300MM Free Cash Flow*

 adapthealth    *Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.

# Delivering Efficiencies through Scale + Technology

ENABLING BETTER OUTCOMES FOR PATIENTS, PROVIDERS, PAYORS...AND ADAPTHEALTH



**Josh Parnes**
President



**Albert Prast**
Chief Technology Officer

M+A VALUE CREATION

# Delivering scale + diversification via M+A



+ More scale

+ Improved purchasing efficiencies

M&A VALUE CREATION

# Continuing to leverage FCF to pursue M&A



**PURSUE TARGETED M&A**

## Strategic criteria

+ Further consolidation of current portfolio categories

+ Add additional scale/geographic density

+ Expand into adjacencies

+ Technology enhancements

**INTEGRATE & OPTIMIZE**

## Synergy opportunities

+ adherence

+ resupply

+ cross-sell

+ e-prescribe

+⁺adapthealth

EFFICIENT OPERATIONS

# **Tangible progress** transforming operations, compelling benefits

Operational **PRIORITIES**

**Integration of AeroCare merger complete**

+ Capturing meaningful synergies, including branch consolidation, vendor spend reduction, RCM outsourcing
+ Helping offset impacts from labor and inflationary pressures

**Systems implementations**
Oracle, moving legacy Adapt to OTL, Brightree conversions, single HCM system, auto-pay

+ Improving visibility and control into business operations and financials
+ Enabling tighter working capital, improving free cash flow

**Integration of ~50 non-AeroCare acquisitions**

+ Reducing vendor spend
+ Enhancing market reach, density, and service levels

**Workflow improvements and operational changes**

+ Digitizing workflow and consolidate acquired companies
+ Driving e-prescribe
+ Centralizing revenue functions

+ + adapthealth

EFFICIENT OPERATIONS

# Driving efficiencies to reduce operating expenses

**PEOPLE + INFRASTRUCTURE**
Cost as % of Revenue*

**REVENUE PER EMPLOYEE\*\*\***
(est., $ in 000s)

**KEY DRIVERS**

| Year | Cost as % of Revenue | Revenue per Employee |
|---|---|---|
| 2019 | 53% | $204 |
| 2020 | 44% | $224 |
| 2021 | 41% | $229 |
| 2022E** | 41% | $265 |

+ **Greater scale + value** (M&A)

+ **Cloud-based capabilities** (RCM, ERP, HCM)

+ **Integrated technologies** (e-prescribe, e-ordering, e-delivery)



*Non-GAAP measure defined as salaries, labor and benefits, other operating expenses, rent and occupancy, and G&A.
**Mid-point of 2022 guidance.
***Revenue per employee defined as net revenue divided by FTE headcount

# Driving Efficiencies + Building Scale

## Scalable Technology Platform



# Enabling the home healthcare market's **digital transformation with modern, digitized workflows integrated into patient care**

## HISTORICAL HME

## OUR FOCUS

### Highly Manual & Labor Intensive



+ Faxes, Telephonic interaction, Printing / copying, mailings

+ Complex and prone to errors

### Modern, Digitized Workflow



+ E-prescribing

+ Mobile documentation

+ Cloud-based revenue cycle

+ Digital inventory tracking

+ Capturing voice of the patient

+ **Better patient care** ease of use, more transparency, better results

+ **Better referral partner experience** improved efficiency, less errors

+ **Better business** data driven decisions, efficient collections

+⁺ adapthealth

35

# We are **committed to investing in IT** to improve patient outcomes and reduce system costs

**STRATEGIC SOLUTIONS**

R&D developing software

**TOOLS THAT ENABLE**

Technical & monitoring

**TACTICS AND DEFENSES**

Security & risk mitigation

## Stack investments today

+ Ensure security, compliance and governance

+ Simplify data exchange and overall process to deliver better patient care

+ Enable us to provide exceptional customer service to keep our patients healthy at home

adapthealth

36

OUR DATA ADVANTAGE

# Patient-centric, integrated suite of digital tools

**OTL**
+ Proprietary cloud-based mobile delivery

**myAPP**
+ Seamless Diabetes supplies reordering

**Partner Order Tracking**
+ Faster resolution to ordering issues
+ Reduced labor needs
+ Better efficiencies

**E-Prescribe**
+ Digital prescriptions

**Adapt Referral Management (ARM)**
+ Improves communications
+ Reduces unbilled revenue

**E-Commerce**
+ Direct orders





**PROPRIETARY TECHNOLOGIES**

adapthealth

37

A CLOSER LOOK AT OTL

# OTL: Proprietary cloud-based mobile delivery software

## Answering industry need for digital transformation

+ **Secures electronic business solutions** + eliminates paper

+ **Handles electronic documentation,** signatures, tracking, communications, billing + payments

+ **Reduces time** between delivery, billing + reimbursement

+ **Real-time electronic referral tracking** to customers + partners

+ **Drives online ratings and reviews**

+ **HIPAA & SOX compliant**

## Full scale + nationwide

+ **>8MM deliveries** since inception in 2015

+ **686 combined locations**

+ **7,587 active users** and counting



Mobile App

+ Web Portal

+ Data Services

++ adapthealth

38

# Strong engagement and customer satisfaction

## 4.8
Google rating (corporate office)



### YTD 2022

+ Total of 2MM OTL deliveries

+ 402K OTL ratings received

+ 20% average response rate

adapthealth

A CLOSER LOOK AT E-COMMMERCE

# Building out our e-commerce solutions

Enable 360° patient relationship + drive attractive revenue opportunities



Direct orders from *existing* patients
**INSIDE THE ADAPT ECOSYSTEM**

**AUDIENCE**  DME customers

Initial focus on CPAP

Building towards full product offering **+** cross marketing

**TACTICS**  Email, referrals, traditional sales channels such as flyers, package inserts

## 3rd party e-commerce properties

Direct purchases
**OUTSIDE THE ADAPT ECOSYSTEM**

*Partner examples include:*

  

