# Exhibit 48

 **CMS.gov**

Centers for Medicare & Medicaid Services

About CMS   Newsroom   Data & Research



## CMS.gov main menu

Medicare ›

Medicaid/CHIP ›

Marketplace & Private Insurance ›

Priorities ›

Training & Education ›

### ICD-10 codes

Latest News

**CMS Regional Offices**

ICD-10 Resources

2025 ICD-10-CM

# CMS Regional Offices

**Contact your CMS Regional Office for questions.**

The Regional Offices of the Centers for Medicare & Medicaid Services are the agency's state and local presence. Regional field staff work closely with beneficiaries, health care providers, state governments, CMS contractors, community groups and others to provide education and address questions.

| Region | Regional Office Location | Contact | States served by the Region |
|---|---|---|---|

2025 ICD-10-PCS

2024 ICD-10-PCS

2024 ICD-10-CM

2023 ICD-10-PCS

2023 ICD-10-CM

2022 ICD-10 PCS

2022 ICD-10-CM

2021 ICD-10-CM

2021 ICD-10-PCS

2020 ICD-10-CM

2020 ICD-10-PCS

2019 ICD-10-CM

| Region 1 | Boston | ROBOSORA@cms.hhs.gov | Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont |
|---|---|---|---|
| Region 2 | New York | RONYCORA@cms.hhs.gov | New Jersey, New York, Puerto Rico, Virgin Islands |
| Region 3 | Philadelphia | ROPHIORA@cms.hhs.gov | Delaware, District of Columbia, Maryland, Pennsylvania, Virginia, West Virginia |
| Region 4 | Atlanta | ROATLORA@cms.hhs.gov | Alabama, Florida, Georgia, Kentucky, Mississippi, North Carolina, South Carolina, Tennessee |
| Region 5 | Chicago | ROCHIORA@cms.hhs.gov | Illinois, Indiana, Michigan, Minnesota, Ohio, Wisconsin |
| Region 6 | Dallas | RODALORA@cms.hhs.gov | Arkansas, Louisiana, New Mexico, Oklahoma, Texas |

2019 ICD-10 PCS

2018 ICD-10 CM and GEMs

2018 ICD-10 PCS and GEMs

2017 ICD-10-CM and GEMs

2017 ICD-10 PCS and GEMs

ICD-10-CM and ICD-10 PCS and GEMs Archive

ICD-10 Coordination and Maintenance Committee Meetings

ICD-10 MS-DRG Conversion Project

Process for Requesting New/Revised ICD-10-PCS Procedure Codes

| Region 7 | Kansas City | ROKCMORA@cms.hhs.gov | Iowa, Kansas, Missouri, Nebraska |
| Region 8 | Denver | RODENORA@cms.hhs.gov | Colorado, Montana, North Dakota, South Dakota, Utah, Wyoming |
| Region 9 | San Francisco | ROSFOORA@cms.hhs.gov | Arizona, California, Hawaii, Nevada, Pacific Territories |
| Region 10 | Seattle | ROSEA_ORA2@cms.hhs.gov | Alaska, Idaho, Oregon, Washington |

3

ICD-10 Coordination and Maintenance Committee Meeting Materials

ICD-9-CM Diagnosis and Procedure Codes: Abbreviated and Full Code Titles

Updates and Revisions to ICD-9-CM Procedure Codes (Addendum)

Payer Resources

Statute and Regulations

Vendor Resources

Page Last Modified:  09/06/2023 04:57 PM

Help with File Formats and Plug-Ins

    

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244