# Exhibit 50

# Medicare Administrative Contractors (MACs)

| MAC Jurisdiction | Processes Part A & Part B Claims for the following states/territories: | MAC |
|---|---|---|
| DME A | Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Rhode Island, Vermont | Noridian Healthcare Solutions, LLC |
| DME B | Illinois, Indiana, Kentucky, Michigan, Minnesota, Ohio, Wisconsin | CGS Administrators, LLC |
| DME C | Alabama, Arkansas, Colorado, Florida, Georgia, Louisiana, Mississippi, New Mexico, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, Virginia, West Virginia, Puerto Rico, U.S. Virgin Islands | CGS Administrators, LLC |
| DME D | Alaska, Arizona, California, Hawaii, Idaho, Iowa, Kansas, Missouri, Montana, Nebraska, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming, American Samoa, Guam, Northern Mariana Islands | Noridian Healthcare Solutions, LLC |
| 5 | Iowa, Kansas, Missouri, Nebraska | Wisconsin Physicians Service Government Health Administrators |
| 6 | Illinois, Minnesota, Wisconsin<br><br>**HH + H for the following states:** Alaska, American Samoa, Arizona, California, Guam, Hawaii, Idaho, Michigan, Minnesota, Nevada, New Jersey, New York, Northern Mariana Islands, Oregon, Puerto Rico, US Virgin Islands, Wisconsin and Washington | National Government Services, Inc. |
| 8 | Indiana, Michigan | Wisconsin Physicians Service Government Health Administrators |
| 15 | Kentucky, Ohio<br><br>**HH + H for the following states:** Delaware, District of Columbia, Colorado, Iowa, Kansas, Maryland, Missouri, Montana, Nebraska, North Dakota, Pennsylvania, South Dakota, Utah, Virginia, West Virginia, and Wyoming | CGS Administrators, LLC |
| E | California, Hawaii, Nevada, American Samoa, Guam, Northern Mariana Islands | Noridian Healthcare Solutions, LLC |
| F | Alaska, Arizona, Idaho, Montana, North Dakota, Oregon, South Dakota, Utah, Washington, Wyoming | Noridian Healthcare Solutions, LLC |
| H | Arkansas, Colorado, New Mexico, Oklahoma, Texas, Louisiana, Mississippi | Novitas Solutions, Inc. |
| J | Alabama, Georgia, Tennessee | Palmetto GBA, LLC |
| K | Connecticut, New York, Maine, Massachusetts, New Hampshire, Rhode Island, Vermont<br><br>**HH + H for the following states:** Connecticut, Maine, Massachusetts, New Hampshire, Rhode Island, and Vermont | National Government Services, Inc. |
| L | Delaware, District of Columbia, Maryland, New Jersey, Pennsylvania (includes Part B for counties of Arlington and Fairfax in Virginia and the city of Alexandria in Virginia) | Novitas Solutions, Inc. |
| M | North Carolina, South Carolina, Virginia, West Virginia (excludes Part B for the counties of Arlington and Fairfax in Virginia and the city of Alexandria in Virginia)<br><br>**HH + H for the following states:** Alabama, Arkansas, Florida, Georgia, Illinois, Indiana, Kentucky, Louisiana, Mississippi, New Mexico, North Carolina, Ohio, Oklahoma, South Carolina, Tennessee, and Texas | Palmetto GBA, LLC |
| N | Florida, Puerto Rico, U.S. Virgin Islands | First Coast Service Options, Inc. |

**Also Processes Home Health and Hospice claims