# Exhibit 56

# Provisionally Filed Under Seal