# Exhibit 57

**EQUITY RESEARCH**



RBC Capital Markets, LLC
**Ben Hendrix** (Analyst)
(615) 372-1323, ben.hendrix@rbccm.com
**Michael Murray**, CFA (Senior Associate)
(615) 372-1321, michael.murray@rbccm.com

March 3, 2023

# AdaptHealth Corp.

## 4Q miss is troubling, though we expect an extensive audit process has improved visibility

**Our view:** We are maintaining our Outperform rating on Adapt Health, despite a disconcerting 4Q22 miss, as we believe management is addressing the material weaknesses in controls that clouded operating cost visibility and led to an EBITDA print well below recently revised 2022 guidance. Looking ahead to 2023, we expect business process and controls, along with added technology and human capital, implemented following an extensive internal audit significantly curbs the risk of forecasting error on the magnitude of the 4Q miss. We remain buyers at current levels, though we are lowering our price target to $24 (from $29).

### Key points:

- **AdaptHealth's 4Q22 EBITDA fell approximately 15% below the low end of its 2022 guidance range, despite management having pointed to the low end just after the end of the year** (see our January 10, 2023 note here). The ~$26MM miss versus the $620MM low-end of 2022 guidance reflects a $10MM unfavorable AR adjustment, $10MM of higher than expected COGS, and $6MM of higher labor costs. Management attributes the lack of visibility to material weaknesses in the company's control environment. To fully assess and cure the material weakness, AHCO has undergone a substantive audit with KPMG, which helped to uncover the receivables, COGS, and higher than expected labor expenses. In response the audit findings, the company has implemented Oracle on an enterprise-wide basis, completely overhauling its accounting and finance infrastructure. With the preverbal "root canal" complete, and with the requisite business processes, controls, technology upgrades and personnel now in place, we believe the audit process and Oracle implementation have likely de-risked the 2023 outlook to a large extent.

- **Management lowers guidance on revenue mix outlook and higher than expected costs, particularly COGs, creating a lower jumping off point following 4Q surprises.** During 4Q22, rental revenue came in below internal expectations, which disproportionately impacts adjusted EBITDA given significantly higher rental margins. Importantly, management does not contemplate improving rental census in guidance, which we believe could provide upside. Management expects 1Q23 non-acquired growth 6.5-7.0% with revenue improving sequentially through the year. Similarly, management expects sequential margin improvement through the year, similar to what we saw through the first three quarters of 2022. Despite the softer guidance, **management remains committed to its 2025 targets of $4B in revenue, $1B in adjusted EBITDA, and $300MM in FCF.**

- **Changes to estimates.** We are lowering our FY23 revenue estimate to $3.2B (previously $3.277B) as we modestly lower our revenue expectations for each segment. We are also lowering our adjusted EBITDA estimate to $680MM (previously $734MM), to reflect a lower mix of rental revenue and higher service costs, consistent with management's outlook.

## Outperform

NASDAQ: AHCO; USD 15.50

**Price Target USD 24.00 ↓ 29.00**

| WHAT'S INSIDE | | |
|---|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change | |
| ☐ In-Depth Report | ☑ Est. Change | |
| ☐ Preview | ☑ News Analysis | |

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 10.00 | 15.50 | 24.00 | 29.00 |
| | ↓ 35% | | ↑ 55% | ↑ 87% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 134.1 | Market Cap (MM): | 2,079 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Enterprise Val. (MM): | 4,198 |
| | | Avg. Daily Volume: | 1,082,535 |

### RBC Estimates

| FY Dec | 2021A | 2022A | 2023E | 2024E |
|---|---|---|---|---|
| EBITDA, Adj | 565.9 | 593.8 | 680.3 | 754.4 |
| Prev. | | 635.0 | 734.4 | |
| Revenue | 2,454.5 | 2,970.6 | 3,200.0 | 3,501.2 |
| Prev. | | 2,980.0 | 3,277.4 | |

| EBITDA, Adj | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2022 | 137.6A | 150.0A | 160.2A | 146.0A |
| Prev. | | | 161.8A | 187.2E |
| 2023 | 142.9E | 156.1E | 181.2E | 200.2E |
| Prev. | 160.3E | 170.9E | 185.5E | 217.7E |

EBITDA, Adj: Adjusted EBITDA less patient equipment capex
Proforma shares and EV based on recently completed transactions
All values in USD unless otherwise noted.
Priced as of prior trading day's market close, EST (unless otherwise noted).

