# Exhibit 60



Unified Program Integrity Contractor
South Western Jurisdiction (UPICSW)

February 17, 2021

Skoro Enterprises LLC dba XMed Oxygen and Medical Equipment
220 W. Germantown Pike, Suite 250
Plymouth Meeting, PA 19462

**Re:    Notice of Suspension of Medicare Payments**
**Supplier Medicare ID Number(s): 4724650001**
**Supplier NPI: 1831146943**
**Record Identifier: PSP-210114-00001**

Dear Skoro Enterprises LLC dba XMed Oxygen and Medical Equipment:

The purpose of this letter is to notify you of our determination to suspend your Medicare payments in all jurisdictions pursuant to 42 C.F.R. § 405.371(a)(2). The suspension of your Medicare payments took effect on February 10, 2021. Prior notice of this suspension was not provided, because giving prior notice would place additional Medicare funds at risk and hinder our ability to recover any determined overpayment. *See* 42 C.F.R. § 405.372(a)(3).

The decision to suspend your Medicare payments was made by the Centers for Medicare & Medicaid Services (CMS) through its Central Office. *See* 42 C.F.R. § 405.372(a)(4)(iii). This suspension is based on credible allegations of fraud. CMS regulations define credible allegations of fraud as an allegation from any source including, but not limited to, Fraud hotline complaints, claims data mining, patterns identified through audits, civil false claims cases, and law enforcement investigations. Allegations are considered to be credible when they have indicia of reliability. *See* 42 C.F.R. § 405.370. This suspension may last until "resolution of the investigation" as defined under 42 C.F.R. § 405.370 and may be extended under certain circumstances. *See* 42 C.F.R. § 405.372(d)(3)(i)-(ii). The suspension of your Medicare payments is based on, but not limited to, information that you misrepresented services billed to the Medicare program. More particularly, a review of claims submitted by Skoro Enterprises LLC dba XMed Oxygen and Medical Equipment showed that claims for DME services did not meet Medicare coverage guidelines.

The following list of sample claims provide evidence of our findings and serve as a basis for the determination to suspend your Medicare payments:

| Claim Control Number (CCN) | Basis for Selected Claims | Date(s) of Service | Amount Paid |
|---|---|---|---|
| 19116718542000 | DME Services did not meet Medicare coverage guidelines. | 04/03/2019 | $388.93 |
| 18220736498000 | DME Services did not meet Medicare coverage guidelines. | 07/31/2018 | $232.77 |
| 18304728261000 | DME Services did not meet Medicare coverage guidelines. | 10/03/2018 | $232.77 |



14643 Dallas Parkway, Suite 400  •  Dallas, Texas 75254-1613  •  www.qlarant.com



| 19169720472000 | DME Services did not meet Medicare coverage guidelines. | 04/01/2019 | $54.89 |
| 18200722299000 | DME Services did not meet Medicare coverage guidelines. | 06/21/2018 | $191.53 |

This list is not exhaustive or complete in any sense, as the investigation into this matter is continuing. The information is provided by way of example in order to furnish you with adequate notice of the basis for the payment suspension noticed herein.

Pursuant to 42 C.F.R. § 405.372(b)(2), you have the right to submit a rebuttal statement in writing to us indicating why you believe the suspension should be removed. We request that you submit this rebuttal statement to us within 15 days. You should include with this statement any evidence you believe is pertinent to your reasons why the suspension should be removed. Your rebuttal statement and any pertinent evidence should be sent to:

Qlarant Integrity Solutions, LLC
Attn: Rebuttal and Suspension Department
14643 Dallas Parkway, Suite 400
Dallas, TX 75254

If you submit a rebuttal statement, we will review that statement (and any supporting documentation) along with other materials associated with the case. Based on a careful review of the information you submit and all other relevant information known to us, we will determine whether the suspension should be removed, modified, or should remain in effect within 15 days of receipt of the complete rebuttal package. However, the suspension of your Medicare funds will continue while your rebuttal package is being reviewed. Thereafter, we will notify you in writing of our determination to continue or remove the suspension and provide specific findings on the conditions upon which the suspension may be continued or removed, as well as an explanatory statement of the determination. *See* 42 C.F.R. § 405.375(b)(2). This determination is not administratively appealable. *See* 42 C.F.R. § 405.375(c).

If the suspension is continued, we will review additional evidence during the suspension period to determine whether claims are payable and/or whether an overpayment exists and, if so, the amount of the overpayment. *See* 42 C.F.R. § 405.372(c). We may need to contact you with specific requests for further information. You will be informed of developments and will be promptly notified of any overpayment determination. Claims will continue to be processed during the suspension period, and you will be notified about bill/claim determinations, including appeal rights regarding any bills/claims that are denied. The payment suspension applies to both current and future payments.

In the event that an overpayment is determined and it is determined that a recoupment of payments under 42 C.F.R. § 405.371(a)(3) should be put into effect, you will receive a separate written notice of the intention to recoup and the reasons. You will be given an opportunity for rebuttal in accordance with 42 C.F.R. § 405.374 from CGS Administrators. When the payment suspension has been removed, any money withheld as a result of this action shall be first be applied to reduce or eliminate the





determined overpayment and then to reduce any other obligation to CMS or to the U.S. Department of Health and Human Services in accordance with 42 C.F.R. § 405.372(e). In the absence of a legal requirement that the excess be paid to another entity, the excess will be released to you.

Finally, Qlarant, a CMS Unified Program Integrity Contractor (UPIC), has initiated a process to review your Medicare claims and supporting documentation prior to payment. The purpose of implementing this prepayment process is to ensure that all payments made by the Medicare program are appropriate and consistent with Medicare rules, regulations and policy. The prepayment process is often applied to safeguard Medicare from unnecessary expenditures and to ensure that Medicare payments are made for items and services which are "reasonable and necessary" for the diagnosis or treatment of illness or injury or to improve the functioning of a malformed body member. *See* Social Security Act § 1862(a)(1)(A). Notification is hereby given that you are expected to comply with the prepayment process for claims for all dates and services.

Should you have any questions, please contact Doris Grimes in writing or via telephone at (972) 383-0000.


Sincerely,

S. Scott Ward, CFE, AHFI
Program Director
Qlarant Integrity Solutions, LLC

cc: Centers for Medicare & Medicaid Services

