# Exhibit 61

**INDIVIDUAL DEFENDANTS' EMPLOYMENT/SERVICE DATES**
**(Exhibit 61)**

| Individual Defendant | Position(s) | Dates of Employment/Service |
|---|---|---|
| **Officer Defendants** | | |
| **Luke McGee** | Chief Executive Officer | 2012 – February 1, 2021[1] |
| | Co-Chief Executive Officer | February 2, 2021 – April 13, 2021[2] |
| | Director | November 8, 2019 – April 13, 2021[3] |
| **Stephen P. Griggs** | Co-Chief Executive Officer | February 2, 2021 – June 14, 2021[4] |
| | Chief Executive Officer | June 14, 2021 – June 30, 2023[5] |
| | Director | February 2, 2021 – June 2023[6] |
| **Joshua Parnes** | President | August 2017 – Present[7] |
| | Director | November 8, 2019 – Present[8] |
| **Jason A. Clemens** | Chief Financial Officer | August 3, 2020 – Present[9] |
| **Frank J. Mullen** | Chief Accounting Officer | September 21, 2020 – May 16, 2022[10] |
| **Executive Defendants** | | |
| **Shaw Rietkerk** | Chief Revenue Officer | November 8, 2019 – August 3, 2020[11] |
| | Chief Operating Officer | August 3, 2020 – February 1, 2021[12] |
| | Chief Operating Officer – Centralized Operations | February 1, 2021 – March 13, 2023[13] |
| | Chief Operating Officer | March 13, 2023 – Present[14] |
| **Wendy Russalesi** | Chief Compliance Officer | September 2014 – Present[15] |

| | | |
|---|---|---|
| **Rodney Carson** | President of AdaptHealth Patient Care Solutions | January 3, 2020 – February 2021[16] |
| | President and Chief Operating Officer of AdaptHealth Diabetes Supply Division | February 2021 – February 2024[17] |
| **Director Defendants** | | |
| **Alan Quasha** | Director | November 8, 2019 – September 1, 2021[18] |
| **Richard Barasch** | Chairman of the Board of Directors | November 2017 – June 30, 2024[19] |
| | Interim Chief Executive Officer | June 30, 2023 – May 20, 2024[20] |
| **Terence Connors** | Director | November 8, 2019 – Present[21] |
| **Dr. Susan Weaver** | Director | February 2018 – Present[22] |
| **Dale Wolf** | Director | November 8, 2019 – June 30, 2024[23] |
| | Chairman of the Board of Directors | July 1, 2024 – Present[24] |
| **Bradley Coppens** | Director | July 9, 2020 – Present[25] |
| **David S. Williams III** | Director | July 26, 2020 – Present[26] |

---

[1]  *See* A.C. ¶ 31; AdaptHealth Corp., Proxy Statement (Schedule 14A) at 11 (Apr. 29, 2020); AdaptHealth Corp., Current Report (Form 8-K) at 4 (February 2, 2021).

[2]  Mr. McGee was placed on unpaid leave from his roles as Co-Chief Executive Officer and a Director of AdaptHealth Corp. as of April 13, 2021.  He was on unpaid leave from April 13, 2021 through June 11, 2021, the date of his effective resignation from all positions.  *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (10-K/A) at 127 (Apr. 30, 2021); AdaptHealth Corp., Q3 Quarterly Report (Form 10-Q) at 81 (Nov. 9, 2021); s*ee also* AdaptHealth Corp, Current Report (Form 8-K) at 4 (Feb. 2, 2021).

[3]  *See* AdaptHealth Corp., Proxy Statement (Schedule 14A) at 11 (Apr. 29, 2020); AdaptHealth Corp., Quarterly Report (Form 10-Q) at 81 (Nov. 9, 2021).

[4]  *See* AdaptHealth Corp., Current Report (Form 8-K) at 4 (February 2, 2021); AdaptHealth Appoints Stephen Griggs Chief Executive Officer (June 14, 2021), https://www.adapthealth.com/wp-content/uploads/2021/06/AHCO-Steve-Griggs-Appointment_061421.pdf.

