# Exhibit 62

## ADAPTHEALTH'S DIABETES COMPANY ACQUISITIONS
### (Exhibit 62)

| Acquired Company | Acquisition Date |
|---|---|
| *COVID-19 Declared Federal Public Health Emergency[1] (Mar. 1, 2020)* | |
| Solara Medical Supplies, LLC[2] | July 2, 2020 |
| **Start of Putative Class Period Start Date (Aug. 4, 2020)** | |
| Diabetes Medical Supply Center of the Midlands, LLC[3] | August 14, 2020 |
| Pinnacle Medical Solutions, LLC[4] | October 1, 2020 |
| New England Home Medical Equipment LLC[5] | November 30, 2020 |
| Diabetes Management and Supplies LLC[6] | December 31, 2020 |
| Healthy Living Medical Supply, LLC[7] | June 1, 2021 |
| Pumps It, Inc[8] | November 3, 2021 |
| *Expiration of Federal Public Health Emergency[9] (May 11, 2023)* | |
| **End of Putative Class Period (Nov. 7, 2023)** | |

---

[1] Proclamation 9994: Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak, 85 Fed. Reg. 53, 15337 (Mar. 13, 2020).

[2] *See* AdaptHealth Closes Previously Announced Acquisitions of Solara Medical Supplies and ActivStyle (July 2, 2020), https://adapthealth.com/wp-content/uploads/2020/07/AHCO_Solara_ActivStyle-Close_Final_07022020.pdf.

[3] *See* M&A Securities Group, Bridgepoint Advises Diabetes Supply Center of the Midlands on Impact Sale to AdaptHealth (Aug. 31, 2020), https://www.securities-group.com/bridgepoint-advises-diabetes-supply-center-of-the-midlands-on-impact-sale-to-adapthealth/.

[4] *See* AdaptHealth Corp., Current Report (Form 8-K) (Nov. 4, 2020) at Ex. 99.1, https://s3.amazonaws.com/sec.irpass.cc/2426/0001104659-20-121167.pdf.

[5] *See* AdaptHealth Corp., Current Report (Form 8-K) (Mar. 4, 2021) at Ex. 99.1, https://s3.amazonaws.com/sec.irpass.cc/2426/0001104659-21-031836.pdf.

[6] *Id.*

[7] *See* AdaptHealth Corp., Annual Report (Form 10-K) (Feb. 28, 2023) at 87, https://s3.amazonaws.com/sec.irpass.cc/2426/0001628280-23-005590.pdf.

[8] *See Gerlofs v. Citizens Bank, N.A.*, No. N23C–09–178 (MAA CCLD), 2024 WL 1855354, at *1 (Del. Super. Ct. Apr. 29, 2024) (the escrow agreement for the sale of Pumps It, Inc. was executed on November 3, 2021); *see also* AdaptHealth, LLC's Answering Brief in Opposition to Petitioner's Motion for Summary Judgment, at *6, *Gerlofs v. Citizens Bank, N.A* No. N23C–09–178 (MAA CCLD) (Del. Super. Ct. Sep. 25, 2023) ("On November 3, 2021, the sale of Petitioner's shares [of Pumps It, Inc.] closed and AdaptHealth paid the Closing Payment to Petitioner.").

[9] *See* COVID-19 Public Health Emergency, U.S. Department of Health & Human Services, https://www.hhs.gov/coronavirus/covid-19-public-health-emergency/index.html.