# Exhibit 64

**ALLEGED EXCHANGE ACT STATEMENT "MAKERS"**
**(Exhibit 64)**

| Individual Defendant | Attributed E.A. Statement(s) Made When Not Affiliated with AdaptHealth | Attributed E.A. Statement(s) When Affiliated with AdaptHealth But Not Signed and/or Spoken |
|---|---|---|
| **Officer Defendants** | | |
| **Luke McGee** | 10 Revenue Statements (A.C. ¶ 206 (May 10, 2021 10-Q; August 6, 2021 10-Q; November 9, 2021 10-Q; March 1, 2022 10-K; May 10, 2022 10-Q; August 9, 2022 10-Q; November 8, 2022 10-Q; February 28, 2023 10-K; May 9, 2023 10-K; August 8, 2023 10-Q)) | N/A |
| | 17 Compliance Statements (A.C. ¶¶ 220 (March 1, 2022 10-K; February 28, 2023 10-K), 222–23, 226, 229, 232, 233 (May 10, 2021 10-Q; August 6, 2021 10-Q; November 9, 2021 10-Q; March 1, 2022 10-K; May 10, 2022 10-Q; August 9, 2022 10-Q; November 8, 2022 10-Q; February 28, 2021 10-K; May 9, 2023 10-Q; August 8, 2023 10-Q; November 7, 2023 10-Q)) | 3 Compliance Statements (A.C. ¶¶ 211, 213, 221) |
| | 16 Technology Statements (A.C. ¶¶ 220 (March 1, 2022 10-K; February 28, 2023 10-K), 242 (March 1, 2022 10-K; February 28, 2023 10-K), 243–52) | 1 Technology Statement (A.C. ¶ 239) |
| | 6 Integration Statements (A.C. ¶¶ 259–63) | 1 Integration Statement (A.C. ¶ 258) |
| | 6 Risks Statements (A.C. ¶¶ 266 (May 10, 2021; August 6, 2021 10-Q; November 9, 2021 10-Q; March 1, 2022 10-K; February 28, 2023 10-K), 267) | N/A |
| **Stephen P. Griggs** | 3 Revenue Statements (A.C. ¶ 206 (August 7, 2020 10-Q; November 6, 2020 10-Q; August 8, 2023 10-Q)) | N/A |
| | 11 Compliance Statements (A.C. ¶¶ 211, 213, 215–18, 233 (August 7, 2020 10-Q; November 6, 2020 10-Q; August 8, 2023 10-Q; November 7, 2023 10-Q)) | 7 Compliance Statements (A.C. ¶¶ 219, 221–23, 226, 229, 232) |

| Individual Defendant | Attributed E.A. Statement(s) Made When Not Affiliated with AdaptHealth | Attributed E.A. Statement(s) When Affiliated with AdaptHealth But Not Signed and/or Spoken |
|---|---|---|
| | 2 Technology Statements (A.C. ¶¶ 240 (December 22, 2020 Proxy Solicitation), 241 (December 22, 2020 Proxy Solicitation)) | 9 Technology Statements (A.C. ¶¶ 244–47, 249–52) |
| | 1 Integration Statement (A.C. ¶ 257 (December 22, 2020 Proxy Solicitation)) | 4 Integration Statements (A.C. ¶¶ 258, 260, 263) |
| | 2 Risks Statements (A.C. ¶ 266 (August 7, 2020 10-Q; November 6, 2020 10-Q)) | 1 Risks Statement (A.C. ¶ 267) |
| Joshua Parnes | N/A | 10 Revenue Statements (A.C. ¶ 206 (August 7, 2020 10-Q; November 6, 2020 10-Q; May 10, 2021 10-Q; August 6, 2021 10-Q; November 9, 2021 10-Q; March 1, 2022 10-K; May 10, 2022 10-Q; August 9, 2022 10-Q; November 8, 2022 10-Q; August 8, 2023 10-Q)) |
| | | 28 Compliance Statements (A.C. ¶¶ 213, 215–20, 222–23, 226, 229, 232–33) |
| | | 6 Technology Statements (A.C. ¶¶ 240 (December 22, 2020 Proxy Solicitation), 241 (December 22, 2020 Proxy Solicitation), 243, 246, 248, 250–52) |
| | | 6 Integration Statements (A.C. ¶¶ 257 (December 22, 2020 Proxy Solicitation), 258–59, 261–62) |
| | | 6 Risks Statements (A.C. ¶¶ 266 (August 7, 2020 10-Q; November 6, 2020 10-Q; May 10, 2021 10-Q; August 6, 2021 10-Q; November 9, 2021 10-Q), 267) |
| Jason A. Clemens | N/A | 17 Compliance Statements (A.C. ¶¶ 211, 213, 215–23, 226, 229, 232) |

| Individual Defendant | Attributed E.A. Statement(s) Made When Not Affiliated with AdaptHealth | Attributed E.A. Statement(s) When Affiliated with AdaptHealth But Not Signed and/or Spoken |
|---|---|---|
| | | 16 Technology Statements (A.C. ¶¶ 220, 240 (December 22, 2020 Proxy Solicitation), 241 (December 22, 2020 Proxy Solicitation), 242–45, 247–51) |
| | | 7 Integration Statements (A.C. ¶¶ 257 (December 22, 2020 Proxy Solicitation), 258–62) |
| **Executive Defendants** | | |
| **Shaw Rietkerk** | N/A | 13 Revenue Statements (A.C. ¶ 206) |
| | | 31 Compliance Statements (A.C. ¶¶ 211, 213, 215–23, 226, 229, 232–33) |
| | | 19 Technology Statements (A.C. ¶¶ 220, 239–50, 252) |
| | | 9 Integration Statements (A.C. ¶¶ 257–63) |
| | | 9 Risks Statements (A.C. ¶¶ 266–67) |
| **Wendy Russalesi** | N/A | 13 Revenue Statements (A.C. ¶ 206) |
| | | 27 Compliance Statements (A.C. ¶¶ 211, 213, 215–21, 223, 233) |
| | | 20 Technology Statements (A.C. ¶¶ 220, 239–52) |
| | | 9 Integration Statements (A.C. ¶¶ 257–63) |
| | | 9 Risks Statements (A.C. ¶¶ 266–67) |
| **Rodney Carson** | N/A | 13 Revenue Statements (A.C. ¶ 206) |
| | | 30 Compliance Statements (A.C. ¶¶ 211, 213, 215–22, 226, 229, 232–33) |

| Individual Defendant | Attributed E.A. Statement(s) Made When Not Affiliated with AdaptHealth | Attributed E.A. Statement(s) When Affiliated with AdaptHealth But Not Signed and/or Spoken |
|---|---|---|
| | | 20 Technology Statements (A.C. ¶¶ 220, 239–52) |
| | | 9 Integration Statements (A.C. ¶¶ 257–63) |
| | | 9 Risks Statements (A.C. ¶¶ 266–67) |