# Exhibit 65

**REVENUE DISCLOSURES**
**(Exhibit 65)**

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| Q2 2020 | August 7, 2020 10-Q | "Net revenue for the three months ended March 31, 2020 was $191.4 million compared to $119.5 million for the three months ended March 31, 2019, an increase of $71.9 million or 60.2%. The increase in net revenue was driven primarily by acquisitions, which increased revenue by $57.9 million (including $33.9 million generated by PCS). The remaining increase in net revenue was primarily attributable to organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets. Net revenue, excluding PCS, was $157.5 million for the three months ended March 31, 2020. As a result of the coronavirus pandemic, during the three months ended March 31, 2020, the Company experienced reduced demand for products that are related to elective medical services, such as CPAP newstarts, orthotics, and certain other HME products, and this trend is expected to remain while the coronavirus crisis continues. However, the Company's CPAP resupply and other supplies business remains healthy, as most patients for that business are in their homes and can be easily contacted to refresh their supplies. Additionally, the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators.<br><br>For the three months ended March 31, 2020, sales revenue (recognized at a point in time) comprised 67% of total net revenue, compared to 58% of total net revenue for the three months ended March 31, 2019. The increase in sales revenue was driven primarily by the PCS acquisition, which is a supplies business, as well as the SleepMed and Choice acquisitions which are primarily CPAP resupply businesses. For the three months ended March 31, 2020, revenue from fixed monthly equipment reimbursements comprised 33% of total net revenue, compared to 42% of total net revenue for the three months ended March 31, 2019. For the three months ended March 31, 2020, excluding PCS, sales revenue and revenue from fixed monthly equipment reimbursements comprised 60% and 40% of net revenue, respectively." (Ex. 2 at 37.) |
| Q3 2020 | November 6, 2020 10-Q | "Net revenue for the three months ended September 30, 2020 was $284.4 million compared to $136.5 million for the three months ended September 30, 2019, an increase of $147.9 million or 108.4%. The increase in net revenue was driven primarily by (I) acquisitions, which increased net revenue by $146.2 million, (ii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets, and (iii) net revenue of approximately $4.3 million from referral partners and healthcare facilities in support of their urgent needs for ventilation and oxygen equipment for COVID-19 patients. These increases were partially offset by a decrease in net revenue from reduced demand for certain products that are related to elective medical services which is attributable to the coronavirus pandemic, such as CPAP new starts, orthotics, and certain other HME products, and this trend is expected to remain |

---

[1] The language in this column is quoted from the "Net Revenue" sections of the filings referenced in the first two columns.

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| | | while the coronavirus crisis continues. However, the Company's CPAP resupply and other supplies business remains healthy, as most patients for that business are in their homes and can be easily contacted to refresh their supplies. Additionally, the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators.<br><br>For the three months ended September 30, 2020, sales revenue (recognized at a point in time)comprised 73% of total net revenue, compared to 61% of total net revenue for the three months ended September 30, 2019. The increase in sales revenue was driven primarily by the PCS, Solara and ActivStyle acquisitions, which are supplies businesses, as well as the Choice acquisition which is primarily a CPAP resupply business. For the three months ended September 30, 2020, revenue from fixed monthly equipment reimbursements comprised 27% of total net revenue, compared to 39% of total net revenue for the three months ended September 30, 2019." (Ex. 3 at 43–44.) |
| Q4 2020 | March 16, 2021 10-K | "Net revenue for the year ended December 31, 2020 was $1.06 billion compared to $529.6 million for the year ended December 31, 2019, an increase of $526.7 million or 99.5%. The increase in net revenue was driven primarily by (i) acquisitions completed during 2020, which contributed net revenue of $450.2 million during the year, (ii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets, and (iii) net revenue of $36.5 million from referral partners and healthcare facilities in support of their urgent needs for ventilation and oxygen equipment for COVID-19 patients. These increases were partially offset by reduced demand for certain products that are related to elective medical services which is attributable to the coronavirus pandemic, such as CPAP new starts, orthotics, and certain other HME products, and this trend is expected to remain while the coronavirus crisis continues. However, the Company's CPAP resupply and other supplies business remains healthy, as most patients for that business are in their homes and can be easily contacted to refresh their supplies. Additionally, the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators.<br><br>For the year ended December 31, 2020, net sales revenue (recognized at a point in time) comprised 72% of total net revenue, compared to 60% of total net revenue for the year ended December 31, 2019. The increase in the proportion of net sales revenue compared to total net revenue was driven primarily by the PCS, Solara, ActivStyle and Pinnacle acquisitions, which are direct to consumer supplies businesses, as well as the SleepMed and Choice acquisitions, which are primarily CPAP resupply businesses. For the year ended December 31, 2020 ,net revenue from fixed monthly equipment reimbursements comprised 28% of total net revenue, compared to 40% of total net revenue for the year ended December 31, 2019." (Ex. 6 at 52.) |
| Q1 2021 | May 10, 2021 10-Q | "Net revenue for the three months ended March 31, 2021 was $482.1 million compared to $191.4 million for the three months ended March 31, 2020, an increase of $290.7 million or 151.8%. The increase in net revenue was driven |

