# Exhibit 66

**SUMMARY OF INNOCUOUS EVENTS**
**(Exhibit 66)**

| Innocuous Event | Lead Plaintiffs' Characterization | Actual Information Disclosed |
|---|---|---|
| 2021 Form 10-K (dated March 1, 2022) | "In this annual report, AdaptHealth revealed for the first time that the Company's internal controls over financial reporting were virtually non-existent. Incredibly, and contrary to Defendants' repeated assertions throughout the Class Period that it had implemented adequate controls, including sophisticated audit, compliance, and business management technology to minimize any inaccuracies or errors in its billing process, Defendants revealed that the Company suffered from ineffective 'process level controls' in '***substantially all processes*** that support our financial statements and reporting.'" (A.C. ¶ 167.) | "[W]e identified material weaknesses related to an insufficient complement of resources resulting in an ineffective risk assessment … Our ineffective risk assessment resulted in material weaknesses from both lack of implementation and ineffectiveness of process level controls in substantially all processes that support our financial statements and reporting. The ineffective risk assessment also resulted in ineffective general information technology controls due to an incomplete understanding of the risks associated with information technology systems relevant to our financial reporting processes. The material weaknesses did not result in any identified misstatements to the financial statements and there were no changes to previously released financial results. Based on these material weaknesses, management concluded that the Company's internal control over financial reporting was not effective as of December 31, 2021." (Ex. 12 at 139.) |
| Q42022 and FY2022 Earnings Press Release (dated Feb. 27, 2023), and 2022 Form 10-K (dated Feb. 28, 2023) | "At the end of February 2023, the market finally started to learn of the impact from AdaptHealth's improper and deceptive billing practices and the true, much slower growth of the Company's diabetes medical supply business." (A.C. ¶ 180.) | AdaptHealth announced its full-year 2022 and Q4 2022 results, disclosing a loss of $0.02 per share for Q4 2022, total net revenue below guidance, 2022 Adjusted EBITDA below guidance, and lowering 2023 Adjusted EBITDA by more than 5.3%. (*See* Ex. 18 at 1.)<br><br>AdaptHealth's Form 10-K disclosed that its accounts receivable reserve ballooned to $38.6 million. (*See* Ex. 19 at 77.) |

- 2 -

| Innocuous Event | Lead Plaintiffs' Characterization | Actual Information Disclosed |
|---|---|---|
| RBC Analyst Report (dated March 3, 2023) | The RBC Analyst Report "marked a significant escalation of the Company's previously disclosed material weakness in internal controls. Investors learned for the first time that AdaptHealth's previously admitted material weakness in its internal controls over financial reporting was in fact impacting the Company's financial results and its ability to accurately report those results." (A.C. ¶ 189.) | "4Q miss is troubling, though we expect an extensive audit process has improved visibility … AdaptHealth's 4Q22 EBITDA fell approximately 15% below the low end of its 2022 guidance range, despite management having pointed to the low end just after the end of the year (see our January 10, 2023 note here). The ~$26MM miss versus the $620MM low-end of 2022 guidance reflects a $10MM unfavorable AR adjustment, $10MM of higher than expected COGS, and $6MM of higher labor costs. Management attributes the lack of visibility to material weaknesses in the company's control environment. To fully assess and cure the material weakness, AHCO has undergone a substantive audit with KPMG, which helped to uncover the receivables, COGS, and higher than expected labor expenses. In response the audit findings, the company has implemented Oracle on an enterprise-wide basis, completely overhauling its accounting and finance infrastructure." (Ex. 49 at 1.) |
| Q1 2023 Earnings Press Release and Press Release re: Griggs' Departure (dated May 9, 2023) | "Despite its assurances, AdaptHealth continued to surprise the market with weaker than-expected diabetes growth in the first quarter of 2023." (A.C. ¶ 192.) | "Net revenue was $744.6 million compared to $706.2 million in the first quarter of 2022, an increase of 5.4%, including 17.6% growth in our Sleep categories. Non-acquired growth was 4.7%. Net income attributable to AdaptHealth Corp. was $15.7 million. Adjusted EBITDA was $134.0 million, compared to $137.6 million in the first quarter of 2022, a decrease of 2.7%. . . . However, the strength in these businesses was partially offset by a decline in our Diabetes business, largely driven by the pump and supplies categories." (Ex. 22 at 1.)<br><br>AdaptHealth announces that "Stephen Griggs will step down as Chief Executive Officer by mutual agreement with the Board of Directors, effective June 30, 2023. . . . Mr. |

| Innocuous Event | Lead Plaintiffs' Characterization | Actual Information Disclosed |
|---|---|---|
| | "On the heels of this negative announcement, AdaptHealth issued a separate announcement disclosing the sudden departure of CEO Stephen Griggs, who would be stepping down on June 30, 2023." (A.C. ¶ 193.) | Barasch said, "On behalf of the Board, I thank Steve for the critical leadership role he has played at AdaptHealth to help build a market-leading provider of sleep, diabetes, respiratory and other health care solutions. As CEO, he has led the Company through the successful integration of AdaptHealth and AeroCare, overseen more than two dozen acquisitions and helped us navigate the challenges of the COVID-19 pandemic, the CPAP shortage resulting from the Philips recall and other market headwinds. Steve leaves AdaptHealth in sound financial condition and much improved operational shape, and we are committed to finding a highly qualified candidate to capitalize on the strategic opportunities that will power the next stage of the Company's growth." (Ex. 23 at 1.) |
| Form 8-K (dated Nov. 7, 2023) | "On November 7, 2023, investors finally learned the full extent of AdaptHealth's failure to fully integrate its acquisitions, as the Company wrote down hundreds of millions of dollars in goodwill, resulting in a net loss on the Company's books. AdaptHealth's press release announcing fourth quarter results for 2023 disclosed a net loss of $454.1 million, "largely resulting from a $511.9 million pre-tax write down of goodwill." (A.C. ¶ 199.) | "Net loss attributable to AdaptHealth Corp. was $454.1 million compared to net income of $16.1 million, largely resulting from a $511.9 million pre-tax write down of goodwill. . . .." (Ex. 27 at 1.) |