**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon consideration of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint ("Request for Judicial Notice"), any and all papers submitted by the parties in support of and in opposition thereto, and there being good cause shown, it is hereby:

ORDERED that Defendants' Request for Judicial Notice is **GRANTED**.

_____
HON. MIA R. PEREZ, U.S.D.J.