**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Case No. 2:23-cv-04104-MRP

*In re AdaptHealth Corp. Securities Litigation*

**ORDER GRANTING LEAD PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**

THE COURT, having reviewed and consider Lead Plaintiffs' Unopposed Motion for Leave to File An Oversized Brief, filed on September 23, 2024, hereby GRANTS the motion.

IT IS ORDERED that the following page limitations, exclusive of the caption page, table of contents, table of authorities, signature block, certificate of service, exhibits, and appendices for the motion to dismiss briefing in the above-captioned action shall apply:

i.  Lead Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint: **Not to exceed sixty (60) pages**.

DATED this 30th day of September, 2024

BY THE COURT:

HON. MIA R. PEREZ
United States District Court

5