**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |
|---|
| *In re AdaptHealth Corp. Securities Litigation* |

Case No. 2:23-cv-04104-MRP

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon the consideration of Defendants' Motion to Dismiss the Amended Class Action Complaint, it is **HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

_____
United States District Court Judge