# EXHIBIT A

| DEFENDANTS' EXHIBITS | | |
|---|---|---|
| **No.** | **Description** | **Cited In Complaint** |
| 1 | November 8, 2019 Press Release filed with the SEC on November 14, 2019 | No |
| 2 | AdaptHealth 10-Q, filed August 7, 2020 | Yes |
| 3 | AdaptHealth 10-Q, filed November 6, 2020 | Yes |
| 4 | AdaptHealth Preliminary Prospectus, filed January 4, 2021 | Yes |
| 5 | AdaptHealth Prospectus, filed January 7, 2021 | Yes |
| 6 | AdaptHealth Form 10-K, filed March 16, 2021 | Yes |
| 7 | AdaptHealth Form 10-Q, filed May 10, 2021 | Yes |
| 8 | AdaptHealth Form 10-Q, filed August 6, 2021 | Yes |
| 9 | AdaptHealth Form 10-Q, filed November 9, 2021 | Yes |
| 10 | AdaptHealth Form 10-K, filed March 1, 2022 | Yes |
| 11 | AdaptHealth Definitive Proxy, Filed May 2, 2022 | Yes |
| 12 | AdaptHealth Form 10-Q, filed May 10, 2022 | Yes |
| 13 | AdaptHealth Form 10-Q, filed August 9, 2022 | Yes |
| 14 | AdaptHealth Schedule 13D/A, filed November 7, 2022 | No |
| 15 | AdaptHealth Form 10-Q, filed November 8, 2022 | Yes |
| 16 | Form 8-K, "AdaptHealth Corp. Announces Fourth Quarter and Full-Year 2022 Results and Updates 2023 Outlook," filed February 27, 2023 | Yes |
| 17 | AdaptHealth Form 10-K, filed February 28, 2023 | Yes |
| 18 | AdaptHealth Definitive Proxy Statement, filed May 1, 2023 | No |
| 19 | AdaptHealth Form 10-Q, filed May 9, 2023 | Yes |
| 20 | Form 8-K, "AdaptHealth Corp. Announces First Quarter 2023 Results," filed May 9, 2023 | Yes |
| 21 | Form 8-K, "AdaptHealth Announces | Yes |

| | DEFENDANTS' EXHIBITS | |
|---|---|---|
| **No.** | **Description** | **Cited In Complaint** |
| | Stephen Griggs Will Step Down as CEO at the End of Second Quarter," filed May 9, 2023 | |
| 22 | AdaptHealth Annual Report and Proxy Statement, filed May 15, 2023 | Yes |
| 23 | AdaptHealth Form 10-Q, filed August 8, 2023 | Yes |
| 24 | August 28, 2023 Schedule 13D/A | No |
| 25 | AdaptHealth Form 10-Q, filed November 7, 2023 | Yes |
| 26 | AdaptHealth From 8-K, Q3 2023 Results, filed November 7, 2023 | Yes |
| 27 | Q2 2020 Earnings Call Transcript, August 4, 2020 | Yes |
| 28 | Q4 2020 Earnings Call Transcript, March 4, 2021 | Yes |
| 29 | Q3 2021 Earnings Call Transcript, November 4, 2021 | Yes |
| 30 | SVB Leerkink Global HealthCare Conference Transcript, February 18, 2022 | Yes |
| 31 | AdaptHealth Analyst Investor Day Transcript, September 16, 2022 | Yes |
| 32 | Capital Markets Day Presentation, September 16, 2022 | No |
| 33 | Second Amended Complaint, *California Pub. Employees' Ret. System v. Chubb Corp.,* No. 00–cv–04285 (GEB) (D.N.J. Aug. 9, 2022) | No |
| 34 | Amended Complaint, *Rubke v. Capitol Bancorp Ltd.,* No. 05–cv–04800 (PJH) (N.D. Cal. Jul. 31, 2006) | No |
| 35 | Amended Complaint, *In re Vonage Initial Pub. Offering (IPO) Securities Litig.,* No. 07–cv–00177 (FLW) (D.N.J. Nov. 19, 2007) | No |
| 36 | Amended Complaint, *In re Rigel Pharm., Inc. Securities Litig.,* No. 09–cv–00546 (JSW) (N.D. Cal. Jan. 27, 2010) | No |
| 37 | Settlement Agreement, *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.,* No. 21–cv–03382 (HB) (E.D. Pa. Feb. 27, 2024) | No |

