**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

*In re AdaptHealth Corp. Securities Litigation*

Case No. 2:23-cv-04104-MRP

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____, 2024, upon the consideration of Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, it is **HEREBY ORDERED** that the Motion is **GRANTED** only insofar as Defendants' Exhibits are submitted to show their existence or availability in the public realm, and is otherwise **DENIED**.

BY THE COURT:

_____
United States District Court Judge