**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**ORDER DENYING DEFENDANTS' MOTION TO**
**FILE UNDER SEAL**

**AND NOW,** this 29th day of October, 2024, upon consideration of Defendants' Motion to File Under Seal (ECF No. 68) it is hereby **ORDERED** that the motion is **DENIED**.

BY THE COURT:

_____
HON. MIA R. PEREZ, U.S.D.J.