**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED BRIEFS**

**AND NOW,** this 7th day of November, 2024,  having reviewed and consider Defendants' Unopposed Motion for Leave to File Oversized Briefs (ECF 77) hereby **GRANTS** the motion.

**IT IS ORDERED** that the following page limitations, exclusive of the caption page, table of contents, table of authorities, signature block, certificate of service, exhibits, and appendices for the motion to dismiss briefing in the above-captioned action shall apply:

i.    Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Class Action Complaint: **Not to exceed twenty-eight (28) pages**;

BY THE COURT:

_____
Hon. Mia R. Perez