**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**DECLARATION OF TODD G. COSENZA IN SUPPORT OF THE**
**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFANDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

1. I, Todd G. Cosenza, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

2. I am a partner at Willkie Farr & Gallagher LLP, counsel for Defendants AdaptHealth Corp. ("AdaptHealth"), Luke McGee, Stephen P. Griggs, Joshua Parnes, Jason Clemens, Shaw Rietkerk, Wendy Russalesi, Rodney Carson, Alan Quasha, Frank J. Mullen, Richard Barasch, Terrence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (collectively, the "AdaptHealth Defendants") in the above-captioned matter.

3. I submit this declaration in support of the Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Class Action Complaint.

4. The facts set forth below are within my personal knowledge or I have reason to believe them to be true and, if called as a witness herein, I can and will competently testify thereto.

5. Attached hereto as Exhibit 67 is a true and correct copy of an analyst report published by SVB Leerink, entitled "AdaptHealth Corp.: 4Q21 Recap: Pain Points Grow Around Supply Chain; Valuation Overly Harsh," on March 2, 2022.

6. Attached hereto as Exhibit 68 is a true and correct copy of an analyst report authored by Richard Close and John Pinney entitled "AHCO misses 4Q preliminary adj-EBITDA results; lowers 2023 initial guidance provided in January," published by Canaccord Genuity on February 27,

-2-

2023.

7.      Attached hereto as Exhibit 69 is a true and correct copy of an analyst report authored by Ben Hendrix, entitled "AdaptHealth Corp.: Unforeseen cost headwinds drive 4Q22 miss; 2023 guidance lowered on mix and continued cost pressure," published by RBC Capital Markets on February 27, 2023.

8.      Attached hereto as Exhibit 70 is a true and correct copy of an analyst report authored by Pito Chickering, Kieran Ryan, Imron Zafar, and Ben Shaver, entitled "AdaptHealth: Strike one, strike two and we are only in February," published by Deutsche Bank Research on February 27, 2023.

9.      Attached hereto as Exhibit 71 is a true and correct copy of an analyst report authored by Pito Chickering, Kieran Ryan, Imron Zafar, and Ben Shaver, entitled "AdaptHealth: Three strikes and you are out downgrading to Hold," published by Deutsche Bank Research on May 9, 2023.

10.     Attached hereto as Exhibit 72 is a true and correct copy of an analyst report authored by Ben Hendrix, entitled "AdaptHealth Corp.: 1Q23 results below expectations; CEO stepping down," published by RBC Capital Markets on May 9, 2023.

_/s/_ Todd G. Cosenza
Todd G. Cosenza

-2-