# Exhibit 67

# ADAPTHEALTH CORP.

(NASDAQ: AHCO)



## OUTPERFORM

Healthcare Providers and Managed Care

## 4Q21 Recap: Pain Points Grow Around Supply Chain; Valuation Overly Harsh

March 2, 2022

- **Bottom Line: Reiterate Outperform rating.** Adapt has lost 35% of its market cap year-to-date as well-known supply chain challenges worsened beyond the company's self-described conservative guide for 2022. Compounding these challenges remain lingering cash flow debates that add complexity to a controversial and challenging backdrop. Supply chain issues should largely self-correct in the coming year, yet could present elevated risk throughout the quarters. Adapt now only trades at 8.7x our 2023E EBITDA less pt eqt forecast vs. its 1-year and de-SPAC averages of 12.5x and 11.9x, respectively. An in-line multiple seemingly prices in another $150m or 30% of earnings at risk. This strikes us as overly harsh, yet we see that investors' views on underlying org growth have been rattled given the implied longevity of anticipated challenges across supply chain and product acquisition costs.

- **AHCO cuts org rev growth to +4% (from HSD).** AHCO now contemplates +4% org rev growth across all product lines, except Sleep, which is now expected to decline 5-6%. Mgmt's tone around PAP challenges has visibly deteriorated in recent quarters -- a factor that has clearly contributed to the relative underperformance. These factors drive lower rental revs, which present a significant EBITDA headwind given limited COGS. Despite consistent performance across sales product lines (notably PAP resupply and diabetes), these carry materially lower gross margins vs. rental revs at essentially 100%.

- **Supply challenges should persist in 2022 (and could always worsen).** AHCO saw a large acceleration of known supply challenges exiting 4Q21. The Philips recall is expected to persist throughout all of 2022. This is meaningfully exacerbated by a growing lack of availability across other PAP product suppliers, which is now limiting the ability to meet demand. Mgmt is quick to highlight the accelerating demand side with growing levels of new OSA patients still waiting for new starts on PAP devices once the supply issue corrects. We'd guess that few investors are underwriting any scenario in which this manifests into an accelerating growth opp'ty until 2023.

Reason for report:
**EARNINGS**

## Key Stats

| | |
|---|---|
| **S&P 500 Health Care Index:** | **1,504.38** |
| **Price:** | **$15.92** |
| Price Target: | $24.00 from $32.00 |
| 52-Week High – Low: | $38.94 - $13.95 |
| Shares Outstanding (mil): | 140.3 |
| Market Capitalization (mil): | $2,233.6 |
| Book Value/Share: | $14.73 |
| Cash Per Share: | $1.07 |
| Net Debt to Total Capital: | 48% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |
| Est LT EPS Growth: | 41% |

| | | | Dec Yr | | |
|---|---|---|---|---|---|
| | 2021E | 2022E (New) | 2022E (Old) | 2023E (New) | 2023E (Old) |
| Q1 | $482.1A | $690.7 | $683.7 | $760.2 | $752.6 |
| Q2 | $617.0A | $729.1 | $725.7 | $810.1 | $806.3 |
| Q3 | $653.3A | $744.8 | $736.2 | $827.7 | $818.3 |
| Q4 | $702.1 | $785.6 | $752.9 | $879.8 | $844.2 |
| FY Rev | $2,454.5 | $2,950.2 | $2,898.4 | $3,277.6 | $3,221.4 |
| Q1 | ($0.08)A | $0.24 | $0.32 | $0.33 | $0.37 |
| Q2 | $0.14A | $0.30 | $0.40 | $0.42 | $0.46 |
| Q3 | $0.22A | $0.31 | $0.40 | $0.42 | $0.46 |
| Q4 | $0.23 | $0.36 | $0.43 | $0.49 | $0.50 |
| FY EPS | $0.52 | $1.21 | $1.55 | $1.67 | $1.78 |
| P/E | 30.5x | 13.1x | NM | 9.6x | NM |

**Whit Mayo**
(629) 802-2560
whit.mayo@svbleerink.com

**Morgan T. McCarthy**
(212) 277-6224
morgan.mccarthy@svbleerink.com

**John French**
(212) 277-6225
john.french@svbleerink.com

**Avi Dahan**
(212) 277-6139
avi.dahan@svbleerink.com

*Source: Company Information and SVB Leerink LLC Research.*
*Est LT EPS Growth: 2021-2026E CAGR.  Revenues in millions.  EPS presented ex one-time items.*

**Please refer to page 7 for Important Disclosures, Price Charts and Analyst Certification.**

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

**ADAPTHEALTH CORP.**

March 2, 2022



- **Price target lowered to $24 (from $32).** Our price target is based on an 11x forward EV/EBITDA less patient equipment capex multiple (from 12.5x) applied to our 2023 forecasts. We substantiate this as 1x our forecasted average organic growth rate (2023-24E).

2

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

**ADAPTHEALTH CORP.**

March 2, 2022



## INVESTMENT THESIS

**The following key points support our investment thesis:** 1) AHCO is an innovative market leader within the DME industry with first mover advantages; 2) controversies drive a favorable risk/reward balance with a positive skew to 2022-23 forecasts; and 3) favorable earnings skew in 2022 sets up a positive revision cycle.

## VALUATION

**Price target is $24.** Our price target is based on an 11.0x forward EV/EBITDA less patient equipment capex multiple applied to our 2023 forecasts. We substantiate this as 1x the organic growth rate.

