# Exhibit 69

# EQUITY RESEARCH QUICK TAKE



RBC Capital Markets, LLC
**Ben Hendrix** (Analyst)
(615) 372-1323, ben.hendrix@rbccm.com

February 27, 2023

## AdaptHealth Corp.

### Unforeseen cost headwinds drive 4Q22 miss; 2023 guidance lowered on mix and continued cost pressure

**NASDAQ: AHCO | USD 21.98 | Outperform | Price Target USD 29.00**

Sentiment: **Negative**

**AHCO reported weaker than expected 4Q22 results and lowered 2023 guidance from preliminary ranges offered in January.** Management reported 4Q adjusted EBITDA of $146MM, which represents a ~$26MM miss versus the low end of its post-3Q22 guidance range of $620-650MM for the year, which would have implied ~$172MM of EBITDA expected for the fourth quarter. Recall in January the company had pointed to the low end of the 2022 range due in part to higher PAP set-up costs. Management called out three key cost buckets driving the miss versus the ~$172MM expected.

- First, the company incurred a $10MM unfavorable AR reserve adjustment related to revenue cycle headwinds. Management noted worse collection activity than they had anticipated, some of which was related to system conversions and some simply to the write-off of aged receivables. The AR issue accounted for essentially all of the quarter's revenue shortfall and dropped straight to EBITDA.
- Second, the company saw higher than expected cost of service/good sold in the quarter, also driving a $10MM headwind. Management noted a number of factors including higher than expected distribution expenses, fuel costs, and cost pass-troughs from suppliers.
- Finally, the company saw approximately $6MM of predominately variable labor costs, including spikes in overtime and agency staff. The higher than expected labor costs were wide spread across operational functions, including PAP set-up as the company called out earlier this year, as well as costs for medical equipment technicians, drivers, and other technical staff. The labor headwinds also included some higher than expected commission and variable bonus expenses that emerged through the integration of HR systems.

**The company's $40MM EBITDA guide down for 2023 at the midpoint reflect in part a lower jumping off point from 2022, driven by the latter two cost buckets noted above, particularly COGS headwinds.** Without offering specific dollar targets at this time, the company is launching new cost management initiatives in response to these headwinds, which we expect management to discuss in greater detail on tomorrow's call. **Consistent with signaling at industry conferences earlier this year, 4Q22 results also reflected adverse mix shift driven in part by weaker than expected rental revenue, particularly in the respiratory category.** Management called out the mix dynamics as a contributor to this evening's topline guide down. We look forward to more commentary on tomorrow's call around the mix trends driving the revised topline guidance.

**Management lowered 2023 guidance.** Management lowered its revenue guidance to $3.160-3.240B (previously $3.210-3.290B) versus our $3.277B and consensus $3.253B. The company anticipates adjusted EBITDA of $650-710MM (previously $690-750MM), which compares to our $734MM and consensus $725MM. The company increased its capital expenditures to 10-12% of net revenue (previously 9-11%).

Conference call Tuesday, 2/28 at 8:30am ET. Dial-in: 1-877-407-6176; Conference ID: AHCO4Q22.

All values in USD unless otherwise noted. Priced as of prior trading day's market close, EST (unless otherwise noted).
**Disseminated: Feb 27, 2023 22:53EST; Produced: Feb 27, 2023 22:53EST**
**For Required Conflicts Disclosures, see page 2**

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:36:35 PM AdaptHealth Corp.

**Capital Markets**
**RBC** ®

# Contributing Authors

**RBC Capital Markets, LLC**
**Michael Murray, CFA (Senior Associate)**              **(615) 372-1321**                    michael.murray@rbccm.com

# Required disclosures
## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

With regard to the MAR investment recommendation requirements in relation to relevant securities, a member company of Royal Bank of Canada, together with its affiliates, may have a net long or short financial interest in excess of 0.5% of the total issued share capital of the entities mentioned in the investment recommendation. Information relating to this is available upon request from your RBC investment advisor or institutional salesperson.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of AdaptHealth Corp..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from AdaptHealth Corp. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to AdaptHealth Corp..

RBC Capital Markets has provided AdaptHealth Corp. with non-securities services in the past 12 months.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:36:35 PM AdaptHealth Corp.



AdaptHealth Corp.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
| --- | --- | --- | --- | --- |
| RBC Capital Markets, Equity Research | | | | |
| As of 31-Dec-2022 | | | | |
| | | | Investment Banking | |
| | | | Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 839 | 56.05 | 225 | 26.82 |
| HOLD [Sector Perform] | 603 | 40.28 | 151 | 25.04 |
| SELL [Underperform] | 55 | 3.67 | 3 | 5.45 |



References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**AdaptHealth Corp.**

**Valuation**

Our price target of $29 per share is based on an enterprise multiple of ~9x our FY23 adjusted EBITDA estimate. Our target multiple reflects a blend of AHCO's home medical equipment and home health provider peers. We believe inclusion of higher-multiple home health providers in AHCO's valuation captures its solid capitalization, demonstrated M&A execution, and the significant growth runway in a highly fragmented and consolidating sector—consistent with our investment thesis for home-based services

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:36:35 PM AdaptHealth Corp.

more broadly. Our price target supports our Outperform rating.

## Risks to rating and price target

Risks to our rating and price target include: potential for disruption to operations; changes in the competitive landscape; reimbursement pressure from government and third-party payors; potential for a significant and drawn-out economic downturn affecting demand and patients' ability to pay; and exposure to potential regulatory issues or other liabilities.

# Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

# Dissemination of research

RBC Capital Markets endeavors to make all reasonable efforts to provide research content simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets provides eligible clients with access to Research Reports on the Firm's proprietary INSIGHT website, via email and via third-party vendors. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at RBC Insight.

# Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

# Third-party disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

# Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, RBC Capital Markets (Europe) GmbH, Royal Bank of Canada, Hong Kong Branch, Royal Bank of Canada, Singapore Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets'' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:36:35 PM AdaptHealth Corp.

**AdaptHealth Corp.**

loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**

This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**

This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**

This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To EEA Residents:**

This material is distributed in the EU by either RBCEL on an authorised cross-border basis, or by RBC Capital Markets (Europe) GmbH (RBC EG) which is authorised and regulated in Germany by the Bundesanstalt für Finanzdienstleistungsaufsicht (German Federal Financial Supervisory Authority) (BaFin).

**To Persons Receiving This Advice in Australia:**

This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

Copyright © RBC Capital Markets, LLC 2023 - Member SIPC

Copyright © RBC Dominion Securities Inc. 2023 - Member Canadian Investor Protection Fund

Copyright © RBC Europe Limited 2023

Copyright © Royal Bank of Canada 2023

All rights reserved

Brian.Scheuer@adapthealth.com Brian Scheuer 11/07/24 10:36:35 PM AdaptHealth Corp.