# Exhibit 71

# Deutsche Bank
## Research



| Rating | Company | Date |
|---|---|---|
| **Hold** | **AdaptHealth** | 9 May 2023 |

### North America
United States

### Health Care
Health Care Facilities and Services

| Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|
| AHCO.OQ | AHCO US | NSM | AHCO |

## Recommendation Change

| | |
|---|---|
| Price at 9 May 2023 (USD) | 11.30 |
| Price Target | 11.30 |
| 52-week range | 25.72 - 11.00 |

# Three strikes and you are out; downgrading to Hold

### Portfolio Manager Summary

We have always appreciated the simplicity of AHCO's DME model by using technology to create a better mouse trap, which led to AHCO taking market share from both the larger DME companies as well as the mom and pops. AHCO was also able to take advantage of the rapid growth of sleep Apnea which can be seen in RMD's strong organic growth in the US, so AHCO was in a position of strong end-market growth plus market share gains.

This technology focused DME model has also been very successful as a roll-up story as local DMEs, with relationships with referrals, could easily be integrated within AHCO's business model and it was a rinse and repeat both organically and via M&A. During PHIA's recall there was a hiccup due to the supply of sleep apnea machines, but the blip was temporary until RMD and other manufacturers were able to fill the demand, hence we were looking forward to a return to strong end-market growth within Sleep.

The move into diabetes made sense to us because CGM is rapidly growing as seen by DXCM's US market growth and ABT's Libre growth, hence between sleep and diabetes there was a strong market expansion profile. However, we have always been worried about diabetes in terms of DME versus pharmacy channel, as DME is reimbursed significantly higher than the pharmacy channel and providers focused on higher reimbursed channels are naturally at risk. We thought the majority of the transition was behind us and that AHCO could return to normalized growth within the diabetes market, but it appears that isn't the case at this point.

On the pump and supplies side, which is about 20% of AHCO's diabetes business, we have seen an abrupt shift this quarter due to PODD taking market share and is only available within the pharmacy channel. As we model AHCO, we believe the other pump manufacturers, TNDM and MDT, could shift their business into the pharmacy channel and hence that would create a multi-year drag on AHCO's diabetes growth. Because of the shift into pharmacy for pumps, we are increasingly nervous that CGM will follow suit over the next few years, which can further lead to headwinds. To put this in perspective on the end-market growth versus AHCO's growth: (1) In 1Q DXCM grew 17% in the US and is now guiding for 17% - 21% growth for 2023; (2) In 1Q, ABT's Libre grew 50% in the US; (3) In 1Q, PODD grew 49% and is now guiding for 27 – 31%. Yet AHCO reported a 5.7% decline in

## Valuation & Risks

**Pito Chickering**
Research Analyst
+1-212-250-1245

**Kieran Ryan**
Research Associate
+1-212-250-6879

**Imron Zafar**
Research Analyst
+1-212-250-3676

**Ben Shaver**
Research Associate
+1-212-250-9926

**Key changes**

| | | | |
|---|---|---|---|
| TP | 28.00 to 11.30 | ↓ | -59.6% |
| Rating | Buy to Hold | ↓ | |
| EPS (USD) | 1.46 to 0.97 | ↓ | -33.7% |
| Revenue (USDm) | 3,274 to 3,136 | ↓ | -4.2% |

*Source: Deutsche Bank*

Deutsche Bank Securities Inc.

IMPORTANT RESEARCH DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. MCI (P) 097/10/2022.

Distributed on: 09/05/2023 23:13:08 GMT

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023
Health Care Facilities and Services
AdaptHealth



revenues. AHCO highlighted a $9m pressure from pumps shifting out of the DME channel, but even without that impact diabetes growth would have been flat Y/Y despite the strong underlying market expansion and AHCO's government CGM portfolio growing high-teens. To make it more challenging, AHCO grew significantly less than the end markets throughout 2022, which is something we have struggled with for a while.

We are increasingly cautious on management's ability to model the impact, as seen by comments on the 4Q:22 conference call when, in response to our question, management stated that "*We're not seeing a substantial move from the medical benefit to the pharmacy benefit within our book of business … Volumes and start activity are generally healthy*". This answer occurred on 2/28/23 and implies that management was unaware of the dramatic change that already occurred during 1Q.

