**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

**PLAINTIFFS' NOTICE OF RECENT AUTHORITY**

Pursuant to Civil Local Rule 7-4, Lead Plaintiffs respectfully notify this Court of a recent decision by the United States Supreme Court in *NVIDIA Corp., et al v. E. Ohman J:Or Fonder AB, et al.*, No. 23-970, 604 U.S. __ (2024), 2024 WL 5058572 (Dec. 11, 2024) [*NVIDIA*]. In their Reply Memorandum In Support of Defendants' Motion to Dismiss the Amended Consolidated Class Action Complaint, Defendants noted that "[t]he Supreme Court granted certiorari to address the role of circumstantial evidence in pleading scienter" in *E. Ohman J:Or Fonder AB v. NVIDIA Corp.*, 81 F.4th 918, 942 (9th Cir. 2023), *cert. granted sub nom. NVIDIA Corp. v. Ohman J*, 144 S. Ct. 2655 (2024). ECF 79 at 7 n.7. Defendants further noted that the Supreme Court's ruling in *NVIDIA* was "expected soon." *Id*.

On December 11, 2024, the Supreme Court dismissed defendants' petition in *NVIDIA* as improvidently granted. *NVIDIA*, 2024 WL 5058572, at *1. The Ninth Circuit's decision sustaining plaintiffs' securities fraud class action complaint, which was under review at the time the parties briefed Defendants' motion to dismiss, therefore stands. Attached as Exhibit A is a copy of the December 11, 2024 Order by the United States Supreme Court. Attached as Exhibit B is a copy of the Ninth Circuit's August 23, 2023 decision.

DATED: December 18, 2024.                    Respectfully submitted,

                                             **BERNSTEIN LITOWITZ BERGER**
                                             **  & GROSSMANN LLP**

                                             /s/ *John Rizio-Hamilton*
                                             Hannah Ross
                                             John Rizio-Hamilton (*pro hac vice*)
                                             Katherine M. Sinderson (*pro hac vice*)
                                             John J. Esmay (*pro hac vice*)
                                             Timothy Fleming (*pro hac vice*)
                                             Sarah K. Schmidt (*pro hac vice*)
                                             1251 Avenue of the Americas
                                             New York, New York 10020
                                             Telephone: (212) 554-1400
                                             Facsimile: (212) 554-1444
                                             hannah@blbglaw.com
                                             johnr@blbglaw.com
                                             katiem@blbglaw.com
                                             john.esmay@blbglaw.com
                                             timothy.fleming@blbglaw.com
                                             sarah.schmidt@blbglaw.com

                                             *Counsel for Lead Plaintiffs*

                                             **KASKELA LAW LLC**

                                             D. Seamus Kaskela (No. 204351)
                                             Adrienne Bell (No. 202231)
                                             18 Campus Boulevard, Suite 100
                                             Newtown Square, PA 19073
                                             Telephone: (484) 258-1401
                                             skaskela@kaskelalaw.com
                                             abell@kaskelalaw.com

                                             *Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I, John Rizio-Hamilton, hereby certify that on December 18, 2024, a true and correct copy of the foregoing was served electronically via the Court's ECF system, where this document is available for downloading and viewing.

/s/ John Rizio-Hamilton
John Rizio-Hamilton