# Exhibit A

2024 WL 5058572
Only the Westlaw citation is currently available.
Supreme Court of the United States.

NVIDIA CORPORATION, et al., Petitioners
v.
E. OHMAN J:OR FONDER AB, et al.

No. 23-970
|
December 11, 2024

**Opinion**

PER CURIAM.

**\*1** The writ of certiorari is dismissed as improvidently granted.

It is so ordered.

**All Citations**

--- S.Ct. ----, 2024 WL 5058572 (Mem)

---

**End of Document**                    © 2024 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW  © 2024 Thomson Reuters. No claim to original U.S. Government Works.                    1