**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLEGHENY COUNTY EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADAPTHEALTH CORP., LUKE MCGEE, JOSHUA PARNES, STEPHEN P. GRIGGS, JASON A. CLEMENS, FRANK J. MULLEN, RICHARD BARASCH, ALAN QUASHA, TERENCE CONNORS, DR. SUSAN WEAVER, DALE WOLF, BRADLEY COPPENS, DAVID S. WILLIAMS III, DEUTSCHE BANK SECURITIES INC., JEFFERIES LLC, BOFA SECURITIES, INC., TRUIST SECURITIES, INC., ROBERT W. BAIRD & CO. INCORPORATED, RBC CAPITAL MARKETS, LLC, STIFEL, NICOLAUS & COMPANY, INCORPORATED, UBS SECURITIES LLC, CANACCORD GENUITY LLC, and LEERINK PARTNERS LLC,<br><br>Defendants. | Case No. 2:23-cv-04104-MRP<br><br>CLASS ACTION |

**ORDER**

   **AND NOW,** this 23rd day of July 2025, upon consideration of the Parties' letter dated May 28, 2025 requesting that this Court hold its motion at ECF 79 in abeyance pending mediation proceedings (ECF 85), it is hereby **ORDERED** that this matter is **STAYED** until further order of the Court.

BY THE COURT:

_____
HON. MIA R. PEREZ