IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

In re AdaptHealth Corp. Securities Litigation     :     Case Number: 2:23-cv-04104-MRP
:
:
:
:
:
:

## ORDER

AND NOW, this 18th day of December 2025, it is hereby ORDERED that the motion to

practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add  Allison A. Berkowitch , Esquire as counsel for

Defendants AdaptHealth Corp., Luke McGee, Joshua Parnes, Stephen P. Griggs, Jason A. Clemens, Frank J. Mullen, Richard Barasch, Alan Quasha, Terence Connors, Dr. Susan Weaver, Dale Wolf, Bradley Coppens, and David S. Williams III (the "AdaptHealth Defendants") .  Allison A. Berkowitch  is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

_____
HON. MIA ROBERTS PEREZ

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).