# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| *In re AdaptHealth Corp. Securities Litigation* | Case No. 2:23-cv-04104-MRP |

## ORDER

**AND NOW**, this 13th day of January, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 65), and having been advised that the Parties have conferred and agree that, in light of the Parties' proposed settlement, the motion may be denied as moot, it is hereby **ORDERED** that the Motion is **DENIED AS MOOT** because the Parties have entered a settlement agreement that is pending Court approval. This denial is **WITHOUT PREJUDICE**.

BY THE COURT:

_____
HON. MIA R. PEREZ