**AUDIENCE**
Multiple, CPAP,  pump, supplies, oxygen

**TACTICS**  Paid search/shopping, organic search, email, in-house database, display, affiliate, social

adapthealth

# **Driving behavior change with data**—our technology advantage with patients, physicians and processes

| | VALUE DELIVERED | BEHAVIORS WE INFLUENCE |
|---|---|---|
|  **PATIENTS** | + Digital ordering<br>+ Paperless communication<br>+ Virtual setups | + Better health outcomes<br>+ Higher rates of resupply orders |
| **PAYORS/ PROVIDERS** | + Ease of use<br>+ Efficiency gains<br>+ Improved compliance<br>+ Reduced errors | + AdaptHealth as preferred partner<br>+ Expedient paying |
|  **PROCESSES** | + 360-degree patient view<br>+ Value-add partner<br>+ Tight integration across all functions (sales + compliance) | + Efficient collection of payments<br>+ Quality of earnings<br>+ Secure data network |

+⁺ adapthealth

IN SUMMARY

**+** We are highly **efficient at leveraging our scale + technology** to get patients crucial therapies they need, when they need it

**+** Our scalable technology platform is **leading the HME digital transformation** and driving key behavior changes

**PATIENTS**  better health outcomes

**PROVIDERS**  more referrals

**PAYORS**  more efficient payments

We will continue investing in tech to add value in support of our strategy for each constituency

**+** We are **investing in IT capabilities** to optimize our untapped opportunities today – and **moving further up the tech stack** to pioneer a next generation value-based connected care model



# Leading the market with strong compliance



**Wendy Russalesi**
Chief Compliance Officer

COMPLIANCE AGENDA

# Why healthcare compliance matters

## Industry-leading compliance program

## Priorities going forward



# Compliance excellence leads to **better patient outcomes**

**PROMOTES**
ethics & integrity

**+**

**ESTABLISHES**
adherence to laws & policies

**+**

**DEVELOPS**
effective internal controls

**+**

**ADVANCES**
prevention of fraud, waste & abuse

**GOAL**
Delivering best patient care while minimizing business risk

COMPLIANCE MISSION STATEMENT

**+** Maintaining a robust compliance program, one which **fosters a culture of ethics, integrity, open communication and compliance with applicable laws and regulations**

**+** Providing collaborative paths forward, focusing on **organizational excellence through best practices**

We are a collaborative partner to the business

+⁺ **adapt**health

47

COMPLIANCE AGENDA

Why healthcare compliance matters

## Industry-leading compliance program

Priorities going forward



# **Program Evolution** – Prepared to support growing business

## 2017 – 2018

**Established enterprise corporate compliance program**

+ One Code of Ethics and Business Conduct

+ Implemented policies and procedures in support of the code

+ Educated all employees and contractors on Code of Ethics and Business Conduct

+ Developed rigorous internal monitoring program

+ Launched enterprise risk assessment process

## 2020

**Incorporated new business lines into enterprise corporate compliance program**

+ Expanded program and internal subject matter expertise to support compliance requirements for diabetes, pharmacy and medical supply lines of business

## 2021 – 2022

**Scaled program to support largest acquisition to date**

+ Integrated Aerocare Holdings into enterprise corporate compliance program

**Conducted Independent Compliance Program Effectiveness Assessment**

+ Participated in third-party corporate compliance program assessment as commissioned by AdaptHealth BOD

+ +adapthealth

49

# We have built **a leading compliance program**

## CONSISTENT FRAMEWORK

**+** Enterprise program spans all AdaptHealth subsidiaries

**+** Incorporates Office of Inspector General (OIG) Guidance, Department of Justice (DOJ) evaluation of corporate compliance programs

**+** Healthcare risk factors evaluated and updated in real time

## GUIDING PRINCIPLES

 **Compliance first culture**

 **Empowering business success**

 **Technology-enabled compliance program**

# Compliance first culture



**BOD**

Independent Compliance Committee

**CEO**

**CHIEF COMPLIANCE OFFICER**
(Enterprise Compliance Team)

collaborative cross-functional partnerships with

**SALES**

**OPERATIONS**

**IT**

**RCM**

Strong commitment from BOD and executive leadership to do what is right for our patients and our business

**adapt**health

51



# **Empowering business success**

## Equip operations + sales teams to generate compliant referrals

+ Enterprise compliance education for BOD, employees and contractors

+ Corporate policies and best practice recommendations

## De-risk M&A + support effective integrations

+ Due diligence to identify red flags (regulatory environment, billing + coding practices, compliance program effectiveness)

+ Risk mitigation plan development

+ Pre-and-post close integration

+⁺ adapthealth



# Technology-enabled compliance program

**Proprietary compliance workflow**

**Full visibility of audit activity**

**Company wide engagement**

**Driving better audit outcomes**

+ **Launched May 2016**
+ **Billing audit workflow**

+ **Transparency on risks + trends**

+ **Monthly Audit Talk sessions to regularly inform the businesses**

+⁺ adapthealth

# Rigorously **evaluated for effectiveness** – by independent third-party



> " AdaptHealth's compliance program is well designed, has been applied earnestly and in good faith and... does, in fact, work in practice."

—The van Halem Group



In 2021 independent third party van Halem Group analyzed **394 metrics across 7 elements** of AdaptHealth's compliance program.

Analysis concluded AdaptHealth's compliance program is:

+ **Well above normal** DME industry standards

+ **Equal to or above average** for companies of similar size in the DME industry