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

**Capital Markets**

**RBC** ®

**AdaptHealth Corp.**

## Valuation

In light of the material weaknesses in internal controls and the magnitude of the 4Q miss, we are rebasing our valuation multiple lower pending demonstration that enhancements to the finance and accounting infrastructure have improved visibility. We are lowering our price target to $24 (previously $29) as we lower our target multiple one-turn to 8.0x (previously 9.0x) on our revised FY23 adjusted EBITDA. Our target multiple reflects a discount to AHCO's closest home medical equipment peer, which we believe is appropriate until material weakness cures and visibility is established. That said, we remain buyers at current levels. Our price target supports our Outperform rating.

Exhibit 1 - AHCO financial summary

| | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 |
|---|---|---|---|---|---|---|---|---|---|
| Sales Revenue | $167,295 | $317,265 | $400,579 | $432,171 | $489,373 | $475,955 | $492,654 | $512,523 | $534,548 |
| Rental Revenue | $84,689 | $164,854 | $225,438 | $221,122 | $212,733 | $230,248 | $234,960 | $243,972 | $245,735 |
| Total Revenue | $348,429 | $482,119 | $617,017 | $653,293 | $702,106 | $706,203 | $727,614 | $756,495 | $780,283 |
| Operating Income | $21,473 | $15,409 | $65,407 | $75,710 | $58,484 | $51,552 | $59,178 | $52,949 | $26,732 |
| Net income (loss) attributable to AHCO | ($31,043) | ($3,966) | $27,310 | $39,589 | $22,942 | $8,354 | $14,032 | $16,122 | ($2,588) |
| Adjusted EBITDA | $79,365 | $104,175 | $147,391 | $156,274 | $158,078 | $137,644 | $150,007 | $160,163 | $145,956 |
| Adjusted EBITDA margin | 22.8% | 21.6% | 23.9% | 23.9% | 22.5% | 19.5% | 20.6% | 21.2% | 18.7% |