[5]     *See* AdaptHealth Appoints Stephen Griggs Chief Executive Officer (June 14, 2021), https://www.adapthealth.com/wp-content/uploads/2021/06/AHCO-Steve-Griggs-Appointment_061421.pdf.; AdaptHealth Announces Stephen Griggs Will Step Down as CEO at the End of Second Quarter (May 9, 2023), https://adapthealth.com/wp-content/uploads/2023/05/AHCO-CEO-transition-050923.pdf.

[6] *See* AdaptHealth Corp., Current Report (Form 8-K) at 4 (Feb. 2, 2021); AdaptHealth Announces Stephen Griggs Will Step Down as CEO at the End of Second Quarter (May 9, 2023), https://adapthealth.com/wp-content/uploads/2023/05/AHCO-CEO-transition-050923.pdf.

[7] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 127 (Apr. 30, 2021); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[8] *Id.*

[9] *See* For Immediate Release: AdaptHealth Corp. Appoints Jason A. Clemens, CFA as Chief Financial Officer (May 21, 2020), https://adapthealth.com/wp-content/uploads/2020/05/AHCO-Press-Release-J.Clemens-Final.pdf; AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[10] *See* AdaptHealth Corp., Current Report (Form 8-K) at 2 (Sept. 21, 2020); AdaptHealth Corp., Current Report (Form 8-K) at 3 (May 17, 2022).

[11] *See* AdaptHealth Corp, Current Report (Form 8-K) at 2 (Mar. 14, 2023).

[12] *See id.*

[13] *See id.*

[14] *See id.*; AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[15] *See* Wendy Russalesi, CHC, LinkedIn Profile, https://www.linkedin.com/in/wendy-russalesi-chc-57234a72; AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[16] *See* Rodney Carson, LinkedIn Profile, https://www.linkedin.com/in/rodney-carson-ba88bb45; AdaptHealth Corp., Current Report (Form 8-K) at Ex. 99.1 (Jan. 7, 2020).

[17] *Id.*

[18] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 128 (Apr. 30, 2021); AdaptHealth Corp, Current Report (Form 8-K) at 2 (Aug. 30, 2021).

[19] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 128 (Apr. 30, 2021); AdaptHealth Appoints Suzanne Foster as Chief Executive Officer (Apr. 17, 2024), https://adapthealth.com/2024/04/17/adapthealth-appoints-suzanne-foster-as-chief-executive-officer/.

[20] *See* AdaptHealth Announces Stephen Griggs Will Step Down as CEO at the End of Second Quarter (May 9, 2023), https://adapthealth.com/wp-content/uploads/2023/05/AHCO-CEO-transition-050923.pdf; AdaptHealth Appoints Suzanne Foster as Chief Executive Officer (Apr. 17, 2024), https://adapthealth.com/2024/04/17/adapthealth-appoints-suzanne-foster-as-chief-executive-officer/.

[21] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 128 (Apr. 30, 2021); AdaptHealth Corp., Proxy Statement (Schedule 14A) at 7 (May 1, 2023); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[22] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 129 (Apr. 30, 2021); AdaptHealth Corp., Proxy Statement (Schedule 14A) at 8 (May 1, 2023); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[23] *See* AdaptHealth Corp., Amendment No. 1 to Annual Report (Form 10-K/A) at 129 (Apr. 30, 2021); AdaptHealth Corp., Proxy Statement (Schedule 14A) at 8 (May 1, 2023); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[24] *See* AdaptHealth Corp. Announces Changes to Board of Directors and Management (July 2, 2024), https://adapthealth.com/2024/07/02/adapthealth-corp-announces-changes-to-board-of-directors-and-management/; AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[25] *See* AdaptHealth Corp., Current Report (Form 8-K) at 2 (July 14, 2020); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.

[26] *See* AdaptHealth Corp., Current Report (Form 8-K) at 2 (July 30, 2020); AdaptHealth, Our Leadership Team, https://adapthealth.com/leadership/.