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| | | primarily by (i) acquisitions completed during the three months ended March 31, 2021, which contributed net revenue of $142.6 million during the period, (ii) net revenue contributed by acquisitions completed after March 2020 and prior to the beginning of the current reporting period, and (iii) organic growth resulting from stronger CPAP resupply sales and demographic growth in core markets. The increase is also partially due to the impact in the 2020 period of reduced demand for certain products that are related to elective medical services which was attributable to the coronavirus pandemic, such as CPAP new starts, orthotics, and certain other HME products. The Company's CPAP resupply and other supplies business remains healthy, as most patients for that business are in their homes and can be easily contacted to refresh their supplies. Additionally, the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators.<br><br>For the three months ended March 31, 2021, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 67% of total net revenue for the three months ended March 31, 2020. For the three months ended March 31, 2021, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 33% of total net revenue for the three months ended March 31, 2020. (Ex. 7 at 42.) |
| Q2 2021 | August 6, 2021 10-Q | "Net revenue for the three months ended June 30, 2021 was $617.0 million compared to $232.1 million for the three months ended June 30, 2020, an increase of $384.9 million or 165.8%. Net revenue for the 2021 and 2020 periods included $8.6 million and $28.4 million, respectively, from referral partners and healthcare facilities in support of their urgent needs as the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators. Excluding this revenue, net revenue was $608.4 million and $203.7 million for the three months ended June 30, 2021 and 2020, respectively, an increase of $404.7 million. The increase in net revenue was driven primarily by acquisitions completed after April 1, 2020, which increased net revenue by $405.3 million. This increase in net revenue was partially offset by planned declines in revenue from the Company's Patient Care Solutions (PCS) supplies business (which was acquired in January 2020) in connection with the Company's turnaround efforts of that business executed subsequent to the acquisition. As previously disclosed by the Company, these turnaround efforts at PCS reduced net revenues for the three months ended June 30, 2021 as a result of the Company's exit from poor performing payor contracts and products, and resulted in improved profitability for PCS. Net revenue generated by PCS for the three months ended June 30, 2021 and 2020 was $27.2 million and $33.0 million, respectively.<br><br>For the three months ended June 30, 2021, net sales revenue (recognized at a point in time) comprised 65% of total net revenue, compared to 69% of total net revenue for the three months ended June 30, 2020. For the three months ended June 30, 2021, net revenue from fixed monthly equipment reimbursements comprised 35% of total net revenue, compared to 31% of total net revenue for the three months ended June 30, 2020." (Ex. 8 at 49.) |

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| Q3 2021 | November 9, 2021 10-Q | "Net revenue for the three months ended September 30, 2021 was $653.3 million compared to $284.4 million for the three months ended September 30, 2020, an increase of $368.9 million or 129.7%. Net revenue for the 2021 and 2020 periods included $0.4 million and $4.3 million, respectively, from referral partners and healthcare facilities in support of their urgent needs as the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators. Excluding this revenue, net revenue was $652.9 million and $280.1 million for the three months ended September 30, 2021 and 2020, respectively, an increase of $372.8 million. The increase in net revenue was driven primarily by acquisitions completed after July 1, 2020, which increased net revenue by $362.4 million. This increase in net revenue was partially offset by planned declines in revenue from the Company's Patient Care Solutions (PCS) supplies business (which was acquired on January 2, 2020) in connection with the Company's turnaround efforts of that business executed subsequent to the acquisition. These turnaround efforts at PCS reduced net revenues for the 2021 period compared to the 2020 period as a result of the Company's exit from poor performing payor contracts and products, which resulted in improved profitability for PCS. Net revenue generated by PCS for the three months ended September 30, 2021 and 2020 was $26.8 million and $33.1 million, respectively. Additionally, net revenue during the three months ended September 30, 2021 was impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to the Company by Philips Respironics.<br><br>For the three months ended September 30, 2021, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 73% of total net revenue for the three months ended September 30, 2020. For the three months ended September 30, 2021, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 27% of total net revenue for the three months ended September 30, 2020." (Ex. 9 at 56–57.) |
| Q4 2021 | March 1, 2022 10-K | "Net revenue for the years ended December 31, 2021 and 2020 was $2,454.5 million and $1,056.4 million, respectively, an increase of $1,398.1 million or 132.4%. Net revenue for 2021 and 2020 included $10.5 million and $36.5 million, respectively, from referral partners and healthcare facilities in support of their urgent needs as the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators. Excluding this revenue, net revenue was $2,444.0 million and $1,019.9 million for the years ended December 31, 2021 and 2020, respectively, an increase of $1,424.1 million. The increase in net revenue was driven primarily by acquisitions completed after January 1, 2020, which increased net revenue by $1,443.0 million, primarily from the acquisition of AeroCare. This increase in net revenue was partially offset by planned declines in revenue from the Company's Patient Care Solutions (PCS) supplies business (which was acquired in January 2020) in connection with the Company's turnaround efforts of that business executed subsequent to the acquisition. These turnaround efforts at PCS reduced net revenues for the 2021 period compared to the 2020 period as a result of the Company's exit from poor performing payor contracts and products, which resulted in improved profitability for PCS. Net revenue generated by PCS for the years ended December 31, 2021 and 2020 was $110.5 million and $130.2 |