| DEFENDANTS' EXHIBITS | | |
|---|---|---|
| **No.** | **Description** | **Cited In Complaint** |
| 38 | Memorandum ISO Final Settlement Approval, *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, No. 21–cv–03382 (HB) (E.D. Pa. Jul. 10, 2024) | No |
| 39 | Judgment Approving Final Settlement, *Delaware County Employees Retirement System, et al. v. AdaptHealth Corp. f/k/a DFB Healthcare Acquisitions Corp., et al.*, No. 21–cv–03382 (HB) (E.D. Pa. Jul. 10, 2024) | No |
| 40 | SEC Release No. 33-6835, "Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures," May 18, 1989 | Yes |
| 41 | SEC Rule 17 C.F.R. Part 240, Release No. 34-50758A, December 7, 2004 | No |
| 42 | Springer in Current Allergy and Asthma Reports, "Telemedicine Pays: Billing and Coding Update," July 27, 2020 | No |
| 43 | CMS-1744-IFC, "Medicare and Medicaid Programs; Policy and Regulatory Revisions in Response to the COVID-19 Public Health Emergency," March 2020 | No |
| 44 | Excerpted CMS-5531-IFC, "Medicare and Medicaid Programs, Basic Health Program, and Exchanges; Additional Policy and Regulatory Revisions in Response to the COVID-19 Public Health Emergency and Delay of Certain Reporting Requirements for the Skilled Nursing Facility Quality Reporting Program," April 2020 | No |
| 45 | Medicare Integrity Manual, Chapter 3 - Verifying Potential Errors and Taking Corrective Actions," June 19, 2020 | No |
| 46 | CMS, "COVID-19 Frequently Asked Questions (FAQs) on Medicare Fee-for-Service (FFS) Billing," April 20, 2023 | No |
| 47 | CMS, Local Coverage Determination L33822 (Glucose Monitors) published by | No |

| **DEFENDANTS' EXHIBITS** | | |
|---|---|---|
| **No.** | **Description** | **Cited In Complaint** |
| | CMS, last revised effective April 1, 2024. | |
| 48 | "CMS Regional Offices" section on CMS's website (https://www.cms.gov/about-cms/where-we-are/regional-offices) | No |
| 49 | "Program History" section on Medicaid's website (https://www.medicaid.gov/about-us/program-history/index.html). | No |
| 50 | "Medicare Administrative Contractors" published on CMS's website (https://www.cms.gov/files/document/macs-state03282023pdf.pdf). | No |
| 51 | DiaTribe Article, "Big Changes! Centers for Medicare & Medicaid Services (CMS) Loosen Requirements for Obtaining a Continuous Glucose Monitor (CGM) During COVID-19," May 11, 2020 (updated August 14, 2021) | No |
| 52 | BeyondType1 Article, "Medicare Loosens Restrictions on Continuous Glucose Monitor Coverage," June 24, 2021 (updated December 3, 2022) | No |
| 53 | Revcycle Intelligence Article, "Coding Drives Up Medical Billing Costs in the US," August 3, 2022 | No |
| 54 | Edgepark Article, "How the Public Health Emergency Act affected CGM device coverage," October 28, 2022. | No |
| 55 | Capital Forum Article, "AdaptHealth: Company Inflating Reimbursement from State Medicaid Programs Through Use of Inappropriate Billing Codes for Diabetes Supplies," November 3, 2022. | Yes |
| 56 | Capital Forum Article, "AdaptHealth: Former Employees Say Company Altered Prescriptions and Shipped Unnecessary Diabetes Supplies in Order to Meet High Quotas," November 15, 2022. | Yes |
| 57 | RBC Capital Markets Report, " AdaptHealth Corp.: 4Q miss is troubling, though we expect an extensive audit process has improved visibility," March 3, 2023. | No |
| 58 | March 20, 2023 Modern Healthcare Article | No |
| 59 | CMS Notice of Suspension of Medicare | Yes |

| No. | Description | Cited In Complaint |
|---|---|---|
| **DEFENDANTS' EXHIBITS** | | |
|  | Payments to Choice Medical Healthcare, Inc., dated June 25, 2020 |  |
| 60 | CMS Notice of Suspension of Medicare Payments to Skoro Enterprises LLC, dated February 17, 2021 | Yes |
| 61 | Individual Defendants' Employment/Service Dates | No |
| 62 | Diabetes Company Acquisitions | No |
| 63 | Challenged Statements | No |
| 64 | Alleged Exchange Act Statement "Makers" | No |
| 65 | Revenue Disclosures | No |
| 66 | Summary of Innocuous Events | No |