## RISKS TO VALUATION

**We see the key risks to our valuation as follows:**

- M&A risks – AHCO's growth strategy is heavily oriented around M&A. Any integration issues and/or risk to slowing inorganic growth could impair the forward valuation.
- Supply chain – AHCO has high capital needs to supply DME equipment to rental patients. Any material changes in supply costs could drive elevated risks such as the challenges imposed on the company with the Philips recall.
- Regulatory and reimbursement – AHCO is largely a price taker from payers. Any unforeseen changes in fee schedules or adverse rates through Medicare's Competitive Bidding program could be a risk.
- Slowing end-markets – AHCO has long-term 8-10% organic growth targets. Any deceleration could drive downside risk to estimates and sentiment.
- Internal processes and controls – AHCO is working through internal controls and process changes. New additions to compliance, auditing, and finance should materially enhance the span of control the company has over operations.
- Deficit-related risks – AHCO could face risks in the context of the current budget deficit and/or reconciliation conversations diving reductions to Medicare spending.

3

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

# ADAPTHEALTH CORP.

March 2, 2022

**AdaptHealth Corp. (AHCO)**
**Historical & Projected Consolidated Income Statement**
($ in millions, except per share data)

| | FYE 2018 | FYE 2019 | FYE 2020 | FYE 2021 | 1Q22E | 2Q22E | 3Q22E | 4Q22E | FYE 2022E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | FYE 2023E | FYE 2024E | FYE 2025E | FYE 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | For the FYE December 31 | | | | | For the FYE December 31 | | | | | | |
| Net revenues | $ 345.3 | $ 529.6 | $ 1,070.7 | $ 2,454.5 | $ 690.7 | $ 729.1 | $ 744.8 | $ 785.6 | $ 2,950.2 | $ 760.2 | $ 810.1 | $ 827.7 | $ 879.8 | $ 3,277.6 | $ 3,697.6 | $ 4,155.4 | $ 4,654.4 |
| Cost of revenues, adj. | 291.4 | 440.0 | 884.9 | 1,998.4 | 574.4 | 596.4 | 611.5 | 639.5 | 2,421.8 | 622.6 | 651.3 | 668.7 | 704.8 | 2,647.4 | 2,971.3 | 3,314.6 | 3,679.9 |
| Less: patient equipment depreciation | 45.1 | 59.5 | 71.1 | 195.0 | 62.6 | 65.1 | 67.6 | 70.1 | 265.6 | 72.6 | 75.1 | 77.6 | 80.1 | 305.6 | 345.6 | 383.1 | 419.1 |
| Adjusted cost of revenues | 246.2 | 380.5 | 813.8 | 1,803.5 | 511.8 | 531.2 | 543.9 | 569.4 | 2,156.2 | 549.9 | 576.1 | 591.1 | 624.6 | 2,341.8 | 2,625.7 | 2,931.5 | 3,260.8 |
| G&A expense, adj. | 14.8 | 28.4 | 52.0 | 97.3 | 31.1 | 34.3 | 32.8 | 35.4 | 133.5 | 31.0 | 35.3 | 33.1 | 36.1 | 135.5 | 152.9 | 171.2 | 190.5 |
| EBITDA | 84.3 | 120.7 | 204.8 | 553.8 | 147.8 | 163.6 | 168.2 | 180.9 | 660.5 | 179.2 | 198.6 | 203.4 | 219.1 | 800.3 | 919.1 | 1,052.7 | 1,203.1 |
| D&A (excl. patient equip. depreciation) | 2.7 | 3.1 | 11.4 | 63.1 | 18.1 | 19.1 | 20.1 | 21.1 | 78.3 | 22.1 | 23.1 | 24.1 | 25.1 | 94.3 | 110.3 | 126.3 | 142.3 |
| Addback: patient equip. depreciation | 45.1 | 59.5 | 71.1 | 195.0 | 62.6 | 65.1 | 67.6 | 70.1 | 265.6 | 72.6 | 75.1 | 77.6 | 80.1 | 305.6 | 345.6 | 383.1 | 419.1 |
| EBIT | 36.4 | 58.2 | 122.4 | 295.7 | 67.1 | 79.3 | 80.5 | 89.7 | 316.6 | 84.5 | 100.4 | 101.7 | 113.8 | 400.4 | 463.2 | 543.3 | 641.7 |