Several missteps during 2023 including: (1) Guiding 2023 revenue at the JPM conference in January; (2) Backing away from those growth targets when the books closed due to poor financial controls; (3) Missing the shift that occurred during 1Q, despite being 2/3 of the way through the quarter, make us cautious that management has a firm grasp of the underlying growth dynamics within diabetes. We continue to like the core DME growth in all but diabetes, but we go to the sidelines with a Hold rating until we have more conviction that the DME channel for diabetes has stabilized. Bears will argue that diabetes growth could eventually disappear from the higher priced DME channel, which could push AHCO's leverage higher and current FCF is tracking below where we believe a DME company should generate. Additionally, bears will point to the CEO's departure as a sign that things aren't getting better anytime soon. Bulls will point to the technology based model that should enjoy the end market growth rates + market share gains. However, we simply have a hard time underwriting management's visibility into, and assumptions around the diabetes business at this point, and need to see results stabilize to get comfortable with the shift toward the pharmacy channel. As a result, we see limited upside in the near to mid-term and downgrade to Hold. We cut our target price to $11.30, based on a 5.6x 2023 EBITDA target multiple on our new forecasts.

## Key Earnings Call Takeaways
**Diabetes shift toward pharmacy**

- The pharmacy shift dynamic has been increasingly in focus amongst investors over the last couple of quarters and particularly after AHCO guided revenues down by $50m last quarter in part due to slowing diabetes growth. On the 4Q call, AHCO attributed the slowing diabetes growth to pressure on price via payor mix (implying pressure on commercial contracting rates) but indicated it wasn't seeing a substantial move from the medical benefit to the pharmacy benefit.

- Evidently much changed in the 31 days between the 4Q call and end of 1Q, and the 39 days after that up until today, with AHCO now pointing toward the pharmacy channel shift and acceleration in associated headwinds for the soft 1Q revenues, and FY guidance that was cut 2/3 of the way through 1Q now looks to be at risk.

- Below we highlight AHCO's commentary over the last couple of years around the potential channel shift toward pharmacy. The quotes are pulled from Bloomberg Finance LP transcripts and are slightly edited by our team for brevity:

*Downside risks include: 1) Deterioration of the diabetes growth profile; 2) Competitive bidding could resume post-suspension and pressure rates; 3) Large competitors could increase their focus on areas like CPAP and take market share; 4) A whistle-blower could emerge and highlight any areas of non-compliance; 5) Amazon could enter the DME market; 6) Managed-care companies could drive prices down; 7) CVS or Walgreens could decide to repurpose unused retail space to enter the DME market; 8) COVID-19 could have a larger or longer drag on the business than expected; and 9) continued material weakness in AHCO's filings.*

*Upside risks include: 1) Return to growth in the DME channel within diabetes in line with the market; 2) Market share gains within robust end markets through organic growth and accretive M&A; 3) improvement in their financial controls and fixing the material weakness in their reporting.*

---

Deutsche Bank Securities Inc.

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023
Health Care Facilities and Services
AdaptHealth



- **1Q:22**: "As communicated by DexCom and Abbott, the pharmacy shift is largely done and as we have said consistently, patient volumes have grown throughout. Further, our ability to drive longer-term adherence to a CGM patient is being recognized as a critical piece in the successful CGM therapy of a diabetic living at home."

- **5/11/22** conference, regarding diabetes shift toward pharmacy: "Well, according to Dexcom, they feel like it's going to end this year. They were the big pushers of that because it's -- when you order something via the pharmacy benefit, there's no utilization review. So for them to put out new CGM units that was great. But I think well we're all seeing and Dexcom, I think and Abbott will admit that patients coming in there probably weren't the most desirable patients and so therefore the reorders on those -- for the sensors and stuff like that need to be replaced on a monthly and quarterly basis aren't the same as they were when they're in the DME benefit where you've made sure that you had that proper patient moving in. So I suspect the pharmacy shift, yeah, will top out this year, and that's factored into all of our numbers. So, we lose a little bit here and there to the pharmacy, but in the DME benefit side we're very comfortable with that high-teens growth rate right now."