+ Recognized for **effective use of technology**

+**adapt**health

COMPLIANCE AGENDA

Why healthcare compliance matters

Industry-leading compliance program

**Priorities going forward**





# Compliance excellence **optimizes our opportunities + reduces risk**

**PRIORITIES**

+ **Monitor** OIG work plan

+ **Evaluate** enterprise risk assessment and monitor disclosures

+ **Monitor** for regulatory changes and current enforcement trends

**GOALS**

+ **Drive** better patient care

+ **Mitigate** emerging fraud and abuse risks

+ **Support** growth

adapthealth

# Building a Patient-Centric Organization



**Leila Vargas**
EVP, Sales and Marketing

PATIENT-FIRST CARE AGENDA

# A patient-first organization

## Future priorities





# Comprehensive services + unparalleled reach

## Comprehensive, high-quality services

+ Sleep therapy

+ Diabetes

+ Oxygen therapy

+ Ventilation

+ Respiratory medications

+ Durable medical equipment

+ Urology & incontinence

+ Breast pumps

+ Orthotics & bracing

+ Nutrition

+ Home modifications

+ Wound care

+ Complex rehab

## Unparalleled reach + support

 **36,000** home deliveries each day

 **3.9 million** lives touched last year

 **759** locations in 47 states

 **2,600+** insurance contracts

**Providing superior customer care**



# Our patient-centric, highly-engaged organization



## 650+ SALES REPRESENTATIVES

### HME
**572**

| | |
|---|---|
| sales reps | 390 |
| liaisons | 138 |
| sales leaders | 44 |

### Diabetes
**89**

| | |
|---|---|
| sales reps | 82 |
| sales leaders | 7 |

## UNPARALLELED INDUSTRY EXPERIENCE

**13** average years in the **HME industry**

**53%** have served on management, customer service, delivery, clinical or RCM teams

## MARKET LEADING POSITIONS*

**Sleep** #1

**Respiratory** #2

**Diabetes** #3

**NIV** #3

# Our differentiated approach drives better results



**PATIENT-FIRST CARE**
We give patients the best quality of life through all stages of their disease through a 360 degree approach to care.



**TOOLS + TECHNOLOGY**
We empower our sales teams to stay connected with patients, referral partners, and each other.



**SALES TRAINING**
We provide industry-leading training programs to ensure each sales representative is a valuable partner for physicians and an informed advocate for patients.

**+** Higher level of care for patients

**+** Valuable resource for healthcare partners

**+** Increased business for AdaptHealth

# Patient-first care: collaboration & communication



**BREATHE A LITTLE EASIER**

## A 360-DEGREE APPROACH

+ **Specialized teams working together and dedicated to ensuring consistency of care**

+ **Managing the whole patient → enhanced high-quality experience**

+ **Building PCP referrals → early intervention**

+ **Delivered by our:**
  + Commitment to Compliance
  + Timely Intervention
  + Outcome-driven programs

+ **Respiratory medications provided directly to the patient's home through our specialty pharmacy**

We are an extension of our referral sources into the patient's home; not just an equipment provider

+⁺adapthealth

# Pilot program outcomes are strong



**86%** Stable or improved COPD assessment score*

**84%** Current treatment compliance rate > 4 hours per day*

**SUBSTANTIAL** reduction in COPD readmissions*

We are committed to moving from good to great.



# Driving change with technology
## AdaptHealth Sales Reps are more informed, responsive, & competitive



**OTL**



**ARM**

**AdaptHealth Referral Management**



**myAPP**



**Digital Ordering**

**Benefitting patients, referral sources and AdaptHealth**

+ Competitive edge

+ Sales order notifications

+ Real-time information on patients

+ "On the Way" delivery feature

+ Effective communication

+ Touch more patients lives

+ Provide quality care

# ARM: Our proprietary referral management platform
## Enabling clear & effective rep/referral source communication

**THE CHALLENGE**

+ Communication breakdowns = loss of trust with referral sources

+ Chasing paperwork and documentation = waste of time

+ 'Off the shelf' CRM tools = ineffective



**ARM IS THE SOLUTION**

+ Account relationship management

+ Sales order integration

+ OTL order notifications

+ RCM documentation management

+ Digital ordering integration and notifications

**Building a more efficient, scalable sales team to accelerate non-acquired growth**

+ Cover more area

+ Meet with more referral sources

+ Provide greater value

+ Drive more business

adapthealth

67

# Enhanced trainings drive exceptional engagement, patient care + growth

+ **Committed** to hiring top, competitive sales professionals and arming them with success

+ **Proven** success formula with education and training so we continue to invest in our reps

+ **AdaptHealth** Boot Camp, Reboot, and Masters Classes

+ **Trainings** establish a Respiratory/Diabetes focus and provide education on all products, guidelines, and sales processes (PCP strategy)

+ **Sales team** engagement – podcast, mentorship programs for continued sales and personal development

+ Low turnover

+ Highly engaged and motivated sales team

+ Strong referral source relationships

+ Increased market share

+✦ adapthealth

PATIENT-FIRST CARE AGENDA

A patient-first organization

## Future priorities



# Strategic priorities to drive growth



**1** Drive new referrals from physicians and health systems



**2** Optimize quality of life for existing patients by expanding services



**3** Capture cross-selling opportunities

adapthealth

# 1 | **Drive new referrals** from physicians and health systems

## ~70K
**Primary Care Physicians**

Actively referring patients and prescribing one or more target therapies to AdaptHealth

## ~70K
**Specialists**

## ~1K
**Health Systems**

Representing future referral opportunities

+ **Education of referral sources and health systems** to recognize patient needs earlier in the disease process

+ **Patient advocacy**

+ **Coordination of care**

+ **Increase market share in existing areas**



+ adapthealth



## 2 **Optimize quality of life** for existing patients by expanding services

# 3.9MM

patients on service today

## Optimize quality of life

+ Extend care coordinator model across portfolio

+ Continue to promote our Superhero Patient Advocacy Program

## Drive outcomes

+ Deepen relationships with referral sources and simplify process

+ Highly-trained sales reps

+ Enhanced technology

+ Open communication



# 3 Capture cross-selling opportunities

## Utilize our network of ~70K PCPs for cross-sell

+ **Diabetes CGM**

+ **ActivStyle** – incontinence

+ **StorkPump** – breast pump division

## Address challenges of cross-selling

+ Cross-sell to referral source

+ Cross-sell to patient

IN SUMMARY

# AdaptHealth is changing patients' lives.

+ We are guided by our **commitment to drive the best quality of life** for patients so they stay healthier at home

+ **Our patient-first, care-based approach** positions AdaptHealth as partner of choice for referral partners and payors

+ We have **significant growth opportunities ahead** including
  + **untapped referral sources**
  + **cross-selling opportunities** across HME & Diabetes
  + **expansion of services** to support our patients through the progression of their disease or diseases