Source: Company reports

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP



**AdaptHealth Corp.**

## Exhibit 2 - Revenue by product

| | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 4Q22 |
|---|---|---|---|---|---|---|---|---|---|
| **Net revenue total** | **348,429** | **482,119** | **617,017** | **653,293** | **702,106** | **706,203** | **727,614** | **756,495** | **780,283** |
| *Y/Y growth* | *133.0%* | *151.8%* | *165.8%* | *129.7%* | *101.5%* | *46.5%* | *17.9%* | *15.8%* | *11.1%* |
| *sequential growth* | *22.5%* | *38.4%* | *28.0%* | *5.9%* | *7.5%* | *0.6%* | *3.0%* | *4.0%* | *3.1%* |
| | | | | | | | | | |
| Sleep total | 112,968 | 176,791 | 229,666 | 236,114 | 248,811 | 250,273 | 260,354 | 270,629 | 285,470 |
| *Y/Y growth* | *24.2%* | *93.1%* | *114.5%* | *137.0%* | *120.2%* | *41.6%* | *13.4%* | *14.6%* | *14.7%* |
| Diabetes total | 96,445 | 97,870 | 126,530 | 137,950 | 178,855 | 155,305 | 166,293 | 173,286 | 192,207 |
| *Y/Y growth* | *0.0%* | *1744.2%* | *1885.7%* | *156.3%* | *85.4%* | *58.7%* | *31.4%* | *25.6%* | *7.5%* |
| Supplies to the home total | 45,144 | 41,363 | 42,675 | 42,441 | 41,351 | 39,865 | 43,881 | 47,793 | 47,787 |
| *Y/Y growth* | *2341.5%* | *47.6%* | *53.1%* | *-4.8%* | *-8.4%* | *-3.6%* | *2.8%* | *12.6%* | *15.6%* |
| Respiratory total | 38,299 | 89,075 | 124,682 | 124,146 | 120,383 | 140,725 | 136,756 | 140,352 | 137,206 |
| *Y/Y growth* | *66.6%* | *220.7%* | *154.6%* | *231.8%* | *214.3%* | *58.0%* | *9.7%* | *13.1%* | *14.0%* |
| HME total | 34,874 | 44,536 | 54,791 | 57,032 | 57,092 | 56,576 | 56,649 | 54,945 | 54,216 |
| *Y/Y growth* | *56.2%* | *87.5%* | *110.8%* | *95.0%* | *63.7%* | *27.0%* | *3.4%* | *-3.7%* | *-5.0%* |
| Other total | 20,699 | 32,484 | 47,673 | 55,610 | 55,614 | 63,459 | 63,681 | 69,490 | 63,397 |
| *Y/Y growth* | *81.1%* | *116.5%* | *200.7%* | *182.4%* | *168.7%* | *95.4%* | *33.6%* | *25.0%* | *14.0%* |
| | | | | | | | | | |
| Sales revenue total | 167,295 | 317,265 | 400,579 | 432,171 | 489,373 | 475,955 | 492,654 | 512,523 | 534,548 |
| *Y/Y growth* | *83.0%* | *146.0%* | *148.9%* | *108.6%* | *192.5%* | *50.0%* | *23.0%* | *18.6%* | *9.2%* |
| *Sequential growth* | *-19.2%* | *89.6%* | *26.3%* | *7.9%* | *13.2%* | *-2.7%* | *3.5%* | *4.0%* | *4.3%* |
| *% of total* | *48.0%* | *65.8%* | *64.9%* | *66.2%* | *69.7%* | *67.4%* | *67.7%* | *67.7%* | *68.5%* |
| | | | | | | | | | |
| Sleep sales revenue | 84,890 | 128,682 | 163,331 | 173,359 | 188,758 | 192,335 | 194,693 | 198,206 | 208,787 |
| *Y/Y growth* | *25.1%* | *86.8%* | *93.5%* | *132.2%* | *122.4%* | *49.5%* | *19.2%* | *14.3%* | *10.6%* |
| Diabetes sales revenue | 94,924 | 95,017 | 123,314 | 134,228 | 175,523 | 151,359 | 162,259 | 169,075 | 188,295 |
| *Y/Y growth* | | | | | | | | | |
| Supplies to the home | 45,144 | 41,363 | 42,675 | 42,441 | 41,351 | 39,865 | 43,881 | 47,793 | 47,787 |
| *Y/Y growth* | *2341.5%* | *47.6%* | *53.1%* | *-4.8%* | *-8.4%* | *-3.6%* | *2.8%* | *12.6%* | *15.6%* |
| HME sales revenue | 18,724 | 24,156 | 30,360 | 30,989 | 32,010 | 30,851 | 31,102 | 29,463 | 28,714 |
| *Y/Y growth* | *72.0%* | *108.6%* | *138.5%* | *106.6%* | *71.0%* | *27.7%* | *2.4%* | *-4.9%* | *-10.3%* |
| Respiratory sales revenue | 2,571 | 5,621 | 13,136 | 6,228 | 6,013 | 8,145 | 7,891 | 9,734 | 8,572 |
| *Y/Y growth* | *55.0%* | *103.1%* | *-27.5%* | *20.9%* | *133.9%* | *44.9%* | *-39.9%* | *56.3%* | *42.6%* |
| Other sales revenue | 15,966 | 22,426 | 27,763 | 44,926 | 45,718 | 53,400 | 52,828 | 58,252 | 52,393 |
| *Y/Y growth* | *74.0%* | *81.0%* | *142.2%* | *202.1%* | *186.3%* | *138.1%* | *90.3%* | *29.7%* | *14.6%* |
| | | | | | | | | | |
| Rental revenue total | 84,689 | 164,854 | 225,438 | 221,122 | 212,733 | 230,248 | 234,960 | 243,972 | 245,735 |
| *Y/Y growth* | *45.7%* | *163.9%* | *216.8%* | *186.2%* | *151.2%* | *39.7%* | *4.2%* | *10.3%* | *15.5%* |
| *Sequential growth* | *9.6%* | *94.7%* | *36.8%* | *-1.9%* | *-3.8%* | *8.2%* | *2.0%* | *3.8%* | *0.7%* |
| *% of total* | *24.3%* | *34.2%* | *36.5%* | *33.8%* | *30.3%* | *32.6%* | *32.3%* | *32.3%* | *31.5%* |