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| | | million, respectively. Additionally, net revenue during the year ended December 31, 2021 was impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to AdaptHealth by Philips Respironics (Philips). On June 14, 2021, AdaptHealth received notice from Philips that these devices would be included in a Philips voluntary recall due to potential health risks to patients. Currently, it is not possible to purchase these products from Philips, which has led to shortages in the supply chain, and other suppliers were unable to meet the strong patient demand for these products, which has materially affected AdaptHealth's ability to service patient demand for these devices during the year ended December 31, 2021. Management estimates that the Philips recall reduced expected net revenue for the year ended December 31, 2021 by approximately $40 million to $45 million, with such impact primarily affecting net revenue in the fourth quarter.<br><br>For the year ended December 31, 2021, net sales revenue (recognized at a point in time )comprised 67% of total net revenue, compared to 72% of total net revenue for the year ended December 31, 2020. For the year ended December 30, 2021, net revenue from fixed monthly equipment reimbursements comprised 33% of total net revenue, compared to 28% of total net revenue for the year ended December 31, 2020. These changes are primarily due to a change in product mix, primarily from the acquisition of AeroCare." (Ex. 10 at 51–52.) |
| Q1 2022 | May 10, 2022 10-Q | "Net revenue for the three months ended March 31, 2022 and 2021 was $706.2 million and $482.1 million, respectively, an increase of $224.1 million or 46.5%. Net revenue for the 2022 and 2021 periods included $0.3 million and $1.3 million, respectively, from referral partners and healthcare facilities in support of their urgent needs as the coronavirus pandemic has led to an increased demand for respiratory equipment including ventilators and oxygen concentrators. Excluding this revenue, net revenue was $705.9 million and $480.8 million for the three months ended March 31, 2022 and 2021, respectively, an increase of $225.1 million. The increase in net revenue was driven primarily by acquisitions completed after December 31, 2020, which increased net revenue by $212.6 million, including the acquisition of AeroCare which occurred on February 1, 2021. Additionally, net revenue during the three months ended March 31, 2022 was impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to AdaptHealth by Philips Respironics (Philips). On June 14, 2021, AdaptHealth received notice from Philips that these devices would be included in a Philips voluntary recall due to potential health risks to patients. Currently, it is not possible to purchase these products from Philips, which has led to shortages in the supply chain, and other suppliers are unable to meet the strong patient demand for these products, which has materially affected AdaptHealth's ability to service patient demand for these devices during the three months ended March 31, 2022.<br><br>For the three months ended March 31, 2022, net sales revenue (recognized at a point in time)comprised 67% of total net revenue, compared to 66% of total net revenue for the three months ended March 31, 2021. For the three months ended March 31, 2022, net revenue from fixed monthly equipment reimbursements comprised 33% of total net |