| Interest expense, net | 7.5 | 39.3 | 41.4 | 95.2 | 24.9 | 24.9 | 24.9 | 24.8 | 99.6 | 24.8 | 24.8 | 24.7 | 24.6 | 98.9 | 98.4 | 98.4 | 98.4 |
| Other income, net | - | - | - | (0.4) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Change in fair value of warrant & share liab. | - | - | - | (82.6) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| One-time loss / (gain) | 1.4 | 2.1 | 72.6 | 92.6 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pre-tax income / (loss) | 27.6 | 16.7 | 8.3 | 191.0 | 42.1 | 54.4 | 55.6 | 64.8 | 217.0 | 59.7 | 75.6 | 77.0 | 89.2 | 301.5 | 364.8 | 444.9 | 543.3 |
| Provision for income taxes | (2.1) | 1.2 | (4.9) | 32.8 | 8.4 | 10.9 | 11.1 | 13.0 | 43.4 | 11.9 | 15.1 | 15.4 | 17.8 | 60.3 | 73.0 | 89.0 | 108.7 |
| Net income | 29.7 | 15.6 | 13.3 | 158.2 | 33.7 | 43.5 | 44.5 | 51.9 | 173.6 | 47.7 | 60.5 | 61.6 | 71.4 | 241.2 | 291.8 | 355.9 | 434.7 |
| Noncontrolling interest | 1.1 | 2.1 | 5.8 | 2.0 | 0.6 | 0.6 | 0.6 | 0.6 | 2.3 | 0.6 | 0.6 | 0.6 | 0.6 | 2.5 | 2.7 | 2.9 | 3.1 |
| Discontinued operations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net income attributable to AHCO | 28.6 | 13.5 | 7.510 | 156.175 | 33.1 | 43.0 | 43.9 | 51.3 | 171.3 | 47.1 | 59.9 | 61.0 | 70.7 | 238.7 | 289.1 | 353.0 | 431.5 |
| Addback: Change in fair value of liab. | - | - | - | 82.570 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Addback: One-time items (net of tax) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adjusted net income | 28.6 | 13.5 | 7.510 | 73.605 | 33.1 | 43.0 | 43.9 | 51.3 | 171.3 | 47.1 | 59.9 | 61.0 | 70.7 | 238.7 | 289.1 | 353.0 | 431.5 |
| **Adjusted EBITDA reconciliation:** | | | | | | | | | | | | | | | | | |
| EBITDA | 84.3 | 120.7 | 204.8 | 553.8 | 147.8 | 163.6 | 168.2 | 180.9 | 660.5 | 179.2 | 198.6 | 203.4 | 219.1 | 800.3 | 919.1 | 1,052.7 | 1,203.1 |
| Other adjustments | 0.2 | 2.3 | 0.8 | 12.1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Adj. EBITDA** | **84.5** | **123.0** | **205.6** | **565.9** | **147.8** | **163.6** | **168.2** | **180.9** | **660.5** | **179.2** | **198.6** | **203.4** | **219.1** | **800.3** | **919.1** | **1,052.7** | **1,203.1** |
| Less: Patient CapEx | 39.4 | 47.4 | 63.1 | 199.0 | 62.1 | 66.1 | 70.1 | 74.1 | 272.2 | 74.6 | 75.1 | 75.6 | 76.1 | 301.2 | 324.2 | 356.2 | 388.2 |
| **Adj. EBITDA - Pt CapEx (AHCO def)** | **45.1** | **75.6** | **142.5** | **366.9** | **85.7** | **97.5** | **98.1** | **106.9** | **388.3** | **104.7** | **123.5** | **127.9** | **143.0** | **499.1** | **594.9** | **696.5** | **814.9** |
| GAAP Diluted EPS | $2.40 | $0.60 | $0.14 | $0.56 | $0.24 | $0.30 | $0.31 | $0.36 | $1.21 | $0.33 | $0.42 | $0.42 | $0.49 | $1.67 | $1.99 | $2.40 | $2.89 |
| **Adjusted EPS, diluted** | **$2.40** | **$0.60** | **$0.14** | **$0.52** | **$0.24** | **$0.30** | **$0.31** | **$0.36** | **$1.21** | **$0.33** | **$0.42** | **$0.42** | **$0.49** | **$1.67** | **$1.99** | **$2.40** | **$2.89** |
| Avg. shares outstanding (basic) | 11.9 | 22.5 | 52.4 | 126.2 | 140.1 | 140.6 | 141.1 | 141.6 | 140.8 | 142.1 | 142.6 | 143.1 | 143.6 | 142.8 | 144.8 | 146.8 | 148.8 |
| Avg. shares outstanding (diluted) | 11.9 | 22.5 | 53.3 | 132.3 | 140.6 | 141.1 | 141.6 | 142.1 | 141.3 | 142.6 | 143.1 | 143.6 | 144.1 | 143.3 | 145.3 | 147.3 | 149.3 |