- **12/5/22** conference, regarding diabetes shift toward pharmacy: "Yes. I think we've seen it play out over the last couple of years. Now again, the whole market is growing so significantly that you will have some subset of that going to pharmacy." "So, we've seen -- some payers definitely shift to pharmacy benefit over the last number of years. But again that's somewhat, within the medical benefits is somewhat going to be a little bit different than the manufacturer's global numbers but again, from a -- we're looking at business that both can give better outcomes for the patients long-term as well as margin long-term and a lot of that growth that we're continuing to see in the medical benefit. And I think, in -- since we started this a number of years ago in the diabetes business, a little over 10% of our business has gone through pharmacy channel and we're still putting up significant growth numbers even that withstanding. So it's not something that we're overly concerned with, although again we think it's going to play out in terms of the payers realizing that pharmacy benefit is not necessarily cost savings or benefit to the patient long-term."

- **4Q:22**: "We're not seeing a substantial move from the medical benefit to the pharmacy benefit within our book of business. I will say that we are responding to lower diabetes growth in the second half than we anticipated." "Volumes and start activity are generally healthy. We are under pressure from payer mix. Essentially, lower price points depending on the payer and we're accounting for that in our guidance for 2023. So, some of the $50 million of revenue guide down. For '23, it is in response to tempered expectations on diabetes."

- **1Q:23**: "The shortfall in non-acquired net revenue growth reflects the acceleration of the headwind we've previously discussed. Specifically, while CGM patient census grew 8.3%, an increasing number of payers shifted their diabetes patients out of the DME channel and into dual benefit and pharmacy only. Additionally, diabetes revenue for pumps and supplies was down $9 million year-over-year. We very recently seen negative impact from share shift toward integrated pumps sold to patients through the pharmacy

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023

Health Care Facilities and Services

AdaptHealth

channel, as well as the effect of their DME distribution in-house.

**Sleep**

- AHCO turned in a strong quarter in the Sleep business after a year of volatility during and coming out of the Philips recall, which makes the diabetes headwinds that much more disappointing given an otherwise improving set up.

- PAP setups in March were up 50% vs pre-Philips recall highs, and rental patients are up 53% vs the low point in February 2022 with resupply patients up 10% over the same timeframe. These figures track relatively well with 1Q23 y/y sales growth of 40% and 11% in sleep rental and sales revenue respectively.

**Margins**

- EBITDA margins of 18% missed consensus estimates by 100 bps, which was driven by the soft diabetes revenues along with elevated distribution expenses.

- On the positive side, management believes these distribution costs are trending in the right direction and anticipates improvement on this front over the course of 2023. Labor seems to be improving modestly, with labor costs as a % of revenue down 40 bps y/y despite ongoing inflationary headwinds.

**Guidance**

- Although management reiterated guidance, AHCO now anticipates shaking out toward the lower end of the range due to the weak 1Q.

- AHCO anticipates the revenue trends across all product categories would continue into 2Q, which should yield ~MSD% y/y revenue growth. EBITDA margin is expected to improve sequentially driven by better COGS, labor and opex to come in just shy of 20%.
    - Management highlighted changes in their operating model, rationalization footprint, and renegotiating supplier contracts that could generate an annualized cost savings of $40m with 2023 realizing a $25m benefit. Actions already taken and implemented represent $30m in annualized savings, of which $20m will be recognized this year, implying an additional $5m to be realized in 2Q-4Q. 2Q guidance does include savings from the cost management program, but excludes any gains from the risk-based contracts AHCO spoke to, since they won't go effective until 3Q.

    - Specifically in the diabetes segment, management expects pump and pump supplies to continue to be a roughly $9m headwind in 2Q. However, growth should ramp in 2H, and management expects diabetes to exit the year at MSD growth and be roughly flat overall y/y.

- Management reiterated their $96m-$128m 2023 FCF guidance and continues to expect $15m-$20m in 1H with the bulk of the FY23 FCF being generated in 4Q. AHCO sees scope to continue to reduce DSOs as the year progresses.

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023
Health Care Facilities and Services
AdaptHealth



# Appendix 1

## Important Disclosures

### *Other information available upon request

| Disclosure checklist | | | |
| --- | --- | --- | --- |
| Company | Ticker | Recent price* | Disclosure |
| AdaptHealth | AHCO.OQ | 12.07 (USD) 08 May 2023 | 2, 7, 8, 14 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/EquityResearchDisclosures. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Disclosures/Disclaimer. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) may act as a market maker or liquidity provider in the financial instruments issued by this company.