DELIVERING ON OUR MISSION WHILE
# Driving revenue, earnings + cash flow



**Shaw Rietkerk**
COO
Central
Operations

# We have transitioned to a **technology-driven patient intake + Revenue Cycle Management workflow**

+ **Deliver** high quality patient care

+ **Build** recurring resupply revenue streams

+ **Drive** non-acquired growth



A CLOSER LOOK
# Our technology-driven patient intake



## Referrals

**E-presciption**

**Referral EMR integrations**

**Proprietary order intake**



## Intake & Collections

**Eligibility workflows**

**Custom-built rules engine**

**Strong patient pay polices**



## Delivery

**Proprietary logistics technology**

**Strategic logistics partners for scale**

## Validation & Claim Submission

**Custom-built rules engine**

**Realtime error resolution**

+ Higher quality on initial order
+ Ease of referring
+ Reduces time and rework

+ Determination of collectability prior to delivery
+ Accurate payor selection to confirm reimbursement
+ Patient payment at time of service

+ Compliant documentation
+ Patient engagement
+ Optimal drop shipping of supplies

+ Issue resolution prior to billing
+ High claims quality = faster reimbursement



A CLOSER LOOK

# Driving excellent patient care + improving profitability

 **Collections + Payments**

**Proprietary workflow management platform**

**Automated cash receipts**

**Highly skilled & tenured RCM team**

 **Patient Disposition**

**Smart logic**

**Clinical monitoring (adherence / usage)**

**Maintenance / support**

 **AdaptHealth Ecosystem**

**Resupply**

**Enhanced disease state management across the portfolio**

+ "Right person/right time" collections

+ Reduces processing time and eliminates rework

+ Forward thinking work management methodologies

+ Moves patients into AdaptHealth Ecosystem

+ Drives proper follow up for best patient care

+ Moves patients into AdaptHealth Ecosystem

+ Best Patient Care

+ Recurring resupply revenue

+ Non-acquired growth

++adapthealth

IN SUMMARY

**+ RCM drives better outcomes** for patients, referral partners and AdaptHealth

**+ AdaptHealth's seamless ecosystem** enables expansion to other services and fuels growth in sleep, respiratory and diabetes

# Q & A



# Program Break

## We will resume at ~11:00am ET

adapthealth



# Our critical role in patient care at home

SLEEP/RESPIRATORY/HME

DIABETES

# Changing lives through better patient outcomes

SLEEP

RESPIRATORY

HME



**Shaw Rietkerk**
COO
Central
Operations

SLEEP/RESPIRATORY/HME

**Sleep: Personalized patient experience with better outcomes**

Respiratory:
An extension of the care team at home

Priorities to support growth ambitions



WHAT WE DO

# AdaptSleep

Built to provide quality service to patients and ensure maximum outcomes

End-to-end support for patients using CPAP and BiPAP machines to treat sleep disorders.



**PERSONALIZED SET-UP**



**SLEEP COACHING**



**RESUPPLY**



**REPAP**

**+** Strong partnerships with manufacturing companies

**+** Recently achieved record new monthly PAP starts

**+** More than 1.2M patients in active resupply census

**+** Works with over 2,600 payors

**+** Current Average 90-day PAP compliance rate of >76%*

++ adapthealth

*The national average 90-day PAP compliance rate is 72.5%. Source: AdaptHealth In-house Data

85

# Sleep at-a-glance

## $1.0B
**NET REVENUE**
Q2 '22 Annualized

## ~280K
**RENTAL PATIENT CENSUS**
as of June 30, 2022

## ~ 1.2MM
**SUPPLY PATIENTS**

**PRODUCT OFFERINGS**



Rentals
25%
75%
PAP Resupply

**MARKET SHARE***



AdaptHealth
#1
Rest of Market

HOW WE CHANGE LIVES



# **Technology solutions** to help sleep patients



## Registration Automation

+ Reduces time and labor to register patients into AirView and Care Orchestrator

+ Automation tags the appropriate physician/referral for visibility

+ Improves accuracy and minimizes chance of patient fallout



## Adherence Monitoring Platform

+ Human intervention, key automations and outreach ensure potential issues area identified and addressed proactively

+ Custom-built technology to drive therapy adherence.

+ Patient device usage data is centrally stored to allow proactive outreach, regardless of machine type.



## Other Support Tools

+ Advanced mask fitter technology

+ Manufacturer compliance support applications such as MyAir  & DreamMapper

+*+adapthealth

HOW WE CHANGE LIVES

**2** **Our sleep coaching program** is designed to help patients achieve therapy success



**Proprietary Patient Adherence Workflow**

Patient enrolled in program

Patient welcome call

Patient monitored by sleep coaches & automation

Outreach begins

Live call

Email

Text

Patient interaction & notes recorded

Compliance achieved

**200**
SLEEP COACHES
incentivized to achieve target adherence rates

+ Algorithm IDs "risk" behaviors that drive poor adherence

+ Automated and direct outreach based on risk event

+ Enables personalized coaching, intervention and support by a Sleep Coach to support patient's individual outcomes

+adapthealth

HOW WE CHANGE LIVES

 **3** **Industry-leading patient adherence** drives better outcomes

**Many payors require adherence rate of 70%\***

**76%** adherence
vs. 72.5% national average

**Strong patient setup and first 90 days of therapy are key**

**~1300 to 1400 bps** improvement

from day 30 to day 90

+ **Better quality of life**

+ **Lower cost of care**

+ **Higher resupply revenues**

 *Adherence rate = percentage of nights during which a patient receives PAP therapy (at least 4 hours required) AdaptHealth In-house Data

89

SLEEP/RESPIRATORY/HME

Sleep: Personalized patient experience with better outcomes

**Respiratory:
An extension of the care team at home**

Priorities to support growth ambitions



WHAT WE DO

# Adapt Respiratory





**DELIVERY AND SETUP**



**EDUCATION, COACHING GOAL SETTING**



**CONTINUOUS CARE OF PATIENT IN HOME**



**CARE COORDINATION**

**+ Extending the reach of referring physician offices into the patient's home**

**+ Programs centered around optimizing patient's quality of life and specialized in progressive and irreversible diseases**