Source: Company reports

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP



## Exhibit 3 - 4Q22 revenue by product



Source: Company reports

## Exhibit 4 - 4Q22 revenue by payor (left) and sales type (right)



Source: Company reports

## Exhibit 5 - 2023 guidance

|  | Current 3/1/23 | Initial 1/10/23 |
| --- | --- | --- |
| Organic revenue growth | ~7.7% |  |
| **Net revenue** | **$3,160 - $3,240** | **$3,210 - $3,290** |
| **Adjusted EBITDA** | **$650 - $710** | **$690 - $750** |
| Capital expenditures | ~10-12% of net revenue | ~9-11% of net revenue |

Source: Company reports

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

**AdaptHealth Corp.**

| AdaptHealth Corp.<br>Earnings model ($MM) | 2021<br>FY | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022<br>FY | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E<br>FY | 2024E<br>FY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Revenue** | $ 2,454,535 | $ 706,203 | $ 727,614 | $ 756,495 | $ 780,283 | $ 2,970,595 | $ 750,085 | $ 781,407 | $ 817,231 | $ 851,262 | $ 3,199,985 | $ 3,501,236 |
| *Y/Y growth* | *132.4%* | *46.5%* | *17.9%* | *15.8%* | *11.1%* | *21.0%* | *6.2%* | *7.4%* | *8.0%* | *9.1%* | *7.7%* | *9.4%* |
| Cost of Net Revenue | 2,008,925 | 597,122 | 610,011 | 646,714 | 699,322 | 2,553,169 | 637,497 | 658,316 | 681,877 | 709,122 | 2,686,813 | 2,932,933 |
| **Gross Profit** | **445,610** | **109,081** | **117,603** | **109,781** | **80,961** | **417,426** | **112,588** | **123,091** | **135,354** | **142,139** | **513,172** | **568,303** |
| *Margin* | *18.2%* | *15.4%* | *16.2%* | *14.5%* | *10.4%* | *14.1%* | *15.0%* | *15.8%* | *16.6%* | *16.7%* | *16.0%* | *16.2%* |
| General and Administrative Expenses | 167,505 | 41,444 | 42,548 | 40,681 | 37,452 | 162,125 | 41,769 | 43,349 | 41,495 | 38,305 | 164,919 | 178,694 |
| *% of Net Revenue* | *6.8%* | *5.9%* | *5.8%* | *5.4%* | *4.8%* | *5.5%* | *5.6%* | *5.5%* | *5.1%* | *4.5%* | *5.2%* | *5.1%* |
| Depr., excl. Patient Equipment | 63,095 | 16,085 | 15,877 | 16,151 | 16,777 | 64,890 | 15,378 | 16,020 | 16,754 | 17,452 | 65,603 | 71,779 |
| **Operating Income (Loss)** | **215,010** | **51,552** | **59,178** | **52,949** | **26,732** | **190,411** | **55,441** | **63,722** | **77,104** | **86,382** | **282,650** | **317,829** |
| Interest Expense, net | 95,195 | 24,776 | 25,608 | 28,521 | 30,509 | 109,414 | 30,432 | 30,347 | 30,262 | 30,177 | 121,218 | 119,858 |
| Other Expense (Income), net | (844) | 5,660 | 9,470 | 1,621 | (6,939) | 9,812 | -- | -- | -- | -- | -- | -- |
| **Income (Loss) Before Income Taxes** | **120,659** | **21,116** | **24,100** | **22,807** | **3,162** | **71,185** | **25,009** | **33,375** | **46,842** | **56,205** | **161,432** | **197,971** |