| Quarter | SEC Filing | Revenue Statement[1] |
|---------|-----------|----------------------|
| | | revenue, compared to 34% of total net revenue for the three months ended March 31, 2021." (Ex. 12 at 44–45.) |
| Q2 2022 | August 9, 2022 10-Q | "Net revenue for the three months ended June 30, 2022 and 2021 was $727.6 million and $617.0 million, respectively, an increase of $110.6 million or 17.9%. Net revenue for the 2022 and 2021 periods included $0.1 million and $8.6 million, respectively, from referral partners and healthcare facilities in support of their urgent needs as the coronavirus pandemic led to an increased demand for respiratory equipment including ventilators and oxygen concentrators. Excluding this revenue, net revenue was $727.5 million and $608.4 million for the three months ended June 30, 2022 and 2021, respectively, an increase of $119.1 million. The increase in net revenue was driven primarily by acquisitions completed after April 1, 2021, which increased net revenue by $119.5 million. Additionally, net revenue during the three months ended June 30, 2022 was impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to AdaptHealth by Philips Respironics (Philips). On June 14, 2021, AdaptHealth received notice from Philips that these devices would be included in a Philips voluntary recall due to potential health risks to patients. Currently, it is not possible to purchase these products from Philips, which has led to shortages in the supply chain, and other suppliers are unable to meet the strong patient demand for these products, which has materially affected AdaptHealth's ability to service patient demand for these devices during the three months ended June 30, 2022.<br><br>For the three months ended June 30, 2022, net sales revenue (recognized at a point in time) comprised 68% of total net revenue, compared to 65% of total net revenue for the three months ended June 30, 2021. For the three months ended June 30, 2022, net revenue from fixed monthly equipment reimbursements comprised 32% of total net revenue, compared to 35% of total net revenue for the three months ended June 30, 2021." (Ex. 13 at 48–49.) |
| Q3 2022 | November 8, 2022 10-Q | "Net revenue for the three months ended September 30, 2022 and 2021 was $756.5 million and $653.3 million, respectively, an increase of $103.2 million or 15.8%. The increase in net revenue was driven primarily by acquisitions completed after July 1, 2021, which increased net revenue by $63.2 million. The increase in net revenue from non-acquired businesses was $39.6 million. Additionally, net revenue during the three months ended September 30, 2022 and 2021 was impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to AdaptHealth by Philips Respironics (Philips). On June 14, 2021, AdaptHealth received notice from Philips that these devices would be included in a Philips voluntary recall due to potential health risks to patients. Currently, it is not possible to purchase these products from Philips, which has led to shortages in the supply chain, and other suppliers are unable to meet the strong patient demand for these products, which has materially affected AdaptHealth's ability to service patient demand for these devices during the three months ended September 30, 2022.<br><br>For the three months ended September 30, 2022, net sales revenue (recognized at a point in time) comprised 68% of total net revenue, compared to 66% of total net revenue for the three months ended September 30, 2021. For the three months ended September 30, 2022, net revenue from fixed monthly equipment reimbursements comprised 32% of |

| Quarter | SEC Filing | Revenue Statement[1] |
|---------|-----------|----------------------|
|  |  | total net revenue, compared to 34% of total net revenue for the three months ended September 30, 2021." (Ex. 15 at 50.) |
| Q4 2022 | February 28, 2023 10-K | "Net revenue for the years ended December 31, 2022 and 2021 was $2,970.6 million and $2,454.5 million, respectively, an increase of $516.1 million or 21.0%. The increase in net revenue was primarily driven by acquisitions, which increased net revenue by $439.8 million, and an increase of $86.4 million related to non-acquired growth. Additionally, net revenue during the years ended December 31, 2022 and 2021 were negatively impacted by a recall of certain ventilator, BiPAP, and CPAP devices supplied to AdaptHealth by Philips Respironics ("Philips"). On June 14, 2021, AdaptHealth received notice from Philips that these devices would be included in a Philips voluntary recall due to potential health risks to patients. It was not possible to purchase these products from Philips, which led to shortages in the supply chain, and other suppliers were unable to meet the strong patient demand for these products, which materially affected AdaptHealth's ability to service patient demand for these devices during the year ended December 31, 2021. During 2022, there was improved ability to purchase these products from alternative suppliers but continued shortages in the supply chain materially impacted AdaptHealth's ability to service patient demand for these devices.<br><br>For the year ended December 31, 2022, net sales revenue (recognized at a point in time) comprised 68% of total net revenue, compared to 67% of total net revenue for the year ended December 31, 2021. For the year ended December 31, 2022, net revenue from fixed monthly equipment reimbursements comprised 32% of total net revenue, compared to 33% of total net revenue for the year ended December 31, 2021." (Ex. 17 at 46.) |
| Q1 2023 | May 9, 2023 10-Q | "Net revenue for the three months ended March 31, 2023 and 2022 was $744.6 million and $706.2 million, respectively, an increase of $38.4 million or 5.4%. The increase in net revenue was driven by non-acquired growth of $33.2 million, and acquisitions, which increased net revenue by $5.2 million. Net revenue from AdaptHealth's sleep business increased by $44.1 million, or 17.6%, for the three months ended March 31, 2023 compared to the prior year period, primarily due to increased patient census and strong patient demand for sleep products, including CPAP resupply products. AdaptHealth's ability to service the patient demand was partially due to it's improved ability to purchase from alternative suppliers certain ventilator, BiPAP, and CPAP devices that were subject to a voluntary recall by Philips Respironics (Philips), which impacted AdaptHealth's ability to purchase these devices from Philips. Net revenue from AdaptHealth's diabetes business decreased by $8.9 million, or 5.7%, for the three months ended March 31, 2023 compared to the prior year period, primarily due to a shift in diabetes patients by certain large commercial insurance and other payors from DME suppliers to dual-benefit and pharmacy-only suppliers, offset by an increase in CGM patient census. As a result, AdaptHealth's diabetes revenue mix has shifted toward certain traditional payors that pays much less than other payor categories. Additionally, the decrease was due to lower net revenue from insulin pumps and supplies as a result of a shift toward integrated pumps being sold to patients through |