| Effective tax rate | -8% | 7% | -59% | 17% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% | 20% |
| **Margin analysis (% of revs)** | | | | | | | | | | | | | | | | | |
| **Adj. EBITDA** | **24.5%** | **23.2%** | **19.2%** | **23.1%** | **21.4%** | **22.4%** | **22.6%** | **23.0%** | **22.4%** | **23.6%** | **24.5%** | **24.6%** | **24.9%** | **24.4%** | **24.9%** | **25.3%** | **25.8%** |
| Adj. EBITDA - PC | 13.1% | 14.3% | 13.3% | 14.9% | 12.4% | 13.4% | 13.2% | 13.6% | 13.2% | 13.8% | 15.3% | 15.5% | 16.3% | 15.2% | 16.1% | 16.8% | 17.5% |
| EBIT | 10.5% | 11.0% | 11.4% | 12.0% | 9.7% | 10.9% | 10.8% | 11.4% | 10.7% | 11.1% | 12.4% | 12.3% | 12.9% | 12.2% | 12.5% | 13.1% | 13.8% |
| Net income | 8.3% | 2.5% | 0.7% | 6.4% | 4.8% | 5.9% | 5.9% | 6.5% | 5.8% | 6.2% | 7.4% | 7.4% | 8.0% | 7.3% | 7.8% | 8.5% | 9.3% |
| **Operating expenses (% of revs)** | | | | | | | | | | | | | | | | | |
| Cost of revenues | | 83.1% | 82.6% | 81.4% | 83.2% | 81.8% | 82.1% | 81.4% | 82.1% | 81.9% | 80.4% | 80.8% | 80.1% | 80.8% | 80.4% | 79.8% | 79.1% |
| General & admin exp. | | 5.4% | 4.9% | 4.0% | 4.5% | 4.7% | 4.4% | 4.5% | 4.5% | 4.1% | 4.4% | 4.0% | 4.1% | 4.1% | 4.1% | 4.1% | 4.1% |
| D&A (ex. patient equip. depreciation) | | 0.6% | 1.1% | 2.6% | 2.6% | 2.6% | 2.7% | 2.7% | 2.7% | 2.9% | 2.8% | 2.9% | 2.9% | 2.9% | 3.0% | 3.0% | 3.1% |
| D&A - patient equip. depreciation only | | 11.2% | 6.6% | 7.9% | 9.1% | 8.9% | 9.1% | 8.9% | 9.0% | 9.6% | 9.3% | 9.4% | 9.1% | 9.3% | 9.3% | 9.2% | 9.0% |
| D&A (incl. patient equip depreciation) | | 11.8% | 7.7% | 10.5% | 11.7% | 11.6% | 11.8% | 11.6% | 11.7% | 12.5% | 12.1% | 12.3% | 12.0% | 12.2% | 12.3% | 12.3% | 12.1% |
| NCI | | 0.4% | 0.5% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Patient CapEx | | 9.0% | 5.9% | 8.1% | 9.0% | 9.1% | 9.4% | 9.4% | 9.2% | 9.8% | 9.3% | 9.1% | 8.6% | 9.2% | 8.8% | 8.6% | 8.3% |
| Patient CapEx (as % of total CapEx) | | 222.3% | 158.8% | 97.9% | 80.1% | 85.2% | 90.4% | 95.6% | 87.8% | 101.3% | 101.9% | 102.6% | 103.3% | 102.3% | 104.9% | 109.7% | 113.9% |
| Patient CapEx (as % of EBITDA) | | 38.5% | 30.7% | 35.2% | 42.0% | 40.4% | 41.7% | 40.9% | 41.2% | 41.6% | 37.8% | 37.1% | 34.7% | 37.6% | 35.3% | 33.8% | 32.3% |
| **Growth analysis (% y/y)** | | | | | | | | | | | | | | | | | |
| Cash revenue | | 53.4% | 102.1% | 129.3% | 43.3% | 18.2% | 14.0% | 11.9% | 20.2% | 10.1% | 11.1% | 11.1% | 12.0% | 11.1% | 12.8% | 12.4% | 12.0% |
| EBITDA | | 43.2% | 69.7% | 170.4% | 42.1% | 12.5% | 7.8% | 21.9% | 19.3% | 21.3% | 21.4% | 21.0% | 21.1% | 21.2% | 14.8% | 14.5% | 14.3% |
| Adj. EBITDA | | 45.6% | 67.1% | 175.2% | 41.9% | 11.0% | 7.6% | 14.5% | 16.7% | 21.3% | 21.4% | 21.0% | 21.1% | 21.2% | 14.8% | 14.5% | 14.3% |
| Adj. EBITDA less CapEx | | 67.5% | 88.5% | 157.5% | 38.5% | -1.4% | -7.5% | 6.9% | 5.8% | 22.1% | 26.7% | 30.3% | 33.8% | 28.5% | 19.2% | 17.1% | 17.0% |
| GAAP EPS | | -75.1% | -76.4% | 294.6% | -400.5% | 112.6% | 38.8% | 55.0% | 117.9% | 40.2% | 37.4% | 37.0% | 36.0% | 37.4% | 19.5% | 20.4% | 20.6% |
| Adjusted EPS | | -75.1% | -76.4% | 269.8% | -400.5% | 112.6% | 38.8% | 55.0% | 132.5% | 40.2% | 37.4% | 37.0% | 36.0% | 37.4% | 19.5% | 20.4% | 20.6% |