7.      Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

8.      Deutsche Bank and/or its affiliate(s) expects to receive, or intends to seek, compensation for investment banking services from this company in the next three months.

14.     Deutsche Bank and/or its affiliate(s) has received non-investment banking related compensation from this company within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

2.      Deutsche Bank and/or its affiliate(s) may act as a market maker or liquidity provider in the financial instruments issued by this company.

7.      Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/EquityResearchDisclosures. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Disclosures/Disclaimer. Investors are strongly encouraged to review this information before investing.

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Pito Chickering.

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023

Health Care Facilities and Services

AdaptHealth



## Historical recommendations and target price: AdaptHealth (AHCO.OQ)
*(as of 05/08/2023)*



**Current Recommendations**

Buy
Hold
Sell
Not Rated
Suspended Rating

\*\* Analyst is no longer at Deutsche Bank

| | | | |
|---|---|---|---|
| 1. | 08/05/2020 | Buy, Target Price Change USD 26.00 Pito Chickering | |
| 2. | 11/17/2020 | Buy, Target Price Change USD 36.00 Pito Chickering | |
| 3. | 12/03/2020 | Buy, Target Price Change USD 47.00 Pito Chickering | |
| 4. | 05/07/2021 | Buy, Target Price Change USD 40.00 Pito Chickering | |
| 5. | 11/04/2021 | Buy, Target Price Change USD 34.00 Pito Chickering | |
| 6. | 02/24/2022 | Buy, Target Price Change USD 28.00 Pito Chickering | |
| 7. | 05/11/2022 | Buy, Target Price Change USD 22.00 Pito Chickering | |
| 8. | 08/09/2022 | Buy, Target Price Change USD 26.00 Pito Chickering | |
| 9. | 09/19/2022 | Buy, Target Price Change USD 28.00 Pito Chickering | |

## Equity Rating Key

Buy: Based on a current 12-month view of TSR, we recommend that investors buy the stock.

Sell: Based on a current 12-month view of TSR, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

TSR = Total Shareholder Return. Percentage change in share price from current price to projected target price plus projected dividend yield

Newly issued research recommendations and target prices supersede previously published research.

## Equity rating dispersion and banking relationships



Deutsche Bank Securities Inc.

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023

Health Care Facilities and Services

AdaptHealth



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively 'Deutsche Bank'). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company's page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness

---

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP



of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the 'Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company's research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**European Economic Area (exc. United Kingdom)**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong SAR**: Distributed by Deutsche Bank AG, Hong Kong Branch except for any research content relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571. Research reports on such futures contracts are not intended for access by persons who are located, incorporated, constituted or resident in Hong Kong. The author(s) of a research report may not be licensed to carry on regulated activities in Hong Kong and, if not licensed, do not hold themselves out as being able to do so. The provisions set out above in the 'Additional Information' section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. This report is intended for distribution only to 'professional investors' as defined in Part 1 of Schedule of the SFO. This document must not be acted or relied on by persons who are not professional investors. Any investment or investment activity to which this document relates is only available to professional investors and will be engaged only with professional investors.

**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex, Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration no.: INZ000252437;

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023

Health Care Facilities and Services

AdaptHealth



Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL's Compliance / Grievance officer is Ms. Rashmi Poddar (Tel: +91 22 7180 4929, email ID: complaints.deipl@db.com). Registration granted by SEBI and certification from NISM in no way guarantee performance of DEIPL or provide any assurance of returns to investors. Investment in securities market are subject to market risks. Read all the related documents carefully before investing. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. 'Moody's', 'Standard Poor's', and 'Fitch' mentioned in this report are not registered credit rating agencies in Japan unless Japan or 'Nippon' is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa:** Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore:** This report is issued by Deutsche Bank AG, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, 65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia (DSSA) is a closed joint stock company authorized by the Capital Market Authority of the Kingdom of Saudi Arabia with a license number (No. 37-07073) to conduct the following business activities: Dealing, Arranging, Advising, and Custody activities. DSSA registered office is Faisaliah Tower, 17th Floor, King Fahad Road - Al Olaya District Riyadh, Kingdom of Saudi Arabia P.O. Box 301806.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for 'wholesale clients' within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://www.dbresearch.com/PROD/RPS_EN-PROD/PROD0000000000521304.xhtml . Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP

9 May 2023

Health Care Facilities and Services

AdaptHealth



preparing this report, the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent.