++adapthealth

# Respiratory at-a-glance

## $547MM

**NET REVENUE**
Q2 '22 Annualized

## ~290K

**PATIENTS ON O2 AND VENT THERAPY CENSUS**
as of June 30, 2022

**FULL SUITE OF OFFERINGS**

+ Oxygen Therapy

+ Ventilation

+ Nebulizers & Nebulized Medications

**MARKET SHARE\***

AdaptHealth



#2

Rest of Market





# **AdaptHealth difference** – Nexus + Breathe a Little Easier programs




+ **Commitment to compliance** to reduce risk

+ **Intervention focus** by Respiratory Therapists, Nurses, Pharmacists, Pharmacy Technicians, and Sleep Technicians

+ **Outcome driven** help reduce hospitalizations, improve payors' Star ratings

+ **Optimal therapy** through comprehensive offering and care coordination

+ **Focus on ambulation** improve patient quality of life, ADL performance



SLEEP/RESPIRATORY/HME

Sleep: Personalized
patient experience
with better outcomes

Respiratory:
An extension of the
care team at home

**Priorities to support
growth ambitions**



# Priorities to drive non-acquired growth



**1** **Continue** to grow PAP Setups

**2** **Accelerate** resupply to drive recurring business

**3** **Capitalize** on expanded referral base to accelerate respiratory growth

**4** **Utilize** clinical expertise to fuel vent growth

# Optimize lifetime value of PAP rental business

 **X**  **X**  **=** Lifetime PAP rental revenue*

**PAP rental census**

**Equipment rental rate** ~$50-125 / month

**Rental cap** 10 to 13 months per cycle

## LEVERS TO DRIVE GROWTH

+ Growing PAP new starts (strategic payor relationships, expanded vendor relationships, group classes, standardized set ups)

+ Increasing adherence rates

+ Optimizing M&A

STRATEGIC PRIORITY | 2 | ACCELERATE RESUPPLY

# Optimize lifetime value of PAP supply business

 **X**  **X**  **X**  **=** **Lifetime PAP resupply revenue**

**PAP resupply census**

**Orders per patient**
~3 / year

**Value per order**
~$150-200

**Patient LOS**
4-5 years

**LEVERS TO DRIVE GROWTH**

+ Growing PAP new starts

+ Leverage referral sources (Grow active census via "resupply only referrals")

+ Expanding new PAP-supply sales

+ Electronic ordering to accelerate and simplify sales

+ Acquisition targets with sizeable PAP Resupply active census

# Maximizing market share opportunities in respiratory care



**Oxygen rental census**

X



**Equipment rental rate**
~$40-85 / month

X



**Rental cap**
36-months per cycle

=

**Lifetime O2 rental revenue**

## LEVERS TO DRIVE GROWTH

+ Grow new health system relationships/referral base created during COVID-19

+ Leverage **equity of** AdaptHealth as a trusted partner respiratory

+ **L**everage existing Health system relationships

+ Early intervention via **PCP relationships and** 360-degree patient care

adapthealth

98

STRATEGIC PRIORITY | 4 | FUEL VENT GROWTH

# Maximizing market share opportunities in respiratory care

 **x**  **x**  **=** **Lifetime vent rental revenue**

**Ventilator rental census**

**Equipment rental rate**
~$900-1,100 / month

**Patient LOS**
Varies

## LEVERS TO DRIVE GROWTH

**+** National clinical sales team – centralized and dedicated team

**+** Identifying disease state progression from current census

**+** Vent specific sales team

adapthealth

99

IN SUMMARY

**+** Attractive benefits from **market tailwinds** in sleep and respiratory

**+** **Patient-first, technology-enabled approach** drives product leadership and better patient outcomes

**+** **Well-positioned to capitalize** on large opportunities in sleep and respiratory and drive strong non-acquired growth

# Driving Patient Engagement in Diabetes

## LEVERAGING TECHNOLOGY, SALES + PROCESSES



**Rodney Carson**
President & COO
Diabetes

DIABETES AGENDA

**Diabetes is a prevalent and costly disease on the rise**

Scaled & ready to drive non-acquired growth

Well positioned to drive growth & benefit from operational efficiencies



# Diabetes is an **increasingly common chronic disease** – most costly in the U.S.

**37MM** **Americans have diabetes**, with diagnosed cases up nearly 3x since 2000*

**14%** **of healthcare dollars** are spent treating diabetes or a disease complication*

**$327B** **of annual medical costs** and lost productivity*

**10-12%** Long term growth projections for US diabetes device market

 adapthealth   *Source: CDC   103

# Diabetes exacerbates **many other chronic conditions...**

**putting strain on our health system**

Disease conditions with high degrees of co-morbidity with diabetes

**UROLOGY**



**OSTOMY**

**OXYGEN**



**SLEEP APNEA**



**WOUND CARE**

**INCONTINENCE CARE**



**BREAST PUMPS**



# **Double Digit CAGR Projected** for CGM and Insulin Pump Market through 2022

## KEY DRIVERS

+ Aging population

+ Increased prevalence of obesity in U.S.

+ Increased coverage of Type 2 diabetics

+ Increased pace of technological innovation

## U.S. DIABETES DEVICE MARKET ($ BILLIONS)

**Continuous Glucose Monitoring Market**

$2.1 → 18% → $3.4

2019 — 2020E

**Insulin Pump Market**

$1.6 → 12% → $2.2

2019 — 2020E

 adapthealth

Source: Company analysis based on market and Wall Street research

105

DIABETES AGENDA

# Diabetes is a prevalent and costly disease on the rise

## **Scaled & ready to drive non-acquired growth**

# Well positioned to drive growth & benefit from operational efficiencies



# Diabetes at-a-glance

**$665MM**
**SALES**
Q2 '22 Annualized

**~250K**
**PATIENTS ON CENSUS**
serviced in LTM June 2022

**93**
**SALES REPS**
dedicated to market

**PRODUCT OFFERINGS**

**Continuous Glucose Monitors** (CGM)

**Other**
insulin pumps, glucose meters, test strips, syringes, and other supplies



24%

76%

**REVENUE MIX**

**Pharmacy**

**Government**

6%

49%

45%

**Insurance**



# Positioned to win with **100+ diabetes dedicated patient advocates + E-prescribe first-mover advantage**

**Product Depth & Manufacturer Relationships**

+ Strong relationships with leading diabetes manufacturers

+ Broad offering across CGMs, pumps, test strips, etc.