| Income Tax Provision (Benefit) | 32,806 | 12,282 | 8,853 | 5,580 | 4,733 | 31,448 | 6,377 | 8,511 | 11,945 | 14,332 | 41,165 | 50,483 |
| Net inc attributable to NCI | 1,978 | 480 | 1,215 | 1,105 | 1,017 | 3,817 | 1,250 | 1,669 | 2,342 | 2,810 | 8,072 | 9,899 |
| **GAAP Net Income Attributable to AHCO** | **85,875** | **8,354** | **14,032** | **16,122** | **(2,588)** | **35,920** | **17,381** | **23,196** | **32,555** | **39,063** | **112,195** | **137,590** |
| **Adjusted Net Income (loss)** | $ 152,777 | $ 15,721 | $ 23,877 | $ 29,693 | $ 6,184 | $ 75,475 | $ 22,936 | $ 29,339 | $ 39,248 | $ 46,264 | $ 137,787 | $ 165,884 |
| **Adjusted EPS** | $ 1.05 | $ 0.11 | $ 0.16 | $ 0.22 | $ 0.05 | $ 0.53 | $ 0.17 | $ 0.22 | $ 0.29 | $ 0.34 | $ 1.03 | $ 1.24 |
| *Y/Y growth* | *240.2%* | *-36.6%* | *-37.2%* | *-36.9%* | *-83.9%* | *-49.2%* | *59.5%* | *34.5%* | *35.6%* | *648.2%* | *92.3%* | *20.4%* |
| Share count, fully-diluted | 145,257 | 146,646 | 146,825 | 137,583 | 134,139 | 141,298 | 134,139 | 134,139 | 134,139 | 134,139 | 134,139 | 134,139 |
| **Adjusted EBITDA** | $ 565,918 | $ 137,644 | $ 150,007 | $ 160,163 | $ 145,956 | $ 593,770 | $ 142,884 | $ 156,074 | $ 181,216 | $ 200,174 | $ 680,347 | $ 754,447 |
| *Y/Y growth* | *175.2%* | *32.1%* | *1.8%* | *2.5%* | *-7.7%* | *4.9%* | *3.8%* | *4.0%* | *13.1%* | *37.1%* | *14.6%* | *10.9%* |
| *Margin* | *23.1%* | *19.5%* | *20.6%* | *21.2%* | *18.7%* | *20.0%* | *19.0%* | *20.0%* | *22.2%* | *23.5%* | *21.3%* | *21.5%* |

*Source: RBC Capital Markets estimates; Company reports*

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

**Ben Hendrix** (615) 372-1323; ben.hendrix@rbccm.com    5



# Key ESG questions

*This section is intended to highlight key ESG discussion points relevant to this company, as well as our views on the outlook. Both the questions we highlight and our responses will evolve over time as the dialogue between management, analysts and investors continues to advance. We welcome any feedback on the topics.*

**Our view**

**What are the most material ESG issues facing this company?**

We do not believe AdaptHealth is facing any material, company-specific challenges related to ESG issues. That said, we acknowledge that there are hazards inherent in transporting medical gas products and oxygen, such as ruptures and explosions that could result in personal injury or loss of life, destruction of property and equipment, and pollution or other environmental damage. It is important to note that the company's medical gas facilities and delivery operations are subject to extensive regulation by the Food and Drug Administration (FDA) and other federal and state licensing and regulatory bodies. We believe the risks of an unpredictable dangerous event are far outweighed by the positive societal effects that AHCO's business drives every day.