| Quarter | SEC Filing | Revenue Statement[1] |
|---|---|---|
| | | the pharmacy channel as well as the effect from manufacturers bringing their most profitable distribution business in-house.<br><br>For the three months ended March 31, 2023, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 67% of total net revenue for the three months ended March 31, 2022. For the three months ended March 31,2023, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 33% of total net revenue for the three months ended March 31, 2022." (Ex. 19 at 37–38.) |
| Q2 2023 | August 8, 2023 10-Q | "Net revenue for the three months ended June 30, 2023 and 2022 was $793.3 million and $727.6 million, respectively, an increase of $65.7 million, or 9.0%. The increase in net revenue was driven by non-acquired growth $63.4 million, and acquisitions, which increased revenue by $2.3 million. Net revenue from AdaptHealth's sleep business increased by $42.3 million, or 16.2%, for the three months ended June 30, 2023 compared to the prior year period, primarily due to increased patient census driven by strong patient demand for sleep products, including CPAP resupply products. Net revenue from AdaptHealth's respiratory business increased by $17.3 million, or 12.7%, for the three months ended June 30, 2023 compared to the prior year period, primarily due to increased patient census driven by strong patient demand for respiratory products. Net revenue from AdaptHealth's diabetes business increased slightly by $2.6 million, or 1.6%, for the three months ended June 30, 2023 compared to the prior year period, primarily due to an increase in CGM patient census, partially offset by a shift in diabetes patients by certain large commercial insurance and other payors from DME suppliers to dual-benefit and pharmacy-only suppliers. Additionally, there was lower net revenue from insulin pumps and supplies in the 2023 period compared to the 2022 period as a result of a shift toward more pumps being sold to patients through the pharmacy channel as well as the effect from manufacturers bringing additional distribution business in-house. For the three months ended June 30, 2023, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 68% of total net revenue for the three months ended June 30, 2022. For the three months ended June 30, 2023, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 32% of total net revenue for the three months ended June 30, 2022." (Ex. 23 at 38–39.)<br><br>"Net revenue for the six months ended June 30, 2023 and 2022 was $1,537.9 million and $1,433.8 million, respectively, an increase of $104.1 million, or 7.3%. The increase in net revenue was driven by non-acquired growth $96.5 million, and acquisitions, which increased revenue by $7.6 million. Net revenue from AdaptHealth's sleep business increased by $86.4 million, or 16.9%, for the six months ended June 30, 2023 compared to the prior year period, primarily due to increased patient census driven by strong patient demand for sleep products, including CPAP resupply products. Net revenue from AdaptHealth's respiratory business increased by $19.3 million, or 6.9%, for the three months ended June 30, 2023 compared to the prior year period, primarily due to increased patient census driven |

| Quarter | SEC Filing | Revenue Statement[1] |
|---------|-----------|---------------------|
| | | by strong patient demand for respiratory products. Net revenue from AdaptHealth's diabetes business decreased by $6.3 million, or 2.0%, for the six months ended June 30, 2023 compared to the prior year period, primarily due to a shift in diabetes patients by certain large commercial insurance and other payors from DME suppliers to dual-benefit and pharmacy-only suppliers, partially offset by an increase in CGM patient census. Additionally, the decrease was due to lower net revenue from insulin pumps and supplies as a result of a shift toward more pumps being sold to patients through the pharmacy channel as well as the effect from manufacturers bringing additional distribution business in-house. For the six months ended June 30, 2023, net sales revenue (recognized at a point in time) comprised 66% of total net revenue, compared to 68% of total net revenue for the six months ended June 30, 2022. For the six months ended June 30, 2023, net revenue from fixed monthly equipment reimbursements comprised 34% of total net revenue, compared to 32% of total net revenue for the six months ended June 30, 2022." (Ex. 23 at 41.) |