**Source: Company reports and SVB Leerink estimates**

4

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

## ADAPTHEALTH CORP.

March 2, 2022

**AdaptHealth Corp. (AHCO)**
**Historical & Projected Consolidated Balance Sheet**
($ in millions, except per share data)

| | 4Q18 | 4Q19 | 4Q20 | 4Q21 | 1Q22E | 2Q22E | 3Q22E | 4Q22E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 4Q24E | 4Q25E | 4Q26E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $ 0.9 | $ 76.9 | $ 100.0 | $ 149.6 | 223.7 | $ 190.6 | $ 156.1 | $ 131.3 | 102.2 | $ 93.4 | $ 81.4 | $ 82.8 | $ 73.0 | $ 129.7 | $ 266.7 |
| Accounts receivable, net | - | 78.6 | 171.1 | 359.9 | 367.4 | 387.8 | 396.2 | 417.9 | 404.4 | 430.9 | 440.3 | 468.0 | 526.7 | 590.7 | 660.5 |
| Inventories | - | 13.2 | 58.8 | 123.1 | 105.6 | 111.5 | 113.9 | 120.1 | 116.2 | 123.8 | 126.5 | 134.5 | 151.4 | 169.8 | 189.8 |
| Prepaid & other | 0.2 | 12.7 | 33.4 | 37.4 | 41.6 | 44.0 | 44.9 | 47.4 | 45.8 | 48.8 | 49.9 | 53.0 | 59.7 | 67.0 | 74.9 |
| Total current assets | 1.1 | 181.4 | 363.3 | 670.1 | 738.3 | 733.9 | 711.1 | 716.7 | 668.6 | 697.0 | 698.1 | 738.3 | 810.8 | 957.2 | 1,191.9 |
| | | | | | | | | | | | | | | | |
| Equipment & other fixed assets | - | 63.6 | 110.5 | 398.6 | 551.9 | 638.5 | 724.0 | 808.6 | 888.2 | 966.9 | 1,044.6 | 1,121.3 | 1,432.7 | 1,743.5 | 2,054.6 |
| Goodwill | - | 266.8 | 998.8 | 3,512.6 | 3,381.9 | 3,387.2 | 3,392.4 | 3,397.7 | 3,403.0 | 3,408.3 | 3,413.5 | 3,418.8 | 3,439.9 | 3,461.0 | 3,482.1 |
| Intangibles | - | - | 116.1 | 202.2 | 216.4 | 218.2 | 220.0 | 221.7 | 223.5 | 225.2 | 227.0 | 228.8 | 235.8 | 242.8 | 249.8 |
| Other LT assets | 253.0 | 35.3 | 224.9 | 467.1 | 462.7 | 481.2 | 484.1 | 502.8 | 482.7 | 510.3 | 517.3 | 545.4 | 613.9 | 688.5 | 769.9 |
| Total Assets | $ 254.1 | $ 547.0 | $ 1,813.5 | $ 5,250.5 | $ 5,351.3 | $ 5,458.9 | $ 5,531.7 | $ 5,647.5 | $ 5,666.0 | $ 5,807.7 | $ 5,900.5 | $ 6,052.6 | $ 6,533.1 | $ 7,093.0 | $ 7,748.4 |
| | | | | | | | | | | | | | | | |
| **Liabilities and Stockholders' Equity (Deficit)** | | | | | | | | | | | | | | | |
| Accounts payable | $ 0.5 | $ 103.6 | $ 254.2 | $ 358.4 | $ 330.2 | $ 348.6 | $ 356.1 | $ 375.6 | $ 363.5 | $ 387.3 | $ 395.7 | $ 420.6 | $ 473.4 | $ 531.0 | $ 593.7 |
| Current portion of cap lease obligations | - | 19.8 | 22.3 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 | 15.4 |
| Current portion of LT debt | - | 1.7 | 8.1 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 | 20.0 |
| Contract liabilities | - | 9.6 | 11.0 | 31.4 | 23.5 | 24.8 | 25.4 | 26.8 | 25.9 | 27.6 | 28.2 | 30.0 | 33.7 | 37.8 | 42.3 |
| Other | 0.2 | 15.5 | 126.4 | 74.6 | 133.0 | 140.4 | 143.4 | 151.3 | 146.4 | 156.0 | 159.4 | 169.4 | 190.7 | 213.8 | 239.1 |
| Total Current Liabilities | 0.7 | 150.2 | 422.1 | 499.8 | 522.2 | 549.3 | 560.3 | 589.1 | 571.2 | 606.3 | 618.7 | 655.4 | 733.3 | 818.1 | 910.5 |
| | | | | | | | | | | | | | | | |