Backtested, hypothetical or simulated performance results have inherent limitations. Unlike an actual performance record based on trading actual client portfolios, simulated results are achieved by means of the retroactive application of a backtested model itself designed with the benefit of hindsight. Taking into account historical events the backtesting of performance also differs from actual account performance because an actual investment strategy may be adjusted any time, for any reason, including a response to material, economic or market factors. The backtested performance includes hypothetical results that do not reflect the reinvestment of dividends and other earnings or the deduction of advisory fees, brokerage or other commissions, and any other expenses that a client would have paid or actually paid. No representation is made that any trading strategy or account will or is likely to achieve profits or losses similar to those shown. Alternative modeling techniques or assumptions might produce significantly different results and prove to be more appropriate. Past hypothetical backtest results are neither an indicator nor guarantee of future returns. Actual results will vary, perhaps materially, from the analysis.

The method for computing individual E,S,G and composite ESG scores set forth herein is a novel method developed by the Research department within Deutsche Bank AG, computed using a systematic approach without human intervention. Different data providers, market sectors and geographies approach ESG analysis and incorporate the findings in a variety of ways. As such, the ESG scores referred to herein may differ from equivalent ratings developed and implemented by other ESG data providers in the market and may also differ from equivalent ratings developed and implemented by other divisions within the Deutsche Bank Group. Such ESG scores also differ from other ratings and rankings that have historically been applied in research reports published by Deutsche Bank AG. Further, such ESG scores do not represent a formal or official view of Deutsche Bank AG. It should be noted that the decision to incorporate ESG factors into any investment strategy may inhibit the ability to participate in certain investment opportunities that otherwise would be consistent with your investment objective and other principal investment strategies. The returns on a portfolio consisting primarily of sustainable investments may be lower or higher than portfolios where ESG factors, exclusions, or other sustainability issues are not considered, and the investment opportunities available to such portfolios may differ. Companies may not necessarily meet high performance standards on all aspects of ESG or sustainable investing issues; there is also no guarantee that any company will meet expectations in connection with corporate responsibility, sustainability, and/or impact performance.

Copyright © 2023 Deutsche Bank AG

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP



### David Folkerts-Landau
Group Chief Economist and Global Head of Research

| Pam Finelli | Steve Pollard | Jim Reid | Tim Rokossa |
|---|---|---|---|
| Global Chief Operating Officer Research | Global Head of Company Research and Sales | Global Head of Macro and Thematic Research | Head of Germany Research |

| Gerry Gallagher | Matthew Barnard | Peter Milliken | Debbie Jones |
|---|---|---|---|
| Head of European Company Research | Head of Americas Company Research | Head of APAC Company Research | Global Head of Company Research ESG |

| Sameer Goel | Francis Yared | George Saravelos | Peter Hooper |
|---|---|---|---|
| Global Head of EM & APAC Research | Global Head of Rates Research | Global Head of FX Research | Vice-Chair of Research |

### International Production Locations

**Deutsche Bank AG**
Deutsche Bank Place
Level 16
Corner of Hunter & Phillip Streets
Sydney, NSW 2000
Australia
Tel: (61) 2 8258 1234

**Deutsche Bank AG**
Equity Research
Mainzer Landstrasse 11-17
60329 Frankfurt am Main
Germany
Tel: (49) 69 910 00

**Deutsche Bank AG**
Filiale Hongkong
International Commerce Centre,
1 Austin Road West,Kowloon,
Hong Kong
Tel: (852) 2203 8888

**Deutsche Securities Inc.**
2-11-1 Nagatacho
Sanno Park Tower
Chiyoda-ku, Tokyo 100-6171
Japan
Tel: (81) 3 5156 6000

**Deutsche Bank AG**
1 Great Winchester Street
London EC2N 2EQ
United Kingdom
Tel: (44) 20 7545 8000

**Deutsche Bank Securities Inc.**
The Deutsche Bank Center
1 Columbus Circle
New York, NY 10019
Tel: (1) 212 250 2500

For the exclusive use of Jenny Sun (jsun@willkie.com) at Willkie Farr & Gallagher LLP