+ Access to products to address needs of polychronic patients

**Industry-Leading Referral Support + Technology**

+ 100+ diabetes-dedicated resources (patient advocates, analysts, marketing)

+ Access to 500+ HME sales reps covering highly complementary markets

+ First mover advantage on e-prescribing for diabetes

**Broad Insurance Coverage & Benefit Flexibility**

+ 100s of unique payor contracts provides broad geographical coverage

+ Multi-channel – ability to adjudicate both DME and pharmacy claims

+ Targeting capitated opportunities to lower OpEx and increase market share

+ +adapthealth



DIABETES AGENDA

Diabetes is a prevalent and costly disease on the rise

Scaled & ready to drive non-acquired growth

**Well positioned to drive growth & benefit from operational efficiencies**



# Priorities to drive growth

**1** **Drive** non-acquired growth + operational efficiency via process standardization + technology deployment

**2** **Pursue** bolt-on M&A

**3** **Leverage** Diabetes as gateway for outpatient monitoring

STRATEGIC PRIORITY | 1 | NON-ACQUIRED GROWTH + OPERATIONAL EFFICIENCIES

# Capture untapped non-acquired growth

## KEY INITIATIVES

**Drive Sales**

+ Cross-marketing within universe of 3.9 million patients

+ Sales team expansion

+ Medicare growth

**Enhance Customer Engagement**

+ Leverage technology to drive patient engagement

+ Drive e-prescription penetration and remain platform agnostic

+ Continued emphasis on multichannel platform to facilitate desired patient order modality

**Drive Operational Efficiency**

+ Standardization of work-flow processes

+ Regionalization of front-end intake process

+ Centralization of reorder and RCM platforms

**OPPORTUNITY**

Double digit non-acquired growth

++ adapthealth

112

STRATEGIC PRIORITY | 1 | NON-ACQUIRED GROWTH + OPERATIONAL EFFICIENCIES

# Optimize lifetime value per patient to maximize non-acquired growth

 **x**  **x**  **x**  **=** **Lifetime Diabetes supply revenue**

**CGM / Pump supply census**     **Orders per patient**     **Value per order**     **Patient LOS**

### LEVERS TO DRIVE GROWTH

+ Expand referral base

+ Deeper penetration of referral base

+ Refill optimization

+ Mix of pump/BGM/CGM

+ Payor contracting

STRATEGIC PRIORITY | 2 | M & A

# Deliver upside through bolt-on M&A

## Track record of M&A success

- Completed 7 diabetes-specific transactions starting mid-2020
- Adding ~$450mm of LTM revenue

## Considerations for potential targets

- Payor mix
- Complimentary contract coverage
- Geographic density
- Product cost synergies
- Technology driven synergies

## How we will measure success

- Year 1 financial performance / Year 1 multiple
- Topline growth rate above market
- Integration of workflow, IT systems/support and sales forces

IN SUMMARY

**+** **Large and fast-growing business** in an expanding market

**+** **Sizable team of patient advocates and excellent manufacturer relationships** protect and expand relative market share position

**+** Increased **process standardization** and the implementation of **technological solutions** create operational efficiencies

# Building AdaptHealth 2.0

PIONEERING THE NEXT ERA OF
CONNECTED IN-HOME HEALTHCARE



**Josh
Parnes**
President



ADAPTHEALTH 2.0 SECTION AGENDA

# Leveraging pipes into the home

## Priorities to unlock our full potential

# Healthcare marketplace continues to move aggressively to the home environment



## ~$255B

worth of care services currently being delivered in clinics, facilities + physician offices are predicted

## to shift to the home by 2025*

# We will build upon our strong foundation

## Scale + Technology: critical enablers for better home care

+ **3.9 million patients**

+ **759 locations**

+ **Servicing 47 states**

+ **36,000 deliveries every day**

## National footprint with local presence



**DIFFERENTIATED CAPABILITIES**



TECHNOLOGY

PATIENT ADVOCATES

COMPLIANCE

RCM

## Patient-Centric Technology Platform



OTL

myAPP

Partner Order Tracking

E-Prescribe

Adapt Referral Management (ARM)

E-Commerce

PROPRIETARY TECHNOLOGIES

+⁺ adapthealth

119



# Our strategic ambition: Pioneer the shift to connected care at home

**Build a better patient + partner experience** by leveraging geographic scope, payor scale and technology capabilities.

**Get + keep patients home** by leveraging 360-degree patient care model.

**Lower the total cost of care** through better care management and a tighter connection to the patients and payors we serve.

adapthealth

120

ADAPTHEALTH 2.0 SECTION AGENDA

Leveraging
pipes into the home

**Priorities to unlock
our full potential**



# Delivering AdaptHealth 2.0
## by executing on what we have already built

**STRATEGIC PRIORITIES**

1. Connected Care

2. Chronic Disease Management

3. Payor Technology Connection

Still in early innings but excited about the opportunities ahead

STRATEGIC PRIORITY | 1 | CONNECTED CARE

# Leveraging connected devices in the home
## to drive targeted patient interventions

## OUR UNIQUE ADVANTAGE

**Database and domain expertise created by**

+ long history of connected care offerings

+ proprietary technology solutions



## OUR OPPORTUNITY

+ **Better care management**
building on foundation in place to drive targeted engagement and intervention

+ **Tighter connection to patients**
leverage proprietary technology to further connect the care journey between patient, providers, payors and AdaptHealth

+ **Lower total cost of care**
by keeping patients at home and driving better patient outcomes

adapthealth

STRATEGIC PRIORITY | 2 | CHRONIC DISEASE MANAGEMENT

# Adding clinical component to chronic disease management

   

|  | OSA | COPD | DIABETES | CHF |
|---|---|---|---|---|
| **Incidence Data** (US) | 54MM with AHI ≥ | 15.7MM | 37MM | 6.2MM |
| **Therapies currently offered** | CPAP machine + BiPAP therapy machine PAP resupply | Oxygen, Ventilation, Vests, Nebulized therapies | CGM, Pumps | Beds, Oxygen |