**Does the company integrate ESG considerations into its strategy?**

In our opinion, the social benefits derived as a result of its operating model should provide some appeal to ESG investors. Most importantly, the company's wide range of products allow very ill patients to remain in their homes. The home is not only the preferred setting for patients, but also the most cost-effective one, which helps to reduce overall costs to the healthcare system and lessen the burden on community hospitals. Additionally, we believe the company's tech-driven, efficiency-focused platform helps reduce the errors, waste, and unnecessary deliveries that typify the legacy HME market, driving further benefits for the broader healthcare system.

**What is diversity like at the board/ management level?**

Of the company's nine directors, four are female or diverse. Meanwhile, the company's broader employee base closely reflects the makeups of the communities that it serves.

**How does the company ensure strong governance?**

Although the Chairman and CEO roles are held by the same person, nine of its ten board members (or 90%) are non-executives.

**How has the company helped address COVID-19 for the greater good?**

Recognizing that its expertise in procuring specialized equipment could help its communities to address the challenges posed by the pandemic, AdaptHealth absorbed incremental costs and deployed capital and management resources toward assisting local hospitals and health systems with supply of equipment.

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP



**AdaptHealth Corp.**

## Target/Upside/Downside Scenarios

AdaptHealth Corp.



Source: Bloomberg and RBC Capital Markets estimates for Target

## Valuation

Our price target of $24 per share is based on an enterprise multiple of ~8x our FY23 adjusted EBITDA estimate. Our target multiple reflects a discount to AHCO's closest home medical equipment peer, which we believe is appropriate until AHCO has demonstrated visibility has improved. Our price target supports our Outperform rating.

## Upside scenario

Our upside scenario share price of $29 reflects FY23 adjusted EBITDA 5% above our current estimate, which assumes that management exceeds its M&A targets over the next year and that the company sees relief from the Philips recall sooner than expected. Under our upside scenario, we assume multiple expansion to ~8.5x our upside scenario FY23 EBITDA estimate.

## Downside scenario

Our downside scenario share price of $10 reflects adjusted EBITDA approximately 5% below our estimate driven by unforeseen acquisition integration headwinds and inability to achieve near-term operating leverage on organic topline growth. Under this scenario, we assume multiple contraction to ~6.0x, which is in line with AHCO's historical valuation levels seen in 2020/2021.

## Investment summary

As the third-largest provider of home medical equipment and supplies in the U.S., AdaptHealth offers investors exposure to a fast-growing segment of healthcare distribution, with a broad offering of products and services to help patients manage chronic conditions in their homes that are becoming increasingly relevant in the current environment.

Through its differentiated, technology-driven model that focuses on ease-of-use for referral sources and payors, and timely delivery for patients, we believe AdaptHealth is positioned to continue gaining market share and outpacing the attractive growth rates in the markets it serves.

As the company continues to expand its offering of products and services, cross-selling opportunities should further strengthen the organic growth trajectory, and with a scalable platform and low-cost infrastructure built for efficiency amid continuous reimbursement pressure, we expect strong operating leverage and margin expansion.

We expect AdaptHealth to continue investing in technology and expanded capabilities, as well as aggressively pursuing accretive M&A opportunities in its highly fragmented industries, adding at least 12–15% to annual topline growth. Additionally, the acquisition of AeroCare helps strengthen its national footprint and scale, which should enhance its value proposition with payors, and advance its connected health strategy, adding another leg to growth.