| Long-term debt | - | 395.1 | 776.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 | 2,183.6 |
| Other LT liabilities | 7.9 | 31.0 | 220.1 | 500.4 | 537.0 | 566.8 | 579.1 | 610.8 | 591.0 | 629.8 | 643.5 | 684.0 | 769.8 | 863.4 | 965.4 |
| Noncontrolling interests | - | (14.7) | (23.6) | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Liabilities | 8.6 | 561.6 | 1,395.1 | 3,183.8 | 3,242.7 | 3,299.6 | 3,323.0 | 3,383.5 | 3,345.7 | 3,419.7 | 3,445.8 | 3,523.0 | 3,686.6 | 3,865.0 | 4,059.5 |
| | | | | | | | | | | | | | | | |
| Shareholders' equity / (deficit) | 245.5 | (14.5) | 418.3 | 2,066.7 | 2,108.7 | 2,159.3 | 2,208.7 | 2,264.1 | 2,320.3 | 2,388.1 | 2,454.7 | 2,529.6 | 2,846.4 | 3,228.0 | 3,688.9 |
| Total Liabilities and Shareholders' Equity | $ 254.1 | $ 547.0 | $ 1,813.5 | $ 5,250.5 | $ 5,351.3 | $ 5,458.9 | $ 5,531.7 | $ 5,647.5 | $ 5,666.0 | $ 5,807.7 | $ 5,900.5 | $ 6,052.6 | $ 6,533.1 | $ 7,093.0 | $ 7,748.4 |
| | | | | | | | | | | | | | | | |
| **Balance Sheet Statistics** | | | | | | | | | | | | | | | |
| Working Capital | $ 0 | $ 31 | $ (59) | $ 170 | $ 216 | $ 185 | $ 151 | $ 128 | $ 97 | $ 91 | $ 79 | $ 83 | $ 78 | $ 139 | $ 281 |
| Current ratio | 1.6x | 1.2x | 0.9x | 1.3x | 1.4x | 1.3x | 1.3x | 1.2x | 1.2x | 1.1x | 1.1x | 1.1x | 1.1x | 1.2x | 1.3x |
| DSOs | | | | | | | | | | | | | | | |
| Allowance as % of Gross A/R | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| **Leverage metrics** | | | | | | | | | | | | | | | |
| Total debt | | $ 397 | $ 785 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 | $ 2,204 |
| Net debt | | $ 320 | $ 685 | $ 2,054 | $ 1,980 | $ 2,013 | $ 2,047 | $ 2,072 | $ 2,101 | $ 2,110 | $ 2,122 | $ 2,121 | $ 2,131 | $ 2,074 | $ 1,937 |
| Debt/Equity | | NM | 188% | 107% | 105% | 102% | 100% | 97% | 95% | 92% | 90% | 87% | 77% | 68% | 60% |
| Debt/Capital | | 104% | 65% | 52% | 51% | 51% | 50% | 49% | 49% | 48% | 47% | 47% | 44% | 41% | 37% |
| TTM EBITDA | | $ 123 | $ 206 | $ 566 | $ 610 | $ 626 | $ 638 | $ 660 | $ 692 | $ 727 | $ 762 | $ 800 | $ 919 | $ 1,053 | $ 1,203 |
| Total debt/EBITDA (TTM) | | 3.2x | 3.8x | 3.9x | 3.6x | 3.5x | 3.5x | 3.3x | 3.2x | 3.0x | 2.9x | 2.8x | 2.4x | 2.1x | 1.8x |
| Net debt/EBITDA (TTM) | | 2.6x | 3.3x | 3.6x | 3.2x | 3.2x | 3.2x | 3.1x | 3.0x | 2.9x | 2.8x | 2.6x | 2.3x | 2.0x | 1.6x |
| | | | | | | | | | | | | | | | |
| **Profitability Statistics** | | | | | | | | | | | | | | | |
| Return on Assets, annualized | 33.3% | 8.5% | 0.3% | 10.1% | 3.2% | 3.2% | 3.7% | 12.2% | 4.2% | 4.2% | 4.8% | 15.8% | 17.7% | 19.9% | 22.3% |
| Return on tangible assets, annualized | 33.3% | 16.7% | 0.8% | 34.5% | 9.8% | 9.5% | 10.7% | 33.9% | 11.8% | 11.2% | 12.5% | 39.8% | 40.5% | 41.7% | 43.0% |
| ROIC (LTM NOPAT) | | 15.0% | 8.3% | 7.3% | 6.0% | 5.7% | 5.3% | 5.3% | 5.5% | 5.8% | 6.0% | 6.2% | 6.7% | 7.3% | 8.0% |
| Return on equity, annualized | 34.5% | -322.1% | 1.3% | 25.6% | 8.2% | 8.2% | 9.3% | 30.3% | 10.3% | 10.2% | 11.5% | 37.8% | 40.7% | 43.8% | 46.9% |