Addressing condition-specific offerings for ~2MM of our current patients

+⁺ adapthealth

STRATEGIC PRIORITY | 3 | PAYOR TECHNOLOGY CONNECTION

# Solve for payor pain points via **technology connections**

## Our established + expanding technology solutions help.

**PAYOR PAIN POINTS**

+ Claims administration and order processing

+ Utilization management

+ Patient satisfaction and visibility

**EXISTING OFFERINGS**

+ E-prescribe
+ OTL

**FUTURE CONNECTED CARE**

+ Partner order tracking
+ Value based care model

Driving visibility, transparency + lower cost of claims administration for payors

+ +adapthealth

125

STRATEGIC PRIORITY | 3 | PAYOR TECHNOLOGY CONNECTION

# Partner Order Tracking

+ Developed using strategic low-code platform

+ Order lifecycle visibility to partners (e.g. health systems and commercial insurance companies)

+ Auditable two-way interaction/messaging platform

+ Near real-time updates of orders in process

**BENEFITS**

+ Faster resolution to ordering issues

+ Reduced labor needs

+ Better efficiencies



+ +adapthealth

IN SUMMARY

# Executing roadmap to be a leader in the shift to connected in-home healthcare

**EARLY INNINGS**

**2022**

**PRE-2021**

## Established Scale + Capabilities

+ Built geographic density

+ Broadened portfolio

+ Differentiated capabilities (technology, sales + compliance)

## Optimizing Our Capabilities

+ Further integrating teams, tools + technologies

+ Growing Sleep, Respiratory + Diabetes

+ Driving operational excellence

## Building AdaptHealth 2.0

+ Integrated, condition specific product suites

+ Real time, actionable data

+ Value-add partner to payors, providers and patients

+ +adapthealth

# Positioning our Company to Maximize Shareholder Value

FINANCIAL OVERVIEW



**Jason Clemens**
Chief Financial Officer

FINANCIAL OVERVIEW AGENDA

## Positioned for profitable growth

Cash flow flywheel supports capital allocation priorities

2025 Goals



A CLEAR FINANCIAL STRATEGY

# Evolve our financial profile

Positioning AdaptHealth to scale to $4B Revenue, $1B Adjusted EBITDA*, $300MM FCF* & Beyond



**Build Scale**

**2020**

+ Acquire + integrate

+ Build geographic density

+ Diversified product catalogue



*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.

130

REVENUE

# Executing M&A strategy to build scale + fuel topline growth

| KEY DRIVERS | THEN (2019) | NOW (2022) |
|---|---|---|
| **Geographic Footprint** | **REGIONAL PROVIDER** | **NATIONAL PROVIDER** |
| **Product Portfolio** | **PARTIAL** to Sleep, Respiratory, HME | **COMPREHENSIVE** Across the Product Catalog |

**REVENUE**
($ in billions)



~6x

| $0.5 | $1.1 | $2.4 | $2.9 |
| 2019 | 2020 | 2021 | 2022E* |



A CLEAR FINANCIAL STRATEGY

# Evolve our financial profile

Positioning AdaptHealth to scale to $4B Revenue, $1B Adjusted EBITDA*, $300MM FCF* & Beyond



**2020**

+ Acquire + integrate

+ Build geographic density

+ Diversified offerings

**2021**

+ Lower capital intensity

+ Integrate enabling technologies + enhanced capabilities

+ Grow resupply census



*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.

PROFITABILITY

# Improving our operating leverage to expand margins



| KEY DRIVERS | THEN (2019) | NOW (2022) |
|---|---|---|
| **Technology** | **FRAGMENTED** No ERP, No CRM, No HCM | **INTEGRATED** ERP, CRM, HCM, RCM |
| **Processes** | **EARLY INNINGS** E-Prescribe only | **OPTIMIZING** E-prescribe + E-ordering + E-deliver |



**REVENUE PER EMPLOYEE***
($ in 000s)

| 2019 | 2020 | 2021 | 2022E** |
|---|---|---|---|
| $204 | $224 | $229 | $265 |

**PEOPLE & INFRASTRUCTURE*****
($ in millions)

| $280 | $464 | $1,016 | $1,195 |
|---|---|---|---|
| 53% | 44% | 41% | 41% |
| 2019 | 2020 | 2021 | 2022E** |

as % of Revenue



*Revenue per employee defined as net revenue divided by FTE headcount
**Mid-point of 2022 guidance
**Non-GAAP measure defined as salaries, labor and benefits, other operating expenses, rent and occupancy, and G&A.

133

A CLEAR FINANCIAL STRATEGY

# Evolve our financial profile

Positioning AdaptHealth to scale to $4B Revenue, $1B Adjusted EBITDA*, $300MM FCF* & Beyond



**Build Scale**

**Optimize Leverage**

**Accelerate Value**

**2020**

+ Acquire + integrate

+ Build geographic density

+ Diversified offerings

**2021**

+ Lower capital intensity

+ Integrate enabling technologies + enhanced capabilities

+ Grow resupply census

**2022 & beyond**

+ Sustainable topline growth

+ Margin expansion

+ Free cash flow flywheel to  support growth investments

++adapthealth    *Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.

CASH GENERATION

# Positioning to accelerate free cash flow flywheel

| KEY DRIVERS | THEN (2019) | NOW (2022) |
|---|---|---|
| Resupply Census | 600K PATIENTS | 1.4MM PATIENTS |
| DSO | ~48 DAYS | ~45 DAYS |
| DPO | >100 DAYS | ~50 DAYS |

**FREE CASH FLOW**
($ in millions)



$16 — 1H22
$9 — CARES*
$52 — AP**
$77 — Adjusted 1H22



*Recoupment of advanced cash payments as part of the CARES act
**Adjustments to normalize for the cash impact of changes in AP