## Potential catalysts include:

- Top-line organic growth could exceed the high end of management's 8–10% target through accelerated demand for respiratory equipment and supplies or cross-selling expanded offering.
- Faster-than-expected synergy capture from recent large acquisitions including Solara, ActivStyle, and McKesson PCS could enable better margin expansion.
- Continued aggressive, accretive M&A to expand service line offering and geographic presence could provide better leverage on existing platform.
- Expanded offering in connected healthcare could help accelerate move into value-based care.

## Risks to rating and price target

Risks to our rating and price target include: potential for disruption to operations; changes in the competitive landscape; reimbursement pressure from government and third-party payors; potential for a significant and drawn-out economic downturn affecting demand and patients' ability to pay; and exposure to potential regulatory issues or other liabilities.

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP



## Company description

AdaptHealth Corp. is a leading provider of home healthcare equipment, supplies, and related services in the United States. The company focuses primarily on providing sleep therapy equipment, supplies, and related services to individuals suffering from obstructive sleep apnea, home medical equipment to patients discharged from acute care and other facilities, oxygen and related chronic therapy services in the home, and other HME medical devices and supplies on behalf of chronically ill patients with diabetes care, wound care, urological, ostomy, and nutritional supply needs. AdaptHealth currently services approximately 1.7 million patients annually including beneficiaries of Medicare, Medicaid, and commercial payors in all 50 states through a network of 187 locations in 38 states.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of AdaptHealth Corp..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from AdaptHealth Corp. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to AdaptHealth Corp..

RBC Capital Markets has provided AdaptHealth Corp. with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

March 3, 2023    **Ben Hendrix** (615) 372-1323; ben.hendrix@rbccm.com    8

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
|---|---|---|---|---|
| **RBC Capital Markets, Equity Research** | | | | |
| **As of 31-Dec-2022** | | | | |
| | | | **Investment Banking** | |
| | | | **Serv./Past 12 Mos.** | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [Outperform]** | 839 | 56.05 | 225 | 26.82 |
| **HOLD [Sector Perform]** | 603 | 40.28 | 151 | 25.04 |
| **SELL [Underperform]** | 55 | 3.67 | 3 | 5.45 |



**Rating and price target history for: AdaptHealth Corp., AHCO US as of 02-Mar-2023 (in USD)**

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**AdaptHealth Corp.**
### Valuation

Our price target of $24 per share is based on an enterprise multiple of ~8x our FY23 adjusted EBITDA estimate. Our target multiple reflects a discount to AHCO's closest home medical equipment peer, which we believe is appropriate until AHCO has demonstrated visibility has improved. Our price target supports our Outperform rating.

For the exclusive use of Teresa Gorman (tgorman@wilkie.com) at Willkie Farr & Gallagher LLP



**AdaptHealth Corp.**

## Risks to rating and price target

Risks to our rating and price target include: potential for disruption to operations; changes in the competitive landscape; reimbursement pressure from government and third-party payors; potential for a significant and drawn-out economic downturn affecting demand and patients' ability to pay; and exposure to potential regulatory issues or other liabilities.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to

https://www.rbccm.com/global/file-414164.pdf

or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at RBC Insight.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

**AdaptHealth Corp.**

Additional information is available on request.

**To U.S. Residents:**

This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**

This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**

This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**

This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**

This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

**® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.**
**Copyright © RBC Capital Markets, LLC 2023 - Member SIPC**
**Copyright © RBC Dominion Securities Inc. 2023 - Member Canadian Investor Protection Fund**
**Copyright © RBC Europe Limited 2023**
**Copyright © Royal Bank of Canada 2023**
**All rights reserved**

For the exclusive use of Teresa Gorman (tgorman@willkie.com) at Willkie Farr & Gallagher LLP

March 3, 2023

**Ben Hendrix** (615) 372-1323; ben.hendrix@rbccm.com   11