Source: Company reports and SVB Leerink estimates

5

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

# ADAPTHEALTH CORP.

March 2, 2022

**AdaptHealth Corp. (AHCO)**
**Historical & Projected Statement of Cash Flows**
($ in millions, except per share data)

| | FYE 2018 | FYE 2019 | FYE 2020 | FYE 2021 | For the FYE December 31 1Q22E | 2Q22E | 3Q22E | 4Q22E | FYE 2022E | For the FYE December 31 1Q23E | 2Q23E | 3Q23E | 4Q23E | FYE 2023E | FYE 2024E | FYE 2025E | FYE 2026E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income | $ 15.9 | $ 13.5 | $ 7.5 | $ 156.2 | $ 33.1 | $ 43.0 | $ 43.9 | $ 51.3 | $ 171.3 | $ 47.1 | $ 59.9 | $ 61.0 | $ 70.7 | $ 238.7 | $ 289.1 | $ 353.0 | $ 431.5 |
| Depreciation and amortization | 1.5 | 3.1 | 11.4 | 63.1 | 18.1 | 19.1 | 20.1 | 21.1 | 78.3 | 22.1 | 23.1 | 24.1 | 25.1 | 94.3 | 110.3 | 126.3 | 142.3 |
| Share-based compensation | - | 11.1 | 18.7 | 25.3 | 8.8 | 7.7 | 5.5 | 4.0 | 26.1 | 9.1 | 7.9 | 5.7 | 4.2 | 26.9 | 27.7 | 28.5 | 29.4 |
| **Cash flow from operating activities** | | | | | | | | | | | | | | | | | |
| (Increase)/decrease in current assets | (0.2) | (104.4) | (158.8) | (257.1) | 5.8 | (28.6) | (11.7) | (30.4) | (65.0) | 19.0 | (37.2) | (13.1) | (38.8) | (70.1) | (82.3) | (89.7) | (97.8) |
| (Increase)/decrease in other assets | (252.8) | 217.8 | (189.6) | (242.2) | 4.3 | (18.5) | (2.9) | (18.7) | (35.8) | 20.1 | (27.6) | (6.9) | (28.2) | (42.6) | (68.5) | (74.6) | (81.3) |
| (Increase)/decrease in current liabilities | 0.6 | 147.8 | 265.4 | 65.9 | 22.4 | 27.1 | 11.1 | 28.8 | 89.3 | (17.9) | 35.2 | 12.4 | 36.7 | 66.3 | 77.8 | 84.8 | 92.5 |
| (Increase)/decrease in other liabilities | 7.9 | 8.4 | 180.2 | 303.9 | 36.5 | 29.9 | 12.2 | 31.7 | 110.4 | (19.8) | 38.8 | 13.7 | 40.5 | 73.2 | 85.9 | 93.6 | 102.0 |
| Other adjustments, net | 225.5 | (236.7) | 60.8 | 160.6 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash From Operations | (1.6) | 60.4 | 195.6 | 275.7 | 129.1 | 79.6 | 78.2 | 87.8 | 374.6 | 79.6 | 100.0 | 96.8 | 110.2 | 386.6 | 440.0 | 521.9 | 618.6 |
| **Cash flow from investing activities** | | | | | | | | | | | | | | | | | |
| Acquisitions | - | (63.5) | (769.3) | (1,620.3) | (28.1) | (28.1) | (28.1) | (28.1) | (112.5) | (28.1) | (28.1) | (28.1) | (28.1) | (112.5) | (112.5) | (112.5) | (112.5) |
| Purchase of property and equipment | - | (21.3) | (39.8) | (203.3) | (77.5) | (77.5) | (77.5) | (77.5) | (310.0) | (73.6) | (73.6) | (73.6) | (73.6) | (294.5) | (309.2) | (324.7) | (340.9) |
| Additions to goodwill | - | (266.8) | (732.0) | (2,513.8) | 130.7 | (5.3) | (5.3) | (5.3) | 114.9 | (5.3) | (5.3) | (5.3) | (5.3) | (21.1) | (21.1) | (21.1) | (21.1) |
| Fixed asset adjustment | (1.5) | 18.2 | (372.1) | 1,386.3 | (80.0) | (1.8) | (1.8) | (1.8) | (85.3) | (1.8) | (1.8) | (1.8) | (1.8) | (7.0) | (7.0) | (7.0) | (7.0) |
| Other CFI adjustment | (247.4) | 248.5 | 1,097.5 | 1,126.4 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash From Investing | (248.9) | (84.9) | (815.7) | (1,824.8) | (55.0) | (112.7) | (112.7) | (112.7) | (392.9) | (108.8) | (108.8) | (108.8) | (108.8) | (435.1) | (449.9) | (465.3) | (481.5) |
| **Cash flow from financing activities** | | | | | | | | | | | | | | | | | |
| Change in debt | (0.2) | 396.8 | 387.9 | 1,418.8 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net change in shareholders' equity | 4.1 | (47.9) | 345.9 | 1,306.3 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | (0.0) | 0.0 | 0.0 | (0.0) | (0.0) | (0.0) | 0.0 |
| Other CFF adjustment | 247.4 | (272.8) | (90.7) | (1,126.4) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cash From Financing | 251.3 | 76.1 | 643.2 | 1,598.7 | 0.0 | 0.0 | 0.0 | (0.0) | 0.0 | (0.0) | (0.0) | 0.0 | 0.0 | (0.0) | (0.0) | (0.0) | 0.0 |
| Beginning cash balance | 0.1 | 25.2 | 76.9 | 100.0 | 149.6 | 223.7 | 190.6 | 156.1 | 149.6 | 131.3 | 102.2 | 93.4 | 81.4 | 131.3 | 82.8 | 73.0 | 129.7 |
| Net change in cash | 0.8 | 51.7 | 23.1 | 49.7 | 74.1 | (33.1) | (34.5) | (24.8) | (18.3) | (29.1) | (8.8) | (12.0) | 1.4 | (48.5) | (9.8) | 56.6 | 137.0 |
| Ending cash balance | 0.9 | 76.9 | 100.0 | 149.6 | 223.7 | 190.6 | 156.1 | 131.3 | 131.3 | 102.2 | 93.4 | 81.4 | 82.8 | 82.8 | 73.0 | 129.7 | 266.7 |
| **Free cash flow** | | | | | | | | | | | | | | | | | |
| FCF (CFFO - CapEx) | (1.6) | 39.1 | 155.9 | 72.4 | 51.6 | 2.1 | 0.7 | 10.3 | 64.6 | 6.0 | 26.4 | 23.2 | 36.6 | 92.1 | 130.8 | 197.3 | 277.7 |
| FCF / share | $ (0.14) | $ 1.74 | $ 2.93 | $ 0.55 | $ 0.37 | $ 0.01 | $ 0.00 | $ 0.07 | $ 0.46 | $ 0.04 | $ 0.18 | $ 0.16 | $ 0.25 | $ 0.64 | $ 0.90 | $ 1.34 | $ 1.86 |
| Less: Distributions to NCI | - | (1.3) | (0.8) | (1.1) | - | (1.1) | - | - | (1.1) | - | (1.1) | - | - | (1.1) | (1.2) | (1.2) | (1.2) |
| Adjusted FCF (FCF - NCI) | (1.6) | 37.7 | 155.1 | 71.3 | 51.6 | 1.0 | 0.7 | 10.3 | 63.5 | 6.0 | 25.2 | 23.2 | 36.6 | 91.0 | 129.7 | 196.1 | 276.4 |
| Adj FCF / share | $ (0.14) | $ 1.68 | $ 2.91 | $ 0.54 | $ 0.37 | $ 0.01 | $ 0.00 | $ 0.07 | $ 0.45 | $ 0.04 | $ 0.18 | $ 0.16 | $ 0.25 | $ 0.63 | $ 0.89 | $ 1.33 | $ 1.85 |

Source: Company reports and SVB Leerink estimates

**6**

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

**ADAPTHEALTH CORP.**

March 2, 2022



# Disclosures Appendix

## Analyst Certification

I, Whit Mayo, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

**Created by: BlueMatrix**

# Valuation

**Price target is $24.** Our price target is based on an 11.0x forward EV/EBITDA less patient equipment capex multiple applied to our 2023 forecasts. We substantiate this as 1x the organic growth rate.

# Risks to Valuation

**We see the key risks to our valuation as follows:**

- M&A risks – AHCO's growth strategy is heavily oriented around M&A. Any integration issues and/or risk to slowing inorganic growth could impair the forward valuation.

- Supply chain – AHCO has high capital needs to supply DME equipment to rental patients. Any material changes in supply costs could drive elevated risks such as the challenges imposed on the company with the Philips recall.

- Regulatory and reimbursement – AHCO is largely a price taker from payers. Any unforeseen changes in fee schedules or adverse rates through Medicare's Competitive Bidding program could be a risk.

- Slowing end-markets – AHCO has long-term 8-10% organic growth targets. Any deceleration could drive downside risk to estimates and sentiment.

- Internal processes and controls – AHCO is working through internal controls and process changes. New additions to compliance, auditing, and finance should materially enhance the span of control the company has over operations.

- Deficit-related risks – AHCO could face risks in the context of the current budget deficit and/or reconciliation conversations diving reductions to Medicare spending.

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

**ADAPTHEALTH CORP.**

March 2, 2022



| Distribution of Ratings/Investment Banking Services (IB) as of 12/31/21 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [OP] | 218 | 75.2 | 107 | 49.1 |
| HOLD [MP] | 69 | 23.8 | 5 | 7.2 |
| SELL [UP] | 3 | 1.0 | 0 | 0.0 |

# Explanation of Ratings

**Outperform (Buy):** We expect this stock to outperform its benchmark over the next 12 months.

**Market Perform (Hold/Neutral):** We expect this stock to perform in line with its benchmark over the next 12 months.

**Underperform (Sell):** We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

**ADAPTHEALTH CORP.**

March 2, 2022



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Securities LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Securities LLC, 53 State Street, 40th Floor, Boston, MA 02109. Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2. SVB Leerink MEDACorp LLC ("MEDACorp"), an affiliate of SVB Securities LLC, is a global network of independent healthcare professionals (Key Opinion Leaders and consultants) providing industry and market insights to the firm and its clients.

SVB Securities LLC is willing to sell to, or buy from, clients the common stock of AdaptHealth Corp. on a principal basis.

This document may not be reproduced or circulated without our written authority.

© 2022 SVB Securities LLC. All Rights Reserved. Member FINRA/SIPC. SVB Securities LLC dba SVB Leerink. SVB Securities LLC is a member of SVB Financial Group.

The recommendation contained in this report was produced at March 2, 2022 6:45 A.M. EDT. and disseminated at March 2, 2022 6:45 A.M. EDT.

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.

# EQUITY RESEARCH TEAM

**SVBLEERINK**

## RESEARCH MANAGEMENT

**Jim Kelly**
Director of Equity Research
(212) 277-6096
jim.kelly@svbleerink.com

**Julia Belladonna**
Associate Director of Research
(212) 404-4524
julia.belladonna@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Christopher Liu, Pharm.D.**
(212) 277-6192
christopher.liu@svbleerink.com

Lili Nsongo, Ph.D.
(212) 277-6229
lili.nsongo@svbleerink.com

Ken Shields
(212) 277-6190
ken.shields@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

Jeffrey La Rosa
(212) 277-6103
jeffrey.larosa@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

Faisal A. Khurshid
(617) 918-4025
faisal.khurshid@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

**Rick Bienkowski, Ph.D.**
(212) 277-6109
rick.bienkowski@svbleerink.com

Greco Song, Ph.D.
(212) 277-6221
greco.song@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Nat Charoensook, Ph.D., CFA
(212) 277-6264
nat.charoensook@svbleerink.com

Michael D. Jones, Ph.D.
(212) 277-6185
michael.jones@svbleerink.com

Mike Kratky, CFA
(212) 277-6111
mike.kratky@svbleerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

Madhu Yennawar, Ph.D.
(212) 277-6220
madhu.yennawar@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

Beth Feindt-Scott
(212) 277-6189
elizabeth.feindtscott@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

Will Soghikian
(617) 918-4552
will.soghikian@svbleerink.com

## INFECTIOUS DISEASE, ENDOCRINE & CARDIOVASCULAR DISORDERS

**Roanna Ruiz, Ph.D.**
(212) 277-6144
roanna.ruiz@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Michael Almisry
(212) 277-6048
michael.almisry@svbleerink.com

Chad Wiatrowski
(212) 277-6061
chad.wiatrowski@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Erin S. Fahey
(212) 277-6136
erin.fahey@svbleerink.com

Priya Sachdeva
(212) 277-6095
priya.sachdeva@svbleerink.com

## HEALTHCARE TECHNOLOGY & DISTRIBUTION

**Stephanie Davis, CFA**
(212) 277-6153
stephanie.davis@svbleerink.com

**Joy Zhang, CFA**
(212) 277-6021
joy.zhang@svbleerink.com

## HEALTHCARE PROVIDERS AND MANAGED CARE

**Whit Mayo**
(629) 802-2560
whit.mayo@svbleerink.com

Avi Dahan
(212) 277-6139
avi.dahan@svbleerink.com

John French
(212) 277-6225
john.french@svbleerink.com

Morgan T. McCarthy
(212) 277-6224
morgan.mccarthy@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST

Thomas A. Marsilio
(212) 277-6040
thomas.marsilio@svbleerink.com

### SUPERVISORY ANALYSTS

Robert Egan
bob.egan@svbleerink.com

Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

David A. Williamson, CFA
david.williamson@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE | NASHVILLE**    **AN SVB COMPANY**
© 2022 SVB Securities LLC. All rights reserved. Member FINRA/SIPC. SVB Securities LLC dba SVB Leerink.  SVB Securities LLC is a member of SVB Financial Group.
**SVBLEERINK.COM**

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:28:42 PM AdaptHealth Corp.