135

FINANCIAL OVERVIEW AGENDA

# Repositioned for profitable growth

## Cash flow flywheel supports capital allocation priorities

## 2025 Goals



# Durable operating model drives cash flywheel and fuels growth

**1** **Steady and sustainable cash generation**

**2** **Disciplined M&A** adding scale and density at attractive multiples

**REPOSITIONED BUSINESS**

scale, operating leverage, resupply census engine

**5** **Return Capital to Shareholders** via opportunistic share repurchases

**3** **Technology investments** that turn our valuable data into information for patients, payors and providers

**4** **Continuous improvements investments** focused on improving patient outcomes and stakeholder experience

adapthealth

137

# Balance sheet provides flexibility to execute our strategy

## LIQUIDITY

Undrawn revolver capacity

**After $17MM letters of credit**

**$433MM**

Cash & equivalents

**$119MM**

As of Q2 FY22

## DEBT SERVICE

Net Debt / LTM Adjusted EBITDA*



**3.2x**

**3.4x**

FY21            Q2 FY22

## DEBT STRUCTURE

Debt maturities, as of Q2 FY22

| | |
|---|---|
| FY26 | **$775M** |
| FY27 | **$0** |
| FY28 | **$350M** |
| FY29 | **$500M** |
| FY30 | **$600M** |

76% fixed rate debt for 4.5% weighted average debt cost



*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations

138

FINANCIAL OVERVIEW AGENDA

# Repositioned for profitable growth

# Cash flow flywheel supports capital allocation priorities

## 2025 Goals



# Positioning for the next phase of growth

**FUTURE**

**KEY DRIVERS**

FY2025 Goals

**Revenue**    **$4B**

+ PAP equipment normalization

+ Non-acquired growth

+ M&A



* Mid-point of 2022 revenue guidance range of $2.84-3.84B

140

# Positioning for the next phase of growth

**FUTURE**

FY2025 Goals

**KEY DRIVERS**

| | | |
|---|---|---|
| **Revenue** | **$4B** | **+** PAP equipment normalization |
| **Adjusted EBITDA*** | **$1B** | **+** Non-acquired growth |
| | | **+** Operational efficiencies |
| | | **+** M&A |



*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations

141

# Positioning for the next phase of growth

**FUTURE**

FY2025 Goals

**KEY DRIVERS**

| | | |
|---|---|---|
| **Revenue** | **$4B** | **+** Continuous improvement to DSO/DPO |
| **Adjusted EBITDA\*** | **$1B** | **+** Lower Capex requirements |
| **Free Cash Flow\*** | **$300MM** | **+** ERP improvements to Working Capital |



*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations

IN SUMMARY

**+** **We have evolved the financial profile of the business**—more scale, better operating leverage + cash flow momentum

**+** **We are leveraging cash generation to drive capital allocation priorities**—focus on profitable growth and shareholder value

**+** **Line of site to FY2025 goals**—$4B revenue, $1B Adj. EBITDA*, $300MM Free Cash Flow*

*Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations

# Q & A

IN SUMMARY

# Improving patient lives + lowering healthcare costs via a tech-enabled, patient-first integrated care model

## 1

### A transformed business

more scale, efficiencies +

value creation potential

## 2

### Capitalizing on value embedded in business today

products, capabilities +

proven strategic playbook

## 3

### Executing AdaptHealth 2.0

innovative pioneer

leading shift to

connected healthcare

## Unlocking our earnings + growth potential
FY2025 Goals: $4B Revenue, $1B Adjusted EBITDA*, and $300MM Free Cash Flow*

 adapthealth          *Non-GAAP measure. Refer to Appendix for GAAP to Non-GAAP reconciliations.          145



# Thank you

adapthealth

# Non-GAAP Financial Measures

This presentation discusses AdaptHealth's EBITDA and Adjusted EBITDA for prior periods and projected amounts for future periods. AdaptHealth defines EBITDA as net income (loss) attributable to AdaptHealth Corp., plus net income (loss) attributable to noncontrolling interests, interest expense, net, income tax expense (benefit), and depreciation and amortization. AdaptHealth defines Adjusted EBITDA as EBITDA (as defined above), plus loss on extinguishment of debt, equity-based compensation expense, transaction costs, change in fair value of the contingent consideration common shares liability, change in fair value of the warrant liability, and other non-recurring items of expense or income.

The following unaudited table presents the reconciliation of net income (loss) attributable to AdaptHealth Corp. to EBITDA and Adjusted EBITDA for the six months ended June 30, 2022 and 2021:

| | Six Months Ended June 30, | |
|---|---|---|
| (in thousands) | 2022 | 2021 |
| Net income attributable to AdaptHealth Corp. | $ 55,782 | $ 75,141 |
| Income attributable to noncontrolling interest | 1,695 | 1,275 |
| Interest expense, net | 50,384 | 45,332 |
| Income tax expense | 14,456 | 10,635 |
| Depreciation and amortization, including patient equipment depreciation | 156,504 | 110,999 |
| **EBITDA** | **278,821** | **243,382** |
| Loss on extinguishment of debt (a) | — | 11,949 |
| Equity-based compensation expense (b) | 11,222 | 16,029 |
| Transaction costs (c) | 5,313 | 39,954 |
| Change in fair value of warrant liability (d) | (18,509) | (40,622) |
| Change in fair value of contingent consideration common shares liability (e) | — | (24,044) |
| Other non-recurring expense, net (f) | 10,804 | 4,918 |
| **Adjusted EBITDA** | **$ 287,651** | **$ 251,566** |

(a) Represents the write-off of unamortized deferred financing costs and other expenses related to refinancing of debt and pre-payment penalties for early debt payoff.
(b) Represents equity-based compensation expense for awards granted to employees and non-employee directors.
(c) Represents transaction costs and expenses related to integration efforts related to acquisitions.
(d) Represents a non-cash charge or gain for the change in the estimated fair value of the warrant liability.
(e) Represents a non-cash gain for the change in the estimated fair value of the contingent consideration common shares liability.
(f) The 2022 year-to-date period consists of a $4.5 million expense related to changes in AdaptHealth's estimated TRA liability, $3.6 million of expenses associated with litigation claims, $0.6 million of expenses associated with lease terminations, a $0.8 million loss related to the write-off of an investment, and $1.3 million of net other non-recurring expenses. The 2021 year-to-date period consists of $1.5 million of expenses related to legal and other costs associated with the separation of the Company's former Co-CEO, $0.9 million of expenses associated with legal settlements for employee and other matters, $1.0 million of expenses associated with lease terminations, and $1.5 million of severance expense.
(g) Free cash flow is defined as cash flow from operations less capital